1  MARC J. WINTHROP - State Bar No. 63218
   mwinthrop@winthropcouchot.com
2  GARRICK A. HOLLANDER - State Bar No. 166316
   ghollander@winthropcouchot.com
3  KAVITA GUPTA - State Bar No. 138505
   kgupta@winthropcouchot.com
4  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
5  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
6
7  Telephone:  (949) 720-4100
   Facsimile:   (949) 720-4111
8
   [Proposed] General Insolvency Counsel for
9  Debtor and Debtor-in-Possession

FILED & ENTERED

MAR 05 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

**CHANGES MADE BY COURT**

10                **UNITED STATES BANKRUPTCY COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12                        **SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:10-bk-12735-RK |
| ENIVEL, INC., a Hawaii corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** |
| | [No Hearing Requested] |

//

//

//

On March 4, 2010, Enivel, Inc., a Hawaii corporation, the debtor and debtor-in-possession herein (the "Debtor"), filed its Emergency Motion for Order Authorizing Joint Administration of Chapter 11 Cases (the "Motion") [docket #2].

The Court having read and considered the Motion, the Declarations of Robert Y. Lee and Marc J. Winthrop in support thereof, and the Court having found that good cause exists for granting the Motion without notice or hearing, and good cause appearing therefor, it is hereby

**ORDERED** that:

1. The Debtor's Motion is granted, except as otherwise provided herein.

2. The Chapter 11 cases of the following debtors shall be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure as set forth on Exhibit "2" to the Motion.

3. Joint administration of the Chapter 11 cases of Enivel, Club Sub, Steam Press, USCD, Fresno, Fresno 2, Portsmouth, and Tuchman, and shall include, without limitation, the following:

    (a) the use of a single docket (In re Enivel, Inc., Chapter 11 Case No. 8:10-bk-12735-RK) for administrative matters, including a listing of claims filed, and the filing, lodging and docketing of pleadings and orders;

    (b) the combining of notices to creditors and parties-in-interest;

    (c) the joint scheduling of hearings on proceedings in the cases; and

    (d) the combining of financial reporting and reporting to the Office of the United States Trustee by the debtors.

4. Notice of the joint administration of the estates shall be separately filed and docketed in each of the debtors' cases, and shall be served on all creditors and parties-in-interest in each case in substantially the form of the proposed notice attached as Exhibit "1" to the Motion.

//

//

//

1      5.     The court denies without prejudice the Debtor's ex parte request for joint liability
2  of the estates for administrative expenses. The Debtor must request such relief by
3  a separate motion on regular notice.

###

DATED: March 5, 2010

_____
United States Bankruptcy Judge

-3-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 5, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Frank Cadigan    frank.cadigan@usdoj.gov
- Garrick A Hollander    sconnor@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page