MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In re: | Case No. 8:10-bk-12735 RK |
|---|---|
| ☒ ENIVEL, INC., a Hawaii corporation<br>☒ CLEANERS CLUB ACQUISITION SUB, INC., a California corporation<br>☒ STEAM PRESS HOLDINGS, INC., a Hawaii corporation<br>☒ U.S. DRY CLEANING SERVICES CORPORATION, a Delaware corporation, dba U.S. DRY CLEANING CORPORATION<br>☒ USDC FRESNO, INC., a California corporation<br>☒ USDC FRESNO 2, INC., a California corporation<br>☒ USDC PORTSMOUTH, INC., a California corporation<br>☒ USDC TUCHMAN INDIANA, INC., a California corporation | Jointly Administered with Case Nos.<br>8:10-bk-12742 RK; 8:10-bk-12740 RK;<br>8:10-bk-12748 RK; 8:10-bk-12745 RK;<br>8:10-bk-12746 RK; 8:10-bk-12736 RK;<br>8:10-bk-12743 RK<br><br>Chapter 11 Proceedings<br><br>DATE: March 8, 2010<br>TIME: 3:30 p.m.<br>CTRM: 5D<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |
| Debtors and<br>Debtors in Possession. | |

### NOTICE OF HEARING ON DEBTORS' "FIRST DAY MOTIONS"

**TO CERTAIN CREDITORS AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Court has scheduled a hearing for March 8, 2010 at 3:30 p.m. for the following motions:

1.      Debtors' <u>Emergency</u> Motion For Order: (1) Authorizing Use Of Cash Collateral And Granting Replacement Lien; And (2) Setting Final Hearing On Motion;

2.      Debtors' <u>Emergency</u> Motion For Order Authorizing Payment And Honoring Of Prepetition Payroll Obligations; Debtors' Emergency Motion For Order: (1) Authorizing Rejection Of Certain Executory Contracts; And (2) Compelling Turnover Of Property Of The Estate From Custodians;

3.      Debtors' <u>Emergency</u> Motion For Order (A) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment Under Section 366 Of The Bankruptcy Code;

4.      Debtors' Emergency Motion To Limit Notice Of Certain Matters Requiring Notice To Creditors Pursuant To Rules 2002 And 9007 Of The Federal Rules Of Bankruptcy Procedure; and

5.      Debtors' Emergency Motion For Order:  (1) Authorizing Rejection Of Certain Executory Contracts; And (2) Compelling Turnover Of Property Of The Estate From Custodians; Memorandum Of Points And Authorities.

IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE MOTIONS, YOU NEED TAKE NO FURTHER ACTION.  HOWEVER, IF YOU OPPOSE THE RELIEF REQUESTED IN ANY OF THE MOTIONS, YOU MUST APPEAR AT THE TIME AND PLACE SET BY THE COURT FOR HEARING ON THE MOTIONS.

DATED: March 5, 2010          **WINTHROP COUCHOT**
                              **PROFESSIONAL CORPORATION**


                              By:   */s/ Garrick A. Hollander*
                                    Marc J. Winthrop
                                    Garrick A. Hollander
                                    Kavita Gupta
                              [Proposed] General Insolvency Counsel
                              for Debtors and Debtors-in-Possession

| In re:<br><br>Enivel, Inc., and its jointly administered entities,<br><br>Debtor(s). | CHAPTER   11<br>CASE NUMBER    8:10-bk-12735 RK<br><br>Jointly Administered with Case Nos.<br>8:10-bk-12742 RK; 8:10-bk-12740 RK; 8:10-bk-12748 RK;<br>8:10-bk-12745 RK; 8:10-bk-12746 RK; 8:10-bk-12736 RK;<br>8:10-bk-12743 RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.  The foregoing document described as **NOTICE OF HEARING ON DEBTORS' "FIRST DAY MOTIONS"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 5, 2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Garrick A Hollander    sconnor@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March ____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 5, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 5, 2010 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVICE VIA E-MAIL**

| | |
|---|---|
| Debtor:<br>　　US Dry Cleaning Corporation<br>　　Attn;  Robert Y. Lee, CEO | robbie@usdrycleaning.com |
| Great Neck Holding, LLC<br>Attn:  Managing Member<br>1411 Harpers Rd.<br>Virginia Beach, VA 23454 | acharlton@creechconstruction.com |
| Ameet Shah<br>1580 East Cliff Rd.<br>Burnsville, MN 55337 | ameet@shahcorp.com |
| Oak Center, LLC<br>Attn:  Managing Member<br>942 Saddlebrook Dr<br>Zionsville, IN 46077 | ari2book@yahoo.com |
| Dr. Kenneth A. Barton<br>1 Nawatam Way<br>Matawan, NJ 07747 | asalino@merceram.com |
| German Granados<br>49 Sheridan Ave.<br>Brooklyn, NY 11208 | asalino@merceram.com |
| Joan Kushner<br>2730 Hillcrest Dr.<br>West Linn, OR 97068 | asalino@merceram.com |
| Mercer Capital<br>Attn:  Corporate Officer<br>40 Wall Street, 31st Floor<br>New York, NY 10005 | asalino@merceram.com |
| RE Monks Construction Co., LLC Attn:  Dan Monks<br>8355 Vallmer Road<br>Colorado Springs, CO 80908 | asalino@merceram.com |
| Richard & Kim Dickey JT/WROS<br>P.O. Box 24 9105<br>Pokegama Hoke Rd.<br>Pine City, MN 55063 | asalino@merceram.com |
| Richard & Kim Dickey JT/WROS<br>P.O. Box 24 9105<br>Pokegama Hoke Rd.<br>Pine City, MN 55063 | asalino@merceram.com |

| | |
|---|---|
| Richard & Kim Dickey JT/WROS<br>P.O. Box 24 9105<br>Pokegama Hoke Rd.<br>Pine City, MN 55063 | asalino@merceram.com |
| Thomas W. Wilder<br>4285 Lafayette St.<br>Marianna, FL 32446 | asalino@merceram.com |
| William H. McCartney<br>2444 Spring View Trail<br>Chapel Hill, NC 27514 | asalino@merceram.com |
| CIGNA Insurance<br>Attn: Corporate Officer<br>PO Box 202364<br>Dallas, TX 75320-2364 | barbara.mundo@cigna.com |
| Sesco<br>Attn: Corporate Officer<br>1426 W. 29th Street<br>Indianapolis, IN 46208 | dave@sescogroup.com |
| David Golubchik<br>1663 Amherst Ave.<br>Los Angeles, CA 90025 | dbg@lnbrb.com |
| JLP Chesapeake, LLC<br>Attn: Managing Member<br>4300 E. 5th Ave.<br>Columbus, OH 43219 | dirk.greene@spgroup.com |
| Huff, Poole, & Mahoney<br>Attn: Corporate Officer<br>4705 Columbus Street<br>Virginia Beach, VA 23462 | doakley@hpmlaw.com |
| Victoria Ward, Ltd,<br>Attn: Managing Partner<br>P.O. Box 31000<br>Honolulu, HI 96849-5316 | Donna.Farrell@ggp.com |
| Fairfax Sixplex, LLC<br>Attn: Managing Member<br>P.O. Box 11391<br>Norfolk, VA 23517 | doug.shepherd@longandfoster.com |
| Donald J & Marsha J. Tharp<br>Attn: Corporate Officer<br>6910 N. Shadeland Ave<br>Indianapolis, IN 46220 | efarhood@tharpinvest.com |
| Southport Associates, LLC<br>Attn: Managing Member<br>6910 N. Shadeland Ave<br>Indianapolis, IN 46220 | efarhood@tharpinvest.com |

| | |
|---|---|
| TKC Properties, LLC<br>Attn:  Managing Member<br>6910 N. Shadeland Ave<br>Indianapolis, IN 46220 | efarhood@tharpinvest.com |
| Harry Carranza<br>249 East Ocean Blvd. Suite 712<br>Long Beach, CA 90802 | Hcarranza@selectprograms.com |
| Commercial Building Assoc, LLC<br>Attn:  Managing Member<br>3303 Airline Blvd., Ste 1A<br>Portsmouth, VA 23701 | johnhall@johnhallelectric.com |
| United Fabricare<br>Attn:  Corporate Officer<br>PO Box 01796<br>Los Angeles, CA 90001 | kirbyschn@hotmail.com |
| Sunbeam Development<br>Attn:  Corporate Officer<br>9200 E. 116th Street<br>Fishers, IN 46037 | kkern@sunbeamdevelopment.com |
| Prudential Decker Realty<br>Attn:  Corporate Officer<br>701 Greenbriar Parkway<br>Chesapeake, VA 23320 | lpeyton@dlcmgmt.com |
| Tanaka Properties, LLC<br>Attn:  Managing Member<br>P.O. Box 1300/MC 61099<br>Honolulu, HI 96807-1300 | lyoung@reitmr.com |
| Manoa Marketplace, LLC<br>Attn:  Managing Member<br>Dept 6653<br>Los Angeles, CA 90084-6653 | manoamarketplace@yahoo.com |
| 5405 Indian River Road LLC<br>Attn:  Managing Member<br>6600A Oceanfront Ave.<br>Virginia Beach, VA 23451 | martyschara@hotmail.com |
| Levene, Neale, Bender et al. LLP<br>Attn:  Martin Brill, Esq.<br>10250 Constellation Ave, #1700<br>Los Angeles, CA 90067 | mjb@lnbrb.com |
| Rossland Ten Corporation<br>Attn:  Corporate Officer<br>P.O. Box 8647<br>Newport Beach, CA 92658 | mperamo@aol.com |

| | |
|---|---|
| SPOT Business<br>Attn:  Corporate Officer<br>12345 South 300 East<br>Draper, UT 84020 | mw@SPOTpos.com |
| Inland Western Newport News<br>Attn:  Corporate Officer<br>15152 Collctns Ctr Dr Bldg 362<br>Chicago, IL 60693-5152 | nevans@inland-western.com |
| Core 3<br>Attn:  Corporate Officer<br>3600 E University Dr, #D1600<br>Phoenix, AZ 85034 | peggy.cox@profitkeeper.com |
| Klaus Peter Eichner<br>Via Padre Pigato, Menaggio-Goce, Italy 22017<br>39034431350 | peter.eichner@yahoo.de |
| Riaz Chauthani<br>4040 MacArthur Blvd., #305<br>Newport Beach, CA 92660 | riaz@usdrycleaning.com |
| Taco Bell Corp- Hot 'N Now<br>Attn:  Corporate Officer<br>P.O. Box 841759<br>Dallas, TX 75824-1759 | rita.macneill@yum.com |
| KRG Hamilton Crossing, LLC<br>Attn:  Managing Member<br>30 S. Meridian Street<br>Indianapolis, IN 46204 | sseward@kiterealty.com |
| Vincent & Concetta Cafici<br>JTWROS<br>42 The Bayou<br>Oak Beach, NY 11702 | vincpa1@aol.com |
| Bruce M. Rosen<br>IRA Rollover<br>2129 McKinley St.<br>Honolulu, HI 96822 | warrenwlus@yahoo.com<br>asalino@merceram.com |
| Collin R Dang MD Inc Def Ben Pln<br>Attn:  Authorized Agent<br>2048 Mauna Place<br>Honolulu, HI 96822 | warrenwlus@yahoo.com |
| Glenn ML Pang MD Inc Pns Pln<br>Attn:  Corporate Officer<br>1428 Alewa Drive<br>Honolulu, HI 96817 | warrenwlus@yahoo.com |

| | |
|---|---|
| Ronald J. Pang<br>IRA<br>2226 Liliha St., Suite 413<br>Honolulu, HI 96817 | warrenwlus@yahoo.com |
| Ronald J. Pang, MD<br>Defined Benefit Plan<br>2226 Liliha St., Suite 413<br>Honolulu, HI 96817 | warrenwlus@yahoo.com |

| | |
|---|---|
| Rejection motion<br>Tom Jones – Team Enterprises, Inc./BellHop<br>Team Enterprises Inc.<br>529 E. Shields Ave.<br>Fresno, CA. 93704 | tjones@prodigy.net; tom@usdrycleaning.com |
| Rejection motion<br>Andy Jones., Esq.<br>Wagner Jones | ajones@wagnerjones.com |
| Rejection motion<br>Attorney Peter Zeitler<br>Fishman Larsen Goldring & Zeitler | - zeitler@flg-law.com<br>zeitler@flgz.net |
| Attorney for Secured Creditor Setal –<br>Steve Scheck – | sscheck@ptwww.com |
| Attorney Justin Harris<br>Motschiiedler, Michaelides & Wilshon, LLP | jdh@mmwlawfirm.com |