1  MARC J. WINTHROP – State Bar No. 63218
   mwinthrop@winthropcouchot.com
2  GARRICK A. HOLLANDER – State Bar No. 166316
   ghollander@winthropcouchot.com
3  KAVITA GUPTA – State Bar No. 138505
   kgupta@winthropcouchot.com
4
   **WINTHROP COUCHOT**
5  **PROFESSIONAL CORPORATION**
   660 Newport Center Drive, Suite 400
6  Newport Beach, CA 92660
   Telephone:  (949) 720-4100
7  Facsimile:  (949) 720-4111
8  General Insolvency Counsel for
   Debtors and Debtors-in-Possession
9

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                     **SANTA ANA DIVISION**

13  In re:                                    Case No. 8:10-bk-12735 RK

14  ☒   ENIVEL, INC., a Hawaii corporation     Jointly Administered with Case Nos.
    ☒   CLEANERS CLUB ACQUISITION              8:10-bk-12742 RK; 8:10-bk-12740 RK;
15      SUB, INC., a California corporation    8:10-bk-12748 RK; 8:10-bk-12745 RK;
    ☐   STEAM PRESS HOLDINGS, INC., a          8:10-bk-12746 RK; 8:10-bk-12736 RK;
16      Hawaii corporation                     8:10-bk-12743 RK
    ☐   U.S. DRY CLEANING SERVICES
17      CORPORATION dba U.S. DRY               Chapter 11 Proceedings
18      CLEANING CORPORATION, a
        Delaware corporation                   **DEBTORS' MOTION FOR ORDER**
19  ☒   USDC FRESNO, INC., a California         **AUTHORIZING THE DEBTORS TO**
        corporation                            **ENTER INTO INTER-DEBTOR**
20  ☒   USDC FRESNO 2, INC., a California       **FINANCING AGREEMENT AND TO**
        corporation                            **GRANT OBLIGATIONS INCURRED**
21  ☒   USDC PORTSMOUTH, INC., a               **UNDER THE FINANCING AGREEMENT**
22      California corporation                 **SUPER-PRIORITY PURSUANT TO**
    ☒   USDC TUCHMAN INDIANA, INC.,            **§ 364(c)(1); MEMORANDUM OF POINTS**
23      a California corporation               **AND AUTHORITIES; AND DECLARATION**
                                               **IN SUPPORT THEREOF**
24
                                               [11 U.S.C. § 364(c)(1); Fed. R. Bankr. P. 4001(c)]
25          Debtors and Debtors-in-
            Possession.                        DATE:    [To be Set]
26                                             TIME:    [To be Set]
                                               PLACE:   Courtroom 5D
27                                                      411 West Fourth Street
                                                        Santa Ana, California 92701
28

1      Enivel, Inc., a Hawaii corporation ("Enivel"), Cleaners Club Acquisition Sub, Inc., a

2  California corporation ("Club Sub"), USDC Fresno, Inc., a California corporation ("Fresno"),

3  USDC Fresno 2, Inc., a California corporation ("Fresno 2"), USDC Portsmouth, Inc., a

4  California corporation ("Portsmouth"), and USDC Tuchman Indiana, Inc., a California

5  corporation ("Tuchman"), certain of the jointly administered debtors and debtors-in-possession

6  herein, hereby move ("Motion") this Court for an order, pursuant to Section 364(c)(1) of the

7  Bankruptcy Code, granting the following relief:

8          1.    Authorizing, on an interim basis pending final hearing on notice to

9      creditors, Enivel and Club Sub (collectively, the "Borrowing Debtors") to borrow up to a

10      maximum of $395,000.00 from Fresno, Fresno 2, Portsmouth, and Tuchman

11      (collectively, the "Lending Debtors"), pursuant to the terms and conditions described

12      herein;

13          2.    Allowing in favor of the Lending Debtors an administrative expense

14      claim with priority over any and all administrative expense of the kind specified in

15      Section 503(b) or Section 507(b) pursuant to Section 364(c)(1), to the extent of funds

16      advanced post-petition by the Lending Debtors;

17          3.    Setting a final hearing on this request for post-petition financing to be

18      held after not less than fourteen (14) days' notice to creditors and parties-in-interest, in

19      accordance with the provisions of Fed. R. Bankr. P. 4001(c)(2); and

20          4.    Granting such other and further relief as the Court deems just and proper.

21      This Motion is made and based on the Declaration of Robert Y. Lee ("Lee Declaration"),

22  the Memorandum of Points and Authorities attached hereto, and on such other evidence, both oral

23  and documentary, as the Court may consider prior to or at the hearing on this Motion.

24  ///

25

26

27

28

1    **WHEREFORE**, the Debtors pray that the Court enter an order granting the relief

2    requested above, and such additional relief as the Court deems just and proper.

3    DATED: May 14, 2010                        **WINTHROP COUCHOT**
                                                **PROFESSIONAL CORPORATION**
4

5                                               By: _Kavita Gupta_____
                                                    Marc J. Winthrop
6                                                   Garrick A. Hollander
                                                    Kavita Gupta
7                                               General Insolvency Counsel for Debtors and
                                                Debtors-in-Possession
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

U.S. Dry Cleaning Services Corporation dba U. S. Dry Cleaning Corporation ("USDC"), through its wholly owned debtor subsidiaries,[1] owns and operates 78 dry cleaning stores. In order to maximize value for all creditors, the Debtors need to obtain a significant capital infusion. The Debtors believe that maintaining the operations of as many stores as possible is necessary to attract interest from the capital markets.

The Borrowing Debtors, who own and operate 23, or approximately 30%, of the Debtors' dry cleaning stores, do not generate sufficient cash flow to meet their ongoing operating expenses after their necessary share of corporate overhead (i.e., these entities operate at or above break even before the allocation of corporate overhead). While the Debtors view themselves as part of one organization, and intend to eventually substantively consolidate the cases, the Debtors understand that, at this time, they are still separate legal entities. Accordingly, the Borrowing Debtors need to obtain immediate post-petition financing to prevent closure of their stores. Losing 23 stores will cripple, if not destroy, the Debtors' efforts to attract and raise capital. In addition, since these stores contribute to the Debtors' aggregate bottom line, the loss of these stores would only cause the remaining debtors to absorb a greater share of corporate overhead, thereby resulting in a decrease in overall cash flow. Therefore, in order to preserve the value of the collateral and to maximize the Debtors' ability to attract a capital infusion necessary for an effective reorganization, the Debtors must preserve the total number of dry cleaning stores. To that end, the Lending Debtors have agreed to provide post-petition financing to the Borrowing Debtors. The

---

[1] USDC is the parent company of the following jointly administered debtors: Tuchman, which owns and operates 25 stores in Indianapolis; Portsmouth, which owns and operates 10 stores in Virginia; Fresno, which owns and operates 10 stores in Fresno, California and 2 in Arizona; Fresno 2, Inc., which owns and operates 7 stores in Fresno, California; Club Sub, which owns and operates 7 stores in the Inland Empire in California; and Steam Press Holdings, Inc., which is the parent company of Enivel, which owns and operates 16 stores in Hawaii. USDC is also the parent company of the following non-debtor entities: US Dry Cleaning Franchise Corporation, which has no assets or operations and is intended to serve as the franchisor for the Debtors' operations once they begin to refranchise their stores; and USDCC CVR Merger Sub, LLC, which used to own and operate stores in Palm Springs, but no longer has any assets or operations.

-4-

1    proposed financing will preserve the going concern value of the enterprise and maximize value for

2    creditors.

3         **The Motion is supported by the Official Committee of Unsecured Creditors**

4    **("Committee") and the senior secured lenders, Setal 1, LLC, Setal 2, LLC, Setal 3, LLC,**

5    **Setal 4, LLC, Setal 5, LLC, Setal 6, LLC and the Taylor Family Trust dated March 3, 1994**

6    **(collectively, "Setal").** Ultimately, the post-petition financing is in the best interests of the

7    Debtors and their creditors.

8                                        **II.**

9                              **STATEMENT OF FACTS**

10        **A.    The Debtors.**

11        USDC, through its wholly owned debtor subsidiaries acquired in connection with its

12   strategy to "rollup" the highly fragmented dry cleaning industry, has become the largest owner and

13   operator of dry cleaning stores in the country.  The Debtors currently employ approximately 600

14   employees and own and operate 78 dry cleaning stores generating in excess of $25 million in

15   annual revenues.

16        **B.    Secured Debt.**

17        A schedule of creditors who assert secured claims against the Debtors' estates, along with

18   the amount of such claims according to the Debtors' books and records is attached to the Lee

19   Declaration as Exhibit "1."  The Debtors estimate that the aggregate amount of secured claims is

20   in excess of $16,750,000.  Of that amount, Setal's claims, which are secured by a first priority lien

21   against substantially all of the Debtors' assets, total approximately $11,777,610 plus interest, late

22   charges, attorneys' fee and other charges.  The Debtors believe that the liquidation value of the

23   collateral securing the claims of secured creditors is less than the aggregate of all claims held by

24   Setal.

25        The claims of Setal, Team Equipment, Inc. ("Team") and Bell Hop Cleaners of California,

26   Inc. ("Bell Hop"), the Debtors' largest secured creditors, are summarized below.

27              1.    Setal.  Setal made the following eight loans to the Debtors:[2]

28   _____

[2] The information regarding Setal's loans is based on the Verified Statement of Penelope Parmes, Attorney

MAINDOCS-#145021-v4-Enivel_Finance_Motion.DOC

(a)   Setal 1, LLC:  Loan dated January 12, 2008 in the principal amount of $1.2 million, as modified and amended.  The estimated balance as of March 12, 2010 is $904,522.55;

(b)   Setal 1, LLC: Loan dated February 12, 2008 in the principal amount of $1.5 million, as modified and amended.  The estimated balance as of March 12, 2010 is $1,178,130;

(c)   Setal 3, LLC: Loan dated May 28, 2008 in the principal amount of $2.5 million, as modified and amended.  The estimated balance as of March 12, 2010 is $2,562,549;

(d)   Setal 4, LLC: Loan dated June 26, 2008 in the principal amount of $2.0 million, as modified and amended.  The estimated balance as of March 12, 2010 is $2,106,736;

(e)   Setal 5, LLC: Loan dated June 26, 2008 in the principal amount of $1.5 million, as modified and amended.  The estimated balance as of March 12, 2010 is $1,174,618;

(f)   Setal 6, LLC: Loan dated May 15, 2009 in the principal amount of $2.0 million, as modified and amended.  The estimated balance as of March 12, 2010 is $2,761,555;

(g)   Taylor Family Trust: Loan dated March 20, 2009 in the principal amount of $975,000, as modified and amended.  The estimated balance as of March 31, 2010 is $1,178,955.51; and

(h)   Taylor Family Trust: Loan dated January 5, 2010 in the principal amount of $545,000, as modified and amended.  The estimated balance as of April 12, 2010 is $545,000.

During the period of February 14, 2008 through October 30, 2008, Setal 1, LLC, Setal 2, LLC, Setal 3, LLC, Setal 4, LLC, Setal 5, LLC and the Taylor Family Trust filed

---

for Secured Creditors, Pursuant to Federal Rule of Bankruptcy Procedure 2019(a) filed on April 19, 2010 as Docket No 89.

UCC Financing Statements against USDC, Club Sub, Fresno, Fresno 2, Portsmouth and Tuchman. Setal 6, LLC filed an additional UCC Financing Statement against Portsmouth on June 3, 2009. Copies of the UCC Financing Statements are attached to the Lee Declaration as Exhibit "2."

2. <u>Team and Bell Hop</u>. On or about February 2008, USDC executed a promissory note in favor of Team and Bell Hop in the principal aggregate amount of $1,650,867. On April 14, 2009, <u>after the date on which all of Setal's UCC Financing Statements were filed for the same debtors</u>, Team and Bell Hop filed UCC Financing Statements against USDC, Steam Press, Club Sub, Fresno, Fresno 2 and USDCC CVR Merger Sub, LLC. Copies of the UCC Financing Statements filed by Team and Bell are attached to the Lee Declaration as Exhibit "3." Team and Bell Hop also assert a possessory lien based on a management agreement entered into on or about December 7, 2009. Notably, neither Team nor Bell asserts a secured claim against Portsmouth and Tuchman, two of the three Lending Debtors.

**III.**

**PROPOSED POST-PETITION DEBTORS-IN-POSSESSION FINANCING**

The Lending Debtors have agreed to provide post-petition financing to the Borrowing Debtors pursuant to the terms summarized below.

**A.    <u>Summary of Terms of Financing Proposal.</u>**

| | |
|---|---|
| **Loan Amount** | Up to a maximum of $395,000; the loans and anticipated repayments are set forth in the cash collateral budgets attached collectively as Exhibit "4" to the Lee Declaration. |
| **Interest Rate** | No interest. |
| **Term** | The loan matures on the earlier of a demand by the Lending Debtors or upon the occurrence of an Event of Default as that term is defined in the Agreement. |
| **Super Priority Administrative Expense** | All amounts owing by the Borrowing Debtors shall at all times constitute allowed super-priority administrative expense claims in their cases, having priority over all administrative expenses of the kind specified in sections 503(b) and 507(b) of the Bankruptcy Code, subject only to a carve-out for (i) all professional fees incurred in the case, and (ii) the payment of fees pursuant to 28 U.S.C. §1930 (collectively, the carve-out). |

MAINDOCS-#145021-v4-Envel_Finance_Motion.DOC

| Carveout | The Lending Debtors waive the right to seek the recovery of any funds paid to professionals (as defined in 11 U.S.C. § 327) by the Borrowing Debtors during these proceedings on the basis of the administrative priority accorded their claims herein, whether by way of disgorgement or otherwise. |
|---|---|

## IV.

## THIS COURT IS AUTHORIZED TO ALLOW THE DEBTOR TO ENTER INTO POST-PETITION SECURED FINANCING ARRANGEMENT

Section 364(c) of the Bankruptcy Code sets forth the criteria that must be satisfied to obtain a post-petition loan having priority over all other administrative claims:

> (c) If the trustee is unable to obtain unsecured credit allowable under section 503(b)(1) of this title as an administrative expense, the court, after notice and a hearing, may authorize the obtaining of credit or the incurring of debt--
>
> > (1) with priority over any or all administrative expense of the kind specified in Section 503(b) or 507(b) of this title;

11 U.S.C. §364(c)(1).

A common test for evaluating requests under section 364(c) is: (1) the debtor cannot obtain unsecured administrative credit; (2) the credit is necessary to preserve the assets of the estate; and (3) the terms of the credit are fair and reasonable. *In re Crouse Group, Inc.*, 71 B.R. 544, 549 (Bankr. E.D. Pa. 1987).

### A.    The Borrowing Debtors Cannot Obtain Unsecured Administrative Credit.

The Borrowing Debtors have not been able to obtain the necessary working capital from any source under any terms, secured or unsecured. Because the Borrowing Debtors have attempted but failed to obtain financing, and such financing is critical to the viability of their operation, the approval of this post-petition financing is necessary to preserve the assets of the estates and to pave the way to distributions to creditors. *See*, *In re Snowshoe Co., Inc.*, 789 F. 2d 1085, 1088 (4th Cir. 1986) ("The statute imposes no duty to seek credit from every possible lender before concluding that such credit is unavailable.").

### B.    The Loan Is Necessary to Preserve the Assets of the Estate.

The proposed financing is absolutely critical to the viability of the Borrowing Debtors' operations, thereby maximizing value for the Debtors' entities. In order to attract an equity

1    infusion from the capital markets, it is necessary that the Debtors keep as many of their stores

2    open. In order to accomplish this, it is necessary that the Borrowing Debtors obtain the proposed

3    financing. If this financing is not obtained, the Borrowing Debtors may be forced to close up to 23

4    dry cleaning stores, which would significantly impair, if not destroy, the Debtors' ability to obtain

5    a significant capital infusion and successfully reorganize, thereby causing creditors to realize

6    significantly less from these bankruptcy proceedings.

7         **C.    The Terms of the Post-Petition Financing Are Fair and Reasonable.**

8         The terms of the post-petition financing are fair and reasonable given the Borrowing

9    Debtors' current financial condition and the value proposition described herein. Indeed, the

10   Borrowing Debtors cannot obtain unsecured financing or any other financing on better terms than

11   those of this loan.

12        **D.    Conclusion.**

13        Based on the foregoing, the proposed post-petition financing is clearly in the best interests

14   of the estates, as it represents an actual necessary cost and expense of preserving the estates, and is

15   in the best interest of the Debtors' creditors. Therefore, the Court should approve the loan with the

16   protection afforded in Section 364(c)(1).

17                                    **V.**

18                               **CONCLUSION**

19        Based on the foregoing, the Debtors respectfully request that the Court approve the

20   proposed post-petition financing transaction as described herein.

21

22   DATED: May 14, 2010                    **WINTHROP COUCHOT**
                                            **PROFESSIONAL CORPORATION**
23

24                                          By: _Kavita Gupta_____
                                               Marc J. Winthrop
25                                             Garrick A. Hollander
                                               Kavita Gupta
26                                          General Insolvency Counsel for Debtor and
                                            Debtor-in-Possession
27

28

1      **DECLARATION OF ROBERT Y. LEE**

2      I, Robert Y. Lee, hereby declare and state as follows:

3      1.    I am the President of Enivel, Inc., a Hawaii corporation ("Enivel"), [1] Cleaners

4 Club Acquisition Sub, Inc., a California corporation ("Club Sub"), USDC Fresno, Inc., a

5 California corporation ("Fresno"), USDC Fresno 2, Inc., a California corporation ("Fresno 2"),

6 USDC Portsmouth, Inc., a California corporation ("Portsmouth"), and USDC Tuchman Indiana,

7 Inc., a California corporation ("Tuchman"), certain of the jointly administered debtors and

8 debtors-in-possession in the above captioned cases (collectively, the "Debtors"), and have been

9 responsible for overseeing the day-to-day financial operations and financial performance of the

10 Debtors.  Consequently, I am involved in supervising all aspects of the Debtors' financial affairs.

11      2.    The facts stated herein are within my personal knowledge, and if called upon to

12 testify to such facts I could and would testify competently thereto.

13      3.    U.S. Dry Cleaning Services Corporation dba U. S. Dry Cleaning Corporation

14 ("USDC"), through its wholly owned debtor subsidiaries,[2] owns and operates 78 dry cleaning

15 stores.  In order to maximize value for all creditors, the Debtors need to obtain a significant capital

16 infusion.  The Debtors believe that maintaining as many stores as possible is necessary to attract

17 interest from the capital markets.

18      4.    The Borrowing Debtors, who own and operate 23, or approximately 30%, of the

19 Debtors' dry cleaning stores, do not generate sufficient cash flow to meet their ongoing operating

20 expenses after their necessary share of corporate overhead (i.e., these entities operate at or above

21 break even before the allocation of corporate overhead).  While the Debtors view themselves as

22 part of one organization, and intend to eventually substantively consolidate the cases, the Debtors

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Motion.
[2] USDC is the parent company of the following jointly administered debtors: Tuchman, which owns and operates 25 stores in Indianapolis; Portsmouth, which owns and operates 10 stores in Virginia; Fresno, which owns and operates 10 stores in Fresno, California and 2 in Arizona; Fresno 2, Inc., which owns and operates 7 stores in Fresno, California; Club Sub, which owns and operates 7 stores in the Inland Empire in California; and Steam Press Holdings, Inc., which is the parent company of Enivel, which owns and operates 16 stores in Hawaii.  USDC is also the parent company of the following non-debtor entities: US Dry Cleaning Franchise Corporation, which has no assets or operations and is intended to serve as the franchisor for the Debtors' operations once they begin to refranchise their stores; and USDCC CVR Merger Sub, LLC, which used to own and operate stores in Palm Springs, but no longer has any assets or operations.

MAINDOCS-#145021-v4-Enivel_Finance_Motion.DOC

1 │ understand that, at this time, they are still separate legal entities. Accordingly, the Borrowing

2 │ Debtors need to obtain immediate post-petition financing to prevent closure of their stores.

3 │ Losing 23 stores will cripple, if not destroy, the Debtors' efforts to attract and raise capital. In

4 │ addition, since these stores contribute to the Debtors' aggregate bottom line, the loss of these

5 │ stores would only cause the remaining debtors to absorb a greater share of corporate overhead,

6 │ thereby resulting in a decrease in overall cash flow. Therefore, in order to preserve the value of

7 │ the collateral and to maximize the Debtors' ability to attract a capital infusion necessary for an

8 │ effective reorganization, the Debtors must preserve the total number of dry cleaning stores. To

9 │ that end, the Lending Debtors have agreed to provide post-petition financing to the Borrowing

10 │ Debtors. The proposed financing will preserve the going concern value of the enterprise and

11 │ maximize value for creditors.

12 │      5.     USDC, through its wholly owned debtor subsidiaries acquired in connection with

13 │ its strategy to "rollup" the highly fragmented dry cleaning industry, has become the largest owner

14 │ and operator of dry cleaning stores in the country. The Debtors currently employ approximately

15 │ 600 employees and own and operate 78 dry cleaning stores generating in excess of $25 million in

16 │ annual revenues.

17 │      6.     A schedule of creditors who assert secured claims against the Debtors' estates,

18 │ along with the amount of such claims according to the Debtors' books and records is attached

19 │ hereto as Exhibit "1." The Debtors estimate that the aggregate amount of secured claims is in

20 │ excess of $16,750,000. Of that amount, Setal's claims, which are secured by a first priority lien

21 │ against substantially all of the Debtors' assets, total approximately $11,777,610 plus interest, late

22 │ charges, attorneys' fee and other charges. The Debtors believe that the liquidation value of the

23 │ collateral securing the claims of secured creditors is less than the aggregate of all claims held by

24 │ Setal.

25 │      7.     The claims of Setal, Team Equipment, Inc. ("Team") and Bell Hop Cleaners of

26 │ California, Inc. ("Bell Hop"), the Debtors' largest secured creditors, are summarized below.

27 │           (a)    Setal. Setal made the following eight loans to the Debtors:[3]

28 │

---

[3] The information regarding Setal's loans is based on the Verified Statement of Penelope Parmes, Attorney

1             (i)    Setal 1, LLC: Loan dated January 12, 2008 in the principal amount

2 of $1.2 million, as modified and amended. The estimated balance as of March 12,

3 2010 is $904,522.55;

4             (ii)   Setal 1, LLC: Loan dated February 12, 2008 in the principal amount

5 of $1.5 million, as modified and amended. The estimated balance as of March 12,

6 2010 is $1,178,130;

7             (iii)  Setal 3, LLC: Loan dated May 28, 2008 in the principal amount of

8 $2.5 million, as modified and amended. The estimated balance as of March 12,

9 2010 is $2,562,549;

10            (iv)  Setal 4, LLC: Loan dated June 26, 2008 in the principal amount of

11 $2.0 million, as modified and amended. The estimated balance as of March 12,

12 2010 is $2,106,736;

13            (v)   Setal 5, LLC: Loan dated June 26, 2008 in the principal amount of

14 $1.5 million, as modified and amended. The estimated balance as of March 12,

15 2010 is $1,174,618;

16            (vi)  Setal 6, LLC: Loan dated May 15, 2009 in the principal amount of

17 $2.0 million, as modified and amended. The estimated balance as of March 12,

18 2010 is $2,761,555;

19            (vii)  Taylor Family Trust: Loan dated March 20, 2009 in the principal

20 amount of $975,000, as modified and amended. The estimated balance as of

21 March 31, 2010 is $1,178,955.51; and

22            (viii) Taylor Family Trust: Loan dated January 5, 2010 in the principal

23 amount of $545,000, as modified and amended. The estimated balance as of

24 April 12, 2010 is $545,000.

25 During the period of February 14, 2008 through October 30, 2008, Setal 1, LLC,

26 Setal 2, LLC, Setal 3, LLC, Setal 4, LLC, Setal 5, LLC and the Taylor Family Trust filed

27

28 for Secured Creditors, Pursuant to Federal Rule of Bankruptcy Procedure 2019(a) filed on April 19, 2010 as Docket No 89.

MAINDOCS-#145021-v4-Enivel_Finance_Motion.DOC

1   UCC Financing Statements against USDC, Club Sub, Fresno, Fresno 2, Portsmouth and

2   Tuchman. Setal 6, LLC filed an additional UCC Financing Statement against USDC,

3   Portsmouth and Tuchman on June 3, 2009. True and correct copies of the UCC Financing

4   Statements filed by Setal are attached hereto as Exhibit "2."

5       (b)    Team and Bell Hop. On or about February 2008, USDC executed a

6   promissory note in favor of Team and Bell Hop in the principal aggregate amount of

7   $1,650,867. On April 14, 2009, after the date on which all of Setal's UCC Financing

8   Statements were filed for the same debtors, Team and Bell Hop filed UCC Financing

9   Statements against USDC, Steam Press, Club Sub, Fresno, Fresno 2 and USDCC CVR

10  Merger Sub, LLC. True and correct copies of the UCC Financing Statements filed by

11  Team and Bell are attached hereto as Exhibit "3." Team and Bell Hop also assert a

12  possessory lien based on a management agreement entered into on or about December 7,

13  2009. Notably, neither Team nor Bell asserts a secured claim against Portsmouth and

14  Tuchman, two of the three Lending Debtors.

15      8.    The Lending Debtors have agreed to provide post-petition financing to the

16  Borrowing Debtors pursuant to the terms summarized below.

| Loan Amount | Up to a maximum of $395,000; the loans and anticipated repayments are set forth in the cash collateral budgets attached collectively hereto as Exhibit "4." |
|---|---|
| Interest Rate | No interest. |
| Term | The loan matures on the earlier of a demand by the Lending Debtors or upon the occurrence of an Event of Default as that term is defined in the Agreement. |
| Super Priority Administrative Expense | All amounts owing by the Borrowing Debtors shall at all times constitute allowed super-priority administrative expense claims in their cases, having priority over all administrative expenses of the kind specified in sections 503(b) and 507(b) of the Bankruptcy Code, subject only to a carve-out for (i) all professional fees incurred in the case, and (ii) the payment of fees pursuant to 28 U.S.C. §1930 (collectively, the carve-out). |
| Carveout | The Lending Debtors waive the right to seek the recovery of any funds paid to professionals (as defined in 11 U.S.C. § 327) by the Borrowing Debtors during these proceedings on the basis of the administrative priority accorded their claims herein, whether by way of disgorgement or otherwise. |

27      9.    The Borrowing Debtors have not been able to obtain the necessary working capital

28  from any source under any terms, secured or unsecured. Because the Borrowing Debtors have

-13-

1   attempted but failed to obtain financing, and such financing is critical to the viability of their

2   operation, the approval of this post-petition financing is necessary to preserve the assets of the

3   estates and to pave the way to distributions to creditors.

4        10.   The proposed financing is absolutely critical to the viability of the Borrowing

5   Debtors' operations, thereby maximizing value for the Debtors' entities. In order to attract an

6   equity infusion from the capital markets, it is necessary that the Debtors keep as many of their

7   stores open. In order to accomplish this, it is necessary that the Debtors obtain the proposed

8   financing. If this financing is not obtained, the Borrowing Debtors may be forced to close up to

9   23 dry cleaning stores, which would significantly impair, if not destroy, the Debtors' ability to

10   obtain a significant capital infusion and successfully reorganize, thereby causing creditors to

11   realize significantly less from these bankruptcy proceedings.

12        11.   The terms of the post-petition financing are fair and reasonable given the

13   Borrowing Debtors' current financial condition and the value proposition described herein.

14   Indeed, the Borrowing Debtors cannot obtain unsecured financing or any other financing on better

15   terms than those of this loan.

16        12.   Based on the foregoing, the proposed post-petition financing is clearly in the best

17   interests of the estates, as it represents an actual necessary cost and expense of preserving the

18   estates, and is in the best interest of the Debtors' creditors.

19       I declare that the foregoing is true and correct under the penalty of perjury.

20       Executed this 14th day of May 2010, at Newport Beach, California.

22                Robert Y. Lee

-14-

MAINDOCS-#145621-v4-Envel_Finance_Motion (5)

# EXHIBIT "1"

## Creditors Asserting Claims Against Cash Collateral

| Debtor | Lender | Amount | UCC-1 Date | Description of Collateral * |
|--------|--------|--------|------------|------------------------------|
| Enivel | Craig Rankin | 65,000 | 11/30/2006 | All assets |
| | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Team Equipment, Inc. | 1,483,912 | 4/14/2009 | All assets |
| | Bell Hop Cleaners | 359,557 | 4/14/2009 | All assets |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| | First Hawaiian Bank | 436,100 | 11/20/2009 | All assets |
| Cleaners Club | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Abdul R. Chauthani | 81,697 | 12/15/2008 | All assets |
| | Robin Rix | 143,058 | 12/15/2008 | All assets |
| | Caine & Weiner Company, Inc. | 7,500 | 12/15/2008 | |
| | Team Equipment, Inc. | 1,483,912 | 4/14/2009 | All assets |
| | Bell Hop Cleaners | 359,557 | 4/14/2009 | All assets |
| | Richardson & Patel | 171,221 | 10/29/2009 | |
| Steam Press | Craig Rankin | 65,000 | 11/30/2006 | All assets |
| | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Team Equipment, Inc. | 1,483,912 | 4/14/2009 | All assets |
| | Bell Hop Cleaners | 359,557 | 4/14/2009 | All assets |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| | First Hawaiian Bank | 436,100 | 11/20/2009 | All assets |
| US Dry Cleaning | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Caine & Weiner Company, Inc. | 7,500 | 12/15/2008 | |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| | Jonathan Neil & Assoc, Inc. | 17,603 | 11/12/2009 | |
| | David Golubchick | 106,000 | 1/5/2010 | All assets |
| | Martin Brill | 212,000 | 1/5/2010 | All assets |
| | Lester and Diane Taylor, trustees | 238,500 | 1/5/2010 | All assets |
| | Timoth Rand | 212,000 | 1/5/2010 | All assets |
| | Prestige Cleaners, Inc. | 73,181 | 1/22/2010 | |

* Collateral has not been verified with security agreement or actual UCC-1

| Creditors Asserting Claims Against Cash Collateral | | | | |
|---|---|---|---|---|
| Debtor | Lender | Amount | UCC-1 Date | Description of Collateral * |
| USDC Fresno | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Team Equipment, Inc. | 1,483,912 | 4/14/2009 | All assets |
| | Bell Hop Cleaners | 359,557 | 4/14/2009 | All assets |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| USDC Fresno 2 | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Team Equipment, Inc. | 1,483,912 | 4/14/2009 | All assets |
| | Bell Hop Cleaners | 359,557 | 4/14/2009 | All assets |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| USDC Tuchman | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Setal 6 | 2,703,450 | 6/3/2009 | All assets |
| | Baker & Daniels | 43,327 | 9/25/2009 | |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| | David Golubchick | 106,000 | 1/5/2010 | All assets |
| | Martin Brill | 212,000 | 1/5/2010 | All assets |
| | Lester and Diane Taylor, trustees | 238,500 | 1/5/2010 | All assets |
| | Timothy Rand | 212,000 | 1/5/2010 | All assets |
| USDC Portsmouth | Setal 3 | 2,619,548 | 7/15/2008 | All assets |
| | Setal 4 | 2,106,949 | 7/15/2008 | All assets |
| | Setal 5 | 1,335,216 | 7/15/2008 | All assets |
| | Setal 1 | 858,213 | 10/30/2008 | All assets |
| | Setal 1 | 1,158,132 | 10/30/2008 | All assets |
| | Setal 2 | 1,266,525 | 10/30/2008 | All assets |
| | Setal 6 | 2,703,450 | 6/3/2009 | All assets |
| | Richardson & Patel | 171,221 | 10/29/2009 | All assets |
| | David Golubchick | 106,000 | 1/5/2010 | All assets |
| | Martin Brill | 212,000 | 1/5/2010 | All assets |
| | Lester and Diane Taylor, trustees | 238,500 | 1/5/2010 | All assets |
| | Timoth Rand | 212,000 | 1/5/2010 | All assets |
| | NewStar | 1,067,750 | | All assets |

* Collateral has not been verified with security agreement or actual UCC-1

Exhibit 1, Page 16

# EXHIBIT "2"

08-7165421488
07/15/2008 15:33

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

17704930002   UCC 1 FILING

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Chadwick C. Bunch, Esq.
Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
2603 Main Street, Suite 1300
Irvine, CA 92614

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | |
| **Cleaners Club Acquisition Sub, Inc.** | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4040 MacArthur Blvd., Ste. 305** | **Newport Beach** | **CA** | **92660** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **Corp** | 1f. JURISDICTION OF ORGANIZATION **CA** | 1g. ORGANIZATIONAL ID #, if any **C2938214** | ☐ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| **USDCC CVR MERGER SUB, LLC** | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4040 MacArthur Blvd., Ste. 305** | **Newport Beach** | **CA** | **92660** | **USA** |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **LLC** | 2f. JURISDICTION OF ORGANIZATION **CA** | 2g. ORGANIZATIONAL ID #, if any **200522210075** | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | |
| **Setal 3, LLC** | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10450 Trabuco Street** | **Bellflower** | **CA** | **90707** | **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**See Attachment #1**

5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (ACA)

1770450002

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | | |
|---|---|---|---|
| 19a. ORGANIZATION NAME | | | |
| Cleaners Club Acquisition Sub, Inc. | | | |
| OR 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME, SUFFIX |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (21a or 21b) – do not abbreviate or combine names**

| 21a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| USDC Fresno, Inc. | | | | | |
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | | CA | 92660 | USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 21d. TYPE OF ORGANIZATION Corp. | 21e. JURISDICTION OF ORGANIZATION CA | | 21f. ORGANIZATIONAL ID#, if any C2978808 | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (22a or 22b) – do not abbreviate or combine names**

| 22a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| USDC Fresno 2, Inc. | | | | | |
| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | | CA | 92660 | USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 22d. TYPE OF ORGANIZATION Corp. | 22e. JURISDICTION OF ORGANIZATION CA | | 22f. ORGANIZATIONAL ID#, if any C2978809 | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (23a or 23b) – do not abbreviate or combine names**

| 23a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| USDC Portsmouth, Inc. | | | | | |
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | | CA | 92660 | USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 23d. TYPE OF ORGANIZATION Corp. | 23e. JURISDICTION OF ORGANIZATION CA | | 23f. ORGANIZATIONAL ID#, if any C3090853 | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) – insert only one name (24a or 24b)**

| 24a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Setal 4, LLC | | | | | |
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 24c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 10450 Trabuco Street | Bellflower | | CA | 90707 | USA |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) – insert only one name (25a or 25b)**

| 25a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Setal 5, LLC | | | | | |
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 25c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 10450 Trabuco Street | Bellflower | | CA | 90707 | USA |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) – CALIFORNIA (REV. 01/01/08)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION NAME | | | |
|---|---|---|---|
| Cleaners Club Acquisition Sub, Inc. | | | |
| OR 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX | |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1770493 00002

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (21a or 21b) – do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| USDC-Tennessee, Inc. | | | | |
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |
| ADD'L INFO RE ORGANIZATION DEBTOR | 21d. TYPE OF ORGANIZATION | 21e. JURISDICTION OF ORGANIZATION | 21f. ORGANIZATIONAL ID#, if any | |
| | Corp. | CA | C3102011 | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (22a or 22b) – do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 22d. TYPE OF ORGANIZATION | 22e. JURISDICTION OF ORGANIZATION | 22f. ORGANIZATIONAL ID#, if any | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (23a or 23b) – do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ADD'L INFO RE ORGANIZATION DEBTOR | 23d. TYPE OF ORGANIZATION | 23e. JURISDICTION OF ORGANIZATION | 23f. ORGANIZATIONAL ID#, if any | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY – UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) – CALIFORNIA (REV. 01/01/08)

1770310002

### Attachment #1

### Description of Collateral

All properties and assets of the listed Debtors of every kind whatsoever, tangible or intangible, personal or mixed, wherever located, whether in the possession of a Debtor or in transit or in possession of any other person, and all rights, title and interest of the Debtors of every kind and nature whatsoever in and to the foregoing, and including, without limiting the generality of the foregoing, all of the properties and assets of the Debtors identified and described in clauses (A) through (K) below, and any replacement of any of the properties and assets listed in the foregoing and below:

A.     All "accounts," as that term is defined in Article 9 of the Uniform Commercial Code, as in effect in the State of California ("UCC"), including, without limitation, every right to payment for goods or other property of any kind sold or leased or for services rendered or for any other transaction, whether or not the right to payment has been earned by performance, and including without limitation every account receivable, all purchase orders, all interest in goods the sale or lease of which gives rise to the right to payment (including returned or repossessed goods and unpaid seller's rights), and the rights pertaining to such goods, including the right to stoppage in transit, every right to payment under any contract, and every lien, guaranty, or security interest that secures a right to payment for any of the foregoing ("Accounts");

B.     All chattel paper, consisting of a writing or writings evidencing both a monetary obligation and a security interest in or lease of goods, together with any guarantees, letters of credit, and other security therefore ("Chattel Paper");

C.     All "deposit accounts," as defined in the UCC ("Deposit Accounts");

D.     All "inventory" of whatever kind, as that term is used in the UCC, including without limitation all goods held by any of the Debtors for sale or lease, goods furnished or to be furnished under a contract for service, and supplies, packaging, raw materials, goods in transit, work-in-process, and materials used or consumed or to be used or consumed in the Debtors' business, or in the processing, packaging, or shipping of same, all finished goods, and all property, the sale or lease of which has given rise to Accounts, Chattel Paper, or Instruments, and that has been returned to the Debtors or repossessed by the Debtors or stopped in transit, and all warranties and related claims, credits, setoffs, and other rights of recovery with respect to any of the foregoing ("Inventory");

E.     All "equipment," as that term is used in the UCC, including without limitation all equipment, machinery, and other property held for use in or purchased for the Debtors' business, together with all increases, parts, fittings, accessories, repair equipment, and special tools now or later affixed to, or used in connection with, that property, all transferable rights of the Debtors to the licenses and warranties (express and implied) received from the sellers and manufacturers of the foregoing property, all related claims, credits, setoffs, and other rights of recovery ("Equipment");

F.     All "instruments," including without limitation every instrument of any kind, as that term is used in the UCC, and includes every promissory note, negotiable instrument, certificated security, or other writing that evidences a right to payment of money, that is not a lease or security agreement, and that is transferred in the ordinary course of business by delivery with any necessary assignment or indorsement ("Instruments");

G.    "Investment property," as that term is defined in the UCC ("Investment Property") including all securities, shares of capital stock, bonds, debentures, warrants, options, rights, partnership interests, limited liability company membership interests, and other securities and investments of every kind and description;

H.    All documents, including without limitation any paper that is treated in the regular course of business as adequate evidence that the person in possession of the paper is entitled to receive, hold, and dispose of the goods the paper covers, including warehouse receipts, bills of lading, certificates of title, and applications for certificates of title;

I.    All "general intangibles" of any kind, as that term is used in the UCC, and includes without limitation all intangible personal property other than Accounts, Documents, Instruments, and Chattel Paper, and includes without limitation money, contract rights of every kind and nature whatsoever, including all claims, demands, judgments, indemnities, rights, remedies, choses in action, powers and privileges of the Debtors in, to and under all contracts, agreements, leases, indemnities, warranties or guarantees between any Debtor and any other parties or in favor of any Debtor, corporate or other business records, monies in bank accounts, monies in deposit accounts, cash on hand, chattel paper, all insurance policies, including the cash surrender value thereof and all proceeds thereof, and all federal, state local or foreign tax refunds and/or abatements to which Debtors are or may from time to time become entitled, no matter how or when arising, inventions, designs, formulas, patents, service marks, trademarks, trade names, trade secrets, engineering drawings, goodwill, rights to prepaid expenses, registrations, franchises, copyrights, licenses, customer lists, computer programs and other software, source code, tax refund claims, royalty, licensing and product rights, all claims under guarantees, security interests or other security held by or granted to Debtors to secure payment of any of the Accounts by an Account Debtor, all indemnification rights, and rights to retrieval from third parties of electronically processed and recorded data pertaining to any collateral, things in action, items, checks, drafts, and orders in transit to or from Debtors, credits or deposits of Debtors (whether general or special) ("General Intangibles");

J.    "Supporting obligations," as that term is defined in the UCC ("Supporting Obligations"); and

K.    To the extent not listed above in this Attachment 1 as original collateral, all of the income, products and proceeds of, and all additions, substitutions, replacements, attachments and accessions to, all of the properties and assets of Debtors identified and described in the foregoing clauses (A) through (J), including casualty insurance thereon, in each and every case whether now owned or hereafter acquired by Debtors, wherever located, and howsoever their interests may arise or appear, and all other profits, products, rentals or receipts, in whatever form, arising from the collection, sale, lease, exchange, assignment, licensing or other disposition of, or other realization upon, the collateral and proceeds of insurance policies insuring the collateral, or any indemnity, warranty or guaranty payable by reason of loss or damage to or otherwise with respect to any of the collateral.

**08-7177203015**

**10/30/2008 16:31**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**FILED**
CALIFORNIA
SECRETARY OF STATE

S0S

18955440002    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Chadwick C. Bunch, Esq.
Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
2603 Main Street, Suite 1300
Irvine, CA 92614

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | |
| Cleaners Club Acquisition Sub, Inc. | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Ste. 305 | Newport Beach | CA | 92660 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corp | CA | C2938214 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| USDCC CVR MERGER SUB, LLC | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Ste. 305 | Newport Beach | CA | 92660 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | CA | 200522210075 | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | |
| Setal 1, LLC | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10450 Trabuco Street | Bellflower | CA | 90707 | USA |

**4.** This FINANCING STATEMENT covers the following collateral:

See Attachment #1

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

19a. ORGANIZATION'S NAME: **Cleaners Club Acquisition Sub, Inc.**

OR 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

20. MISCELLANEOUS:

1895544002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME: **USDC Fresno, Inc.**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| ADDL INFO RE ORGANIZATION DEBTOR | 21d. TYPE OF ORGANIZATION: Corp. | 21e. JURISDICTION OF ORGANIZATION: CA | 21f. ORGANIZATIONAL ID#, if any: C2978808 | ☐ NONE |
|---|---|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME: **USDC Fresno 2, Inc.**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| ADDL INFO RE ORGANIZATION DEBTOR | 22d. TYPE OF ORGANIZATION: Corp. | 22e. JURISDICTION OF ORGANIZATION: CA | 22f. ORGANIZATIONAL ID#, if any: C2978809 | ☐ NONE |
|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME: **USDC Portsmouth, Inc.**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| ADDL INFO RE ORGANIZATION DEBTOR | 23d. TYPE OF ORGANIZATION: Corp. | 23e. JURISDICTION OF ORGANIZATION: CA | 23f. ORGANIZATIONAL ID#, if any: C3090853 | ☐ NONE |
|---|---|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME: **Setal 2, LLC**

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10450 Trabuco Street | Bellflower | CA | 90707 | USA |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME:

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY – UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) – CALIFORNIA (REV. 01/01/08)

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION NAME | | | |
|---|---|---|---|
| OR | **Cleaners Club Acquisition Sub, Inc.** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX | |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (21a or 21b) – do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **USDC-Tennessee, Inc.** | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 21d. TYPE OF ORGANIZATION | 21e. JURISDICTION OF ORGANIZATION | 21f. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | Corp. | CA | C3102011 | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (22a or 22b) – do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 22d. TYPE OF ORGANIZATION | 22e. JURISDICTION OF ORGANIZATION | 22f. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (23a or 23b) – do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 23d. TYPE OF ORGANIZATION | 23e. JURISDICTION OF ORGANIZATION | 23f. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** – insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) — CALIFORNIA (REV. 01/01/08)

Attachment #1

Description of Collateral

All properties and assets of the listed Debtors of every kind whatsoever, tangible or intangible, personal or mixed, wherever located, whether in the possession of a Debtor or in transit or in possession of any other person, and all rights, title and interest of the Debtors of every kind and nature whatsoever in and to the foregoing, and including, without limiting the generality of the foregoing, all of the properties and assets of the Debtors identified and described in clauses (A) through (K) below, and any replacement of any of the properties and assets listed in the foregoing and below:

A.    All "accounts," as that term is defined in Article 9 of the Uniform Commercial Code, as in effect in the State of California ("UCC"), including, without limitation, every right to payment for goods or other property of any kind sold or leased or for services rendered or for any other transaction, whether or not the right to payment has been earned by performance, and including without limitation every account receivable, all purchase orders, all interest in goods the sale or lease of which gives rise to the right to payment (including returned or repossessed goods and unpaid seller's rights), and the rights pertaining to such goods, including the right to stoppage in transit, every right to payment under any contract, and every lien, guaranty, or security interest that secures a right to payment for any of the foregoing ("Accounts");

B.    All chattel paper, consisting of a writing or writings evidencing both a monetary obligation and a security interest in or lease of goods, together with any guarantees, letters of credit, and other security therefore ("Chattel Paper");

C.    All "deposit accounts," as defined in the UCC ("Deposit Accounts");

D.    All "inventory" of whatever kind, as that term is used in the UCC, including without limitation all goods held by any of the Debtors for sale or lease, goods furnished or to be furnished under a contract for service, and supplies, packaging, raw materials, goods in transit, work-in-process, and materials used or consumed or to be used or consumed in the Debtors' business, or in the processing, packaging, or shipping of same, all finished goods, and all property, the sale or lease of which has given rise to Accounts, Chattel Paper, or Instruments, and that has been returned to the Debtors or repossessed by the Debtors or stopped in transit, and all warranties and related claims, credits, setoffs, and other rights of recovery with respect to any of the foregoing ("Inventory");

E.    All "equipment," as that term is used in the UCC, including without limitation all equipment, machinery, and other property held for use in or purchased for the Debtors' business, together with all increases, parts, fittings, accessories, repair equipment, and special tools now or later affixed to, or used in connection with, that property, all transferable rights of the Debtors to the licenses and warranties (express and implied) received from the sellers and manufacturers of the foregoing property, all related claims, credits, setoffs, and other rights of recovery ("Equipment");

F.    All "instruments," including without limitation every instrument of any kind, as that term is used in the UCC, and includes every promissory note, negotiable instrument, certificated security, or other writing that evidences a right to payment of money, that is not a lease or security agreement, and that is transferred in the ordinary course of business by delivery with any necessary assignment or indorsement ("Instruments");

G.    "Investment property," as that term is defined in the UCC ("Investment Property") including all securities, shares of capital stock, bonds, debentures, warrants, options, rights, partnership interests, limited liability company membership interests, and other securities and investments of every kind and description;

H.    All documents, including without limitation any paper that is treated in the regular course of business as adequate evidence that the person in possession of the paper is entitled to receive, hold, and dispose of the goods the paper covers, including warehouse receipts, bills of lading, certificates of title, and applications for certificates of title;

I.    All "general intangibles" of any kind, as that term is used in the UCC, and includes without limitation all intangible personal property other than Accounts, Documents, Instruments, and Chattel Paper, and includes without limitation money, contract rights of every kind and nature whatsoever, including all claims, demands, judgments, indemnities, rights, remedies, choses in action, powers and privileges of the Debtors in, to and under all contracts, agreements, leases, indemnities, warranties or guarantees between any Debtor and any other parties or in favor of any Debtor, corporate or other business records, monies in bank accounts, monies in deposit accounts, cash on hand, chattel paper, all insurance policies, including the cash surrender value thereof and all proceeds thereof, and all federal, state local or foreign tax refunds and/or abatements to which Debtors are or may from time to time become entitled, no matter how or when arising, inventions, designs, formulas, patents, service marks, trademarks, trade names, trade secrets, engineering drawings, goodwill, rights to prepaid expenses, registrations, franchises, copyrights, licenses, customer lists, computer programs and other software, source code, tax refund claims, royalty, licensing and product rights, all claims under guarantees, security interests or other security held by or granted to Debtors to secure payment of any of the Accounts by an Account Debtor, all indemnification rights, and rights to retrieval from third parties of electronically processed and recorded data pertaining to any collateral, things in action, items, checks, drafts, and orders in transit to or from Debtors, credits or deposits of Debtors (whether general or special) ("General Intangibles");

J.    "Supporting obligations," as that term is defined in the UCC ("Supporting Obligations"); and

K.    To the extent not listed above in this Attachment 1 as original collateral, all of the income, products and proceeds of, and all additions, substitutions, replacements, attachments and accessions to, all of the properties and assets of Debtors identified and described in the foregoing clauses (A) through (J), including casualty insurance thereon, in each and every case whether now owned or hereafter acquired by Debtors, wherever located, and howsoever their interests may arise or appear, and all other profits, products, rentals or receipts, in whatever form, arising from the collection, sale, lease, exchange, assignment, licensing or other disposition of, or other realization upon, the collateral and proceeds of insurance policies insuring the collateral, or any indemnity, warranty or guaranty payable by reason of loss or damage to or otherwise with respect to any of the collateral.

08-7147545879

02/14/2008 15:58

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

15023270006   UCC 1 FILING

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. S

76-9000-058-2

CL@S
Information Services
WWW.CLASINC.COM
3630 BURLEY WAY, SUITE 350
SACRAMENTO, CA 95815
TEL:916.564.2300 / 800.952.5696
FAX:916.564.2996

account number 3lc33AM/MH

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME | | | | |
| | USDC Fresno, Inc. | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 4040 MacArthur Blvd., Ste. 305 | | Newport Beach | CA | 92660 | USA |
| ADD'L INFO RE | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | | |
| ORGANIZATION DEBTOR | Corp. | CA | CA 2978808 | | ☐ NONE |

| 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | | |
| | USDC Fresno 2, Inc. | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 4040 MacArthur Blvd., Ste. 305 | | Newport Beach | CA | 92660 | USA |
| ADD'L INFO RE | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | |
| ORGANIZATION DEBTOR | Corp. | CA | CA 2978809 | | ☐ NONE |

| 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b) | | | | | |
|---|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME | | | | |
| | Setal 1, LLC | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 16220 Chicago Ave. | | Bellflower | CA | 90706 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Any and all machinery and equipment that is the subject of that certain Equipment Lease dated February 14, 2008 between Debtors and Secured Party, as more particularly described on Exhibit "1" hereto.

Any and all proceeds and products of each and all of the foregoing (including whatever is received when any of the equipment is sold, collected, exchanged or otherwise disposed of, whether such disposition is voluntary or involuntary, including, without limitation, all rights to payment, including returned premiums, with respect to any insurance relating to any of the foregoing, and all rights to payment with respect to any cause of action held by Debtors affecting or relating to any of the foregoing).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 | |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) – CALIFORNIA (REV. 01/01/08)

## Schedule #1
## Machinery and Equipment

### Team Enterprises, Inc.

**STORE:**
2-Bullard
786 W. Bullard
Fresno, Ca

| Dry Cleaning Machine & Acces. | Presses | | Shirt Laundry Equipment | |
|---|---|---|---|---|
| Marvel Hydrocarbon Machine | AJAX Silk Press | Cissell Suisie | Shirt Body Press | AJAX Collar/Cuff |
| Model: #PGR*-58 | Model: AC1-L45 | | Model: 18" & 20" | Model: CCW-C |
| Serial #5785P | Serial #FEMA7093838 | | Serial #350-402141290 | Serial #S10405612 |
| **Water Chiller** | AJAX Pants Press | AJAX Utility Press | Unitac Shirt Washer 50 lb. | AJAX Collar/Cuff |
| | Model:DCF446 | Model:DC-18 | Model:UW50P*VOU20001 | Model: CCW |
| | Serial #FEMA7663834 | Serial #FEMA7669305 | Serial #0395080136 | Serial#SP*H-78693841 |
| | | | | AJAX Sleever |
| | | | | Model: C8S |

**Conveyers**
White Conveyor (1020 spots)
White Conveyor (980 spots)

**Boiler Room**
Thermostram Boiler 15 HP

Rol-Air Air Compressor
Model: EK563630
Serial #98090

**Miscellaneous**
CoverMaster Computer
Flat Screen Monitor
2 Jiki Sewing Machines
Myteck Overlock Sewing Machine
Conveyer Chain Stitch
Cissell Spotting Board
Hams Pillow Vac

---

### Team Enterprises, Inc.

**STORE:**
4-McHenry
2121-A McHenry Ave.
Modesto, Ca

| Dry Cleaning Machine & Acces. | Presses | | Shirt Laundry Equipment | |
|---|---|---|---|---|
| Multimatic Mercury | Martin AJAX Silk Press | Cissell Suisie | Unimac Shirt Washer 50 lb. | AJAX Collar/Cuff |
| Model: Mercury-45 | Model: U-42 | | Model: UW50PVQU1 | Model: CCW |
| Serial #45-C0192-4727 | Serial #623-254-M4-2387 | | Serial #980549900224468 | Serial #SP*H-110859675 |
| **Water Chiller** | AJAX Silk Press | AJAX Utility Press | AJAX Sleever | |
| | Model: DC42 | | Model: C8S | |
| | Serial #SPMA9698213 | | Serial #---1970 | |
| | AJAX Pant Press | Pants Topper | AJAX Body Press | |
| | Model: DCF446 | | Model: C8BY | |
| | Serial #SPMA9698211 | | Serial #--- | |

**Conveyers**
White Conveyor (750 spots)
White Conveyor (520 spots)

**Boiler Room**
Fulton Boiler 15 HP
Model: F3-G15-LE
Serial #64696

Air Compressor
Model: ----
Serial #R25559-70

Dri-Vac Vacuum

**Miscellaneous**
Everest Step Pant #1
CTX Color Monitor
Frigidaire Gallery Stacked Washer/Dryer
Model: GLTF1040AS0
Perfec/Pleat Drapery Press
Cissell Spotting Board
Singer "Professional" Sewing Machine
Ricar 551 Sewing Machine
Babylock Serger

1 of 11

15232700006

## Schedule #1
## Machinery and Equipment

### Team Enterprises, Inc.

**STORE:**
Su-La'undry
2842 Geer Road
Turlock, Ca

| Dry Cleaning Machine & Acces. | Presses | | Shirt Laundry Equipment |
|---|---|---|---|
| MultiMatic 35 lb. | AJAX Silk Press | AJAX Fanback Pants Press | |
| Model: 89-800, Steam | Model: A/OJ-L45 | Model: DCF845NE | |
| Serial #9311076 | Serial #---- | Serial: 25408335.060 | |
| | | | |
| Water Chiller | Cissell Pants Topper | Cissell Susie | |
| | Model: B | | |
| | Serial #378-397 | | |

**Team Enterprises, Inc.**

**STORE:**
E-Coffee
2400 Coffee Road #5
Modesto, Ca

| Dry Cleaning Machine & Acces. | Boiler Room | Presses | Shirt Laundry Equipment |
|---|---|---|---|
| MultiMatic Converter 75 lb. | Thermoclean Boiler 9.5 HP | Hueblon Susy | |
| Model: GE SL 75 | | | |
| Serial #75GESL.0704-7203 | Rema Vacuum | AJAX Fastback Silk Press | |
| | | Model: A/OJ-L845 | |
| Water Chiller | Rol-Air 2HP Air Compressor | Serial #25012590861 | |
| | Serial #788915 | | |
| | | Cissell Mold-Rite Finishing | |
| | | Cabinet (15 spots) | |

| Conveyors | | Miscellaneous | |
|---|---|---|---|
| White Conveyor (1110 spots) | | Maytag Washer MFVW6600 | |
| | | Maytag Dryer MFD6600 | |
| | | Evans Pendum III | |
| | | OptiGuard Q61 Monitor | |
| | | Cissell Spotting Board | |
| | | Mitsubishi Sewing Machine | |
| | | Mylock Serger | |

| | AJAX Pants Press | | |
| | Model: DC7446 | | |
| | Serial #BPNA1073451 | | |

| Conveyors | Boiler Room | Miscellaneous | |
|---|---|---|---|
| Cissell Conveyor (600 spots) | Thermoclean 15 HP Boiler | Evans Step Pent III Computer/Monitor | |
| White Conveyor (450 spots) | Ingersol-Rand Air Compressor | Whirlpool Stacked Washer 2.7 cu. Ft./Dryer | |
| | Model: 2340 | Perfect/Pent Ompany Press | |
| | | Cissell Spotting Board | |
| | Rema Dri-Vac Vacuum | Seimens 7.5HP Inverter | |

2 of 11

159232T0006

## Schedule #1
## Machinery and Equipment

### Team Enterprises, Inc.

**STORE:**
9-Cedar
3242 N. Cedar
Fresno, Ca

**Dry Cleaning Machine & Acces.**
Park Multimatic 45 lb.
Model: Mercury
Serial #45-10925088

**Presses**

| AJAX Press | AJAX Parts Press | AJAX Pants Topper |
|---|---|---|
| Model: DC-46 | Model: DCF-446 | Model: DTF |
| Serial #SBLA36564999 | Serial #SFLE5887092 | Serial #AA10588264 |

| Unipress Utility Press | AJAX Parts Press | AJAX Flat Iron Press |
|---|---|---|
| Model: 1021-A | Model: DTP | Model: DP2980 |
| Serial #EER215075 | Serial #SFL07246770 | |

**Shirt Laundry Equipment**

| Unimac Shirt Washer | | AJAX Collar Cuff Press |
|---|---|---|
| Model: UW 50PVQU1 | Cissell HD75 Dryer | Model: CCY |
| Serial #060315903029302 | | Serial #SPBA6172618 |

Hwebco Dry Star 75

**Conveyors**
White Conveyor (660 spots)

**Boiler Room**
Thermosteam Boiler

**Miscellaneous**

Cissell Suzy

Everest Pendum III Computer
PFAFF Sewing Machine
Coinwrv Chain Stitch
Singer Interlock
Cissell Spotting Board
2 Perfect/Pearl Drapery Presses

### Team Enterprises, Inc.

**STORE:**
11-G Street
2828 'G' Street
Merced, Ca

**Dry Cleaning Machine & Acces.**
Marvel Petrodry 55 lb.
Model: PD-55
Serial: 5000P 2002

Water Chiller

**Presses**

| AJAX Parts Press | AJAX Parts Topper | Unimac Shirt Washer 50 lb. | AJAX Shirt Stacker |
|---|---|---|---|
| Model: DCF-446 | Model: DTF | Model: UC50PN20U60001 | Model: C3S |
| Serial #SPMA10659996 | Serial #CA10656999 | Serial #070720215814 | Serial #AE26B1057 |

| AJAX Silk Press | AJAX Utility Press | CBRY Shirt Body Press | |
|---|---|---|---|
| Model: DC 42 | Model: DC18 | Model: CBBY-X | |
| Serial #SPMA10659001 | Serial #SPMA10659000 | Serial #7784000B0596 | |

**Conveyors**
White Conveyor (760 spots)
White Conveyor (300 spots)

**Boiler Room**
Speedaire Air Compressor 5 HP
Model: 5Z997B 2
Serial #072699L1-816555

Thermosteam Boiler 15 HP

B-Vac Vacuum
Model: D-5
Serial #J-10/328

**Miscellaneous**

Everest Step Petri III Computer
Opjiquest Q51 Monitor
Juki Sewing Machine
White 'Quitana France' Sewing Machine
Mylock Chain Stitch
Mylock Chain Stitch Stacked Washer/Dryer
Frigidaire 'Gallery' Drapery Press
Perfect/Pearl Drapery Press
Cissell Spotting Board

3 of 11

1592327/0006

Exhibit 2, Page 30

Schedule #1
Machinery and Equipment

Team Enterprises, Inc.
STORE:
12-R Street
1818 "R" Street
Merced, Ca

| Dry Cleaning Machine & Acces. | Presses | Shirt Laundry Equipment |
| --- | --- | --- |
| Multimatic Shopstar 35 lb. | Forenta Pants Press | Cissell Pants Topper |
| Model: 300 Steam | Serial #MF7GR0117/6047 | Model: A |
| Serial #44-1085-3792 | | |
| | Forenta Silk Press | Cissell Susie |
| Lennox Water Chiller | Serial #M77DL00876D46 | |
| | | |
| Conveyors | Boiler Room | Miscellaneous |
| White Conveyor (765 spots) | Thermoflaan Boiler 9.5 HP | Evanse Step Computer |
| | Ingersoll-Rand Air Compressor | DelQuest DC1 Monitor |
| | Model: Century II | PerfecPleat Drapery Press |
| | Cissell Dryel Vacuum | Cissell Spotting Board |
| | | Kenmore Washer/Dryer |

4 of 11

159237006

## Schedule #1
## Machinery and Equipment

### Team Enterprises, Inc.
STORE:
16-Sunnyside
5627 E. Kings Canyon #105
Fresno, Ca

| Dry Cleaning Machine & Acces. | Presses | Cissell Suzie | Shirt Laundry Equipment |
|---|---|---|---|
| Multimatic ShopStar 35 lb.<br>Model: 300<br>Serial #44-0191-4375 | AJAX Silk Press<br>Model: AOU-545<br>Serial #SPAVI188646G | | |
| Water Chiller | Cissell Pants Press<br>Model: DCF-446 SE<br>Serial #SPLE7665307 | Cissell Pants Topper<br>Model A | |
| **Conveyors**<br>White Conveyor (810 Spots) | **Miscellaneous**<br>Everest Premium Computer<br>Mitsubishi Sewing Machine | | |
| **Boiler Room**<br>Thermoflash Boiler<br>Speedaire Air Compressor<br>Model: 1B723C 3HP<br>Rema Air Vacuum | Supreme Blind Stitch CE<br>Janome Mvlock Chain Stitch<br>Kenmore Open-Arm Sewing Machine<br>Viewsonic Monitor<br>Cissell Spotting Board | | |

### Team Enterprises, Inc.
STORE:
18b-Trading Post
840 Hermdon Ave.
Clovis, Ca

| Dry Cleaning Machine & Acces. | Presses | Suzy Topper | Shirt Laundry Equipment |
|---|---|---|---|
| MultiMatic<br>Model: Shopstar 300<br>Serial #44-0589-3597 | AJAX Silk Press<br>Model: AOU-545<br>Serial #33D40243104/79 | | AJAX Shirt Sleever<br>Model: 363<br>Serial #363308350464 |
| Water Chiller | Cissell Pants Press<br>Model: AOL-45<br>Serial #00903291 | ALM Pants Topper<br>Model:DYF<br>Serial# 339125120482 | AJAX Collar/Cuff Press<br>Model: 554<br>Serial# ALPHC8521402 |
| **Conveyors**<br>White Conveyor (1010 Spots)<br>Cissell Conveyor (280 Spots) | **Miscellaneous**<br>Everest Premium III Computer<br>Viewsonic Monitor<br>Singer Sewing Machine<br>Tecsew Chain Stitch<br>Interlocking Sewing Machine<br>Cissell Spotting Board | | AJAX Shirt Body Press<br>Model: CBBY 16"<br>Serial #ND1X9667102 |
| **Boiler Room**<br>Thermosteam Boiler 15HP<br>Speedaire Air Compressor<br>Rema Dri-Vac Vacuum | | | Uni-Mac Washer 50 lb.<br>Model: UC50PM20U2001<br>Serial #MU4591465617 |

15923270006

## Schedule #1
## Machinery and Equipment

### Team Enterprises, Inc.

**STORE:**
20-DHM Nees
7783 N. First Street
Fresno, Ca

| Dry Cleaning Machine & Acces. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Multimatic Shootair 50 lb. | AJAX Silk Press | Cissell Scale |
| Model: Steam 400 | Model: ACL-43 | |
| Serial #61-0468-3215 | Serial #SPMA1095/763 | |
| | | ACECO Pants Topper |
| Water Chiller | | Model: DTF |
| | | Serial #CA 10985/761 |
| | ACECO Pants Press | |
| | Model: DCF-440 | |
| | Serial #SPMA10957/62 | |

**Conveyors**
White Conveyor (1130 Spots)

**Boiler Room**
Thermosteam Boiler
Dayton Air Compressor
Rema Dri-Vac Vacuum

**Miscellaneous**
Everex Pentium III Computer
Viewsonic Monitor
Cissell Spotting Board

---

### Team Enterprises, Inc.

**STORE:**
21-Regency Markts
7089 N. Marks
Fresno, Ca

| Dry Cleaning Machine & Acces. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Multimatic Shopstar | AJAX Silk Press | Cissell Scale |
| Model: 300 | Model: AQU-045 L | |
| Serial #M44-4261-1422 | Serial #061105/6004 | |
| | | Cissell Pants Topper |
| KR Water Chiller | | Model: AAA-10 |
| | | Serial #16955/063 |
| | AJAX Pants Press | |
| | Model: ADCF-0446-RT1002 | |
| | Serial #0512913513 | |

**Conveyors**
White Conveyor (1100 spots)

**Boiler Room**
Thermosteam Boiler
Speedaire Air Compressor
Rema Dri-Vac Vacuum

**Miscellaneous**
Everex Computer
ViewSonic Monitor
Cissell Spotting Board
Mitsubishi Sewing Machine
Mylock Chain Stitch
Supreme Blind Stitch
Maytag Washer/GE Dryer

159232700006

# Schedule #1
# Machinery and Equipment



## Team Enterprises, Inc.
## Regency Cleaners, Inc.

**STORE:**
22. McClintock
6435 S. McClintock Dr.
Tempe, Ariz.

| Dry Cleaning Machine & Acces. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| | Prosperity Press<br>Model: 721 PO<br>Serial #206231 | | Wascomat Washer<br>Model: FL185<br>Serial #96082615802 | AJAX Double Buck<br>Model: 390<br>Serial #3504030089 |
| | Prosperity Press<br>Model: 864 PO<br>Serial #228946 | | Hubtech Dryer<br>Model: 37 CGI<br>Serial #STKC-24118750 | AJAX Sleever<br>Model: CBS<br>Serial #AE9675953 |
| | | | | AJAX Collar/Cuff<br>Model: CCWG<br>Serial #31040370393 |

**Conveyors**
- White Up-N-Down Conveyor
- White flat Conveyor

**Boiler Rcom**
- Thermosteam Boiler 15 HP
- Air Compressor
- Dryel Vacuum Model: 1C-1 Serial #753003
- AJAX Press Serial #250010340161

**Miscellaneous**
- Computer/Monitor
- Hotpoint Washer
- Maytag Washer
- Cissell Spotting Board
- Cissell Ironing Board
- U.S. Blindstitch Serial #874592278
- AJAX Folder - FFT
- Chandler Button Machine - 401 Serial #2061

## Team Enterprises, Inc.
## Regency Cleaners, Inc.

**STORE:**
24. Alhambra
4849 E. Elliot
Phoenix, Ariz.

| Dry Cleaning Machine & Acces. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| Multimatic 50 lb.<br>Model: SL-50<br>Serial #P09L-0702-7005 | AJAX Press<br>Model: DC 45<br>Serial #SPL4054192 | Cissell Pants Topper - A | Hurloch Washer<br>Model: LWZ01INV-1102<br>Serial #05091 3956 |
| Lennox Water Chiller | AJAX Press<br>Model: AOU 645<br>Serial #SPLC168235 | 2-Cissell Suzies | Yamata Coverstitch<br>Serial #2103839 |
| | | AJAX Pants Press<br>Model: AOU 45<br>Serial #SPLC168235 | Lieberman Blind Stitch<br>Serial #MD3-K40077 |
| | | | Singer Straight Stitch<br>Serial #854G050005065 |
| | | | Hoshizock 780<br>Serial #029019 |

**Conveyors**
- White Shirt Conveyor
- White Up-N-Down Conveyor
- White Small Conveyor
- White Stor-U-Veyor

**Boiler Rcom**
- Thermosteam Boiler 15 HP
- Quincy Air Compressor Model: 210618I Serial #621 11056
- Rema dri-vac

**Miscellaneous**
- Computer/Monitor
- Sparequeen Dryer
- Cissell Spotting Board
- Pfaff Zig Zag Sewing-1459 Serial #2208663

7 of 11

15923270006

## Schedule #1
## Machinery and Equipment

### Bell Hop Cleaners of California, Inc.

**STORE:**
1-Madera
1201 W. Yosemite Blvd
Madera, Ca

| Dry Cleaning Machine & Accos. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| MultiMatic Shirper | Ajax Pants Press | | Ajax Body Unit |
| Model: SS-300 Steam | Model: DCF 448 | | Model: CBBY |
| Serial #44-0194-0850A | Serial #SPLF 2681002 | | Serial #…— |
| | | | |
| Water Chiller | Ajax Silk Press | | Cissell Pants Topper |
| | Model: ADU 46 | | Model: AA-10 |
| | Serial #SPLC2681055 | | Serial #19357-360 |
| | | | |
| **Conveyors** | Cissell Suale | | Ajax Collar/Cuff |
| White Conveyor (900 spots) | | | Model: CCA |
| White Conveyor (720 spots) | | | Serial #SPH4672828 |
| | | | |
| **Boiler Room** | | CodeMaster Computer | Ajax Sleever |
| Thermasteam Boiler 15 HP | | Viewmaster Monitor | Model: 363 |
| Model/F FG-15CC | | Cissell Spotting Board | Serial #363267850886 |
| Serial #D1372 | | Mitsubishi Sewing Machine | |
| | | Singer MyKock Sewing Machine | |
| Air Compressor | | Blind Stitch Sewing Machine | |
| | | Maytag Neptune Washer/GE Washer/Kenmore Dryer | |
| Rema Air Vac | | | |

### Team Equipment, Inc.

**STORE:**
7-Washington Square
1071 E. Champlain Dr.
Fresno, Ca

| Dry Cleaning Machine & Accos. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| MultiMatic Converter | Cissell Pants Topper | | Ajax Body Unit |
| Model: GESL 86 | Model: PT-18C | | Model: CBBY |
| Serial #86 GESL 08037120 | Serial #3008960283 | | Serial #RC5692615 |
| | | | |
| Water Chiller | Cissell Suale | | Ajax Sleever |
| | | | Model: CBS |
| | | | Serial #AE5662616 |
| | | | |
| **Conveyors** | | | Ajax Parts Press |
| White Conveyor (1070 spots) | | | Model: DCF448 |
| White Conveyor (780 spots) | | | Serial #FPMA270469 |
| | | | |
| **Boiler Room** | | | Ajax Silk Press |
| Thermasteam Boiler 15 HP | | | Model: AQUE-45-0 |
| | | | Serial #603403310194 |
| Air Compressor | | | |
| | | | Ajax Collar/Cuff |
| Rema Dri-Vac Vacuum | | | Model: CCW |
| | | | Serial #SEHF6631083 |

**Presses / Miscellaneous**
- Supreme Singer
- Juki Sewing Machine
- Blind Stitch Sewing Machine
- Mykock Chain Stitch
- Brother Sewing Machine
- E-Tower Computer/Monitor
- Cissell Spotting Board
- Stacked Duet Washer/Dryer

15921270006

Exhibit 2, Page 35

# Schedule #1
## Machinery and Equipment



### Team Equipment, Inc
STORE:
23b-Willow
1167 N. Willow Ave.
Clovis, Ca

| Dry Cleaning Machines & Acces. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| Multimatic 50 lb.<br>Model: QESL 50<br>Serial #50 QESL 10277035 | AJAX Silk Press<br>Model: DC-447<br>Serial #SP-JB12618757 | | Unimac Washer 50 lb.<br>Model: UC50PN2OU0U0001<br>Serial #300021 13348 |
| Water Chiller | Cissell Suede | | AJAX Collar/Cuff<br>Model: DMF445<br>Serial #KPHC565312 8f |
| | AJAX Pants Press<br>Model: DCF 448 E<br>Serial #SP-LD 12658723 | | AJAX Sleever<br>Model: --<br>Serial #-- |
| | Cissell Pants Topper | | AJAX Body Unit<br>Model: 384 20"<br>Serial #30419010/283 |

#### Conveyors
White Conveyor (1200 spots)
White Conveyor (740 spots)

#### Boiler Room
Thermosteam 15 HP

#### Miscellaneous
Enwerz Pentium III Computer
Viewsonic Monitor
Cissell Spotting Board
Coresew Chain Stitch
Puff Sewing Machine
Mysck Chain Stitch

Speedaire Air Compressor
Model: 1WD05

Rema Dri-Vac Vacuum

### Team Equipment, Inc
STORE:
27--Prescott
2100 Standford #E-3
Modesto, Ca

| Dry Cleaning Machine & Acces. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| Wascochem Donni D-35 Solar<br>Model: SD35CD<br>Serial #67/2.98.14.18099 | AJAX Pants Press<br>Model: DCF496-C<br>Serial #301/304950287 | | Unipress Shirt Body Unit<br>Model: CBS<br>Serial #0225040 |
| Water Chiller | AJAX Silk Press<br>Model: ADU45-C<br>Serial #304/304964227 | | AJAX Collar/Cuff Press<br>Model: CCW |
| | Cissell Pants Topper | | SpeedQueen Washer/Extractor |
| | Cissell Suede | | |

#### Conveyors
White Conveyor (850 spots)

#### Boiler Room
Thermosteam 9.5 HP

#### Miscellaneous
Enwerz Computer
Monitor
Cissell Spotting Board
Dryer

Air Compressor
Dri-Vac Vacuum

9 of 11

1592327 0006

# Schedule #1
## Machinery and Equipment



**Fabricare Services, Inc.**

STORE: 28- Fowler
1865 E. Herndon
Clovis, Ca

| Dry Cleaning Machine & Acces | Presses | | Shirt Laundry Equipment | |
|---|---|---|---|---|
| Multimatic | AJAX Silk Press | Cissell Susie | AJAX Body Unit | AJAX Collar/Cuff |
| Model: GEHC-MS 50 | Model: AOU 645 | | Model: 384 1P | Model: CCW |
| Serial # 50MSTHCRX-0108-7282 | Serial #250020050075 | | Serial #384357051188 | Serial #SFHH 3572287 |
| Water Chiller | AJAX Parts Press | Cissell Parts Topper | AJAX Sleever | UniMac Washer 50 lb. |
| | Model: DCF 646 | Model: AL | Model: 383 | Model: UC50PN20U40420 |
| | Serial #2564028130279 | Serial #15-437 | Serial #383306150367 | Serial #3070194949 |
| White Conveyor (910 spots) | Boiler Room | | Miscellaneous | |
| White Conveyor (300 spots) | Thermosteam 15 HP | | Everest Pentium III Computer | |
| | Speedaire Air Compressor | | Viewsonic Monitor | |
| Conveyor | Model: 5Z583A | | Cissell Spotting Board | |
| | Serial #4.4-5-2001-00025 | | Singer 591 Sewing Machine | |
| | Rema Dri-Vac Vacuum | | Tacsew CE Chain Stitch | |
| | | | Interlocking Sewing Machine | |
| | | | Tacsew open-armed Sewing Machine | |

**Fabricare Services, Inc.**

STORE: 29- Shepard
8933 N. Chestnut
Clovis, Ca

| Dry Cleaning Machine & Acces | Presses | | Shirt Laundry Equipment | |
|---|---|---|---|---|
| Multimatic Converter 55 lb. | AJAX Parts Press | Cissell Parts Topper | Shirt Body Unit | AJAX Collar/Cuff |
| Model: GE55L 25 | Model: DCF 446 | Model: B | Model: ASBBYMW4001 | Model: ACCWCKT10001 |
| Serial #G55E5L-0305-7070 | Serial #SFMA98061817 | | Serial #0003912234 | Serial #0004914139 |
| Water Chiller | AJAX Silk Press | Cissell Susie | AJAX Sleever | |
| | Model: AOU 45 | | Model:CBS | |
| | Serial #SPLC 1267B302 | | Serial #3854107B0393 | |
| Conveyor | Boiler Room | | Miscellaneous | |
| White Conveyor (1110 spots) | Thermosteam Boiler 15HP | | Everex Pentium III Computer | |
| | Speedaire Air Compressor | | Everex Explus Pentium III Computer | |
| | Model: 1WD55 | | 2-Viewsonic Monitors | |
| | Serial #R0018312 | | 2-Maytag Neptune Washers | |
| | Rema Dri-Vac Vacuum | | GE Dryer | |
| | | | Maytag Performa Dryer | |
| | | | Cissell Spotting Board | |

1592327 0006

## Schedule #1
## Machinery and Equipment



**Fabricare Services, Inc.**
STORE: 28-Regency Plaza
7716 N. First Street
Fresno, Ca

| Dry Cleaning Machine & Access. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Multimatic 50 lb.<br>Model: CBESL 50<br>Serial #60GESL-1002-7012 | AJAX Silk Press<br>Model #AOU-45<br>Serial #SRMA5/620614 | AJAX Shirt Body Unit<br>Model CBBY 207<br>Serial #ND2681/1006 |
| Water Chiller | AJAX Pants Press<br>Model DCF 446-C<br>Serial #62140178G194 | AJAX Sleever<br>Model CBS<br>Serial #363413/990194 |
| | Cissell Suede | Unimac Shirt Washer 50 lb.<br>Model UW50PVQU1<br>Serial #020542550/003/071 |
| | AJAX Utility Press | AJAX Collar/Cuff Press<br>Model CCW-C<br>Serial #310421240194 |
| | Cissell Pants Topper | |

**Boiler Room**
- Thermosteam Boiler 15HP
- Speedclie Air Compressor Serial: 3846-94
- Dri Vacuum

**Conveyors**
- White Conveyor (400 spots)
- White Conveyor (610 spots)

**Miscellaneous**
- Cork/Master Computer
- Viewsonic Monitor
- Janome Sewing Machine
- Janome Mylock Sewing Machine
- Yuki Sewing Machine
- Conserv Chain Stitch
- Cissell Spotting Board

**Fabricare Services, Inc.**
STORE: 31-Regency Delivery

| Dry Cleaning Machine & Access. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Conveyors | Boiler Room | Miscellaneous |

* All efforts were made to be as accurate as possible, however some plates were worn through the passage of time and were unreadable.

11 of 11

15923270006

Team Equipment, Inc.

Schedule 3.1(a)(iv)
Machinery and Equipment
4/1/2007

**STORE:**
7a-Washington Square
1071 E. Champaign Dr.
Fresno, Ca

| Dry Cleaning Machine & Acces. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Multimatic Convertex Model: GESL 65 Serial #65 GESL 08037120 | AJAX Pants Press Model: DCF446 Serial #FPMA270469 | AJAX Body Unit Model: CBBY Serial #ND56928115 |
| Water Chiller | AJAX Silk Press Model: AOU8-45-0 Serial #603400370194 | AJAX Collar/Cuff Model: DCW Serial #SEI-17663/083 |

| Conveyors | Boiler Room | Presses | Miscellaneous |
|---|---|---|---|
| White Conveyor (1070 spots) | Thermosteam Boiler 15 HP | Clissit Pants Topper Model: PT-8C Serial #500898/0283 | Supreme Serger |
| Wicke Conveyor (780 spots) | Air Compressor | Clissit Suisie | Just Sewing Machine |
|  | Rema Dri-Vac Vacuum |  | Myock Chain Stitch |
|  |  |  | Blind Stitch Sewing Machine |
|  |  |  | Brother Sewing Machine |
|  |  |  | E-Tower Computer/Monitor |
|  |  |  | Clissit Spotting Board |
|  |  |  | Stackel Duct Washer/Dryer |

| Shirt Laundry Equipment |
|---|
| Unimac Washer 50 lb. Model: UC50P1MC0U60001 Serial #30602/13348 |

**STORE:**
23b-Willow
1187 N. Willow Ave.
Clovis, Ca

| Dry Cleaning Machine & Acces. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| Multimatic 50 lb. Model: GESL 50 Serial #50 GESL 10027035 | AJAX Silk Press Model: DC-447 Serial #SPJB12618757 | Clissit Suisie | AJAX Collar/Cuff Model: CMF446 Serial #KPHC56531?8F |
| Water Chiller | AJAX Pants Press Model: DCF 4445 E Serial #SPLD 12658723 | Clissit Pants Topper | AJAX Sleever Model: -- Serial: #-- |
|  |  |  | AJAX Body Unit Model: 364 20" Serial #34-119010/283 |

| Conveyors | Boiler Room | Miscellaneous |
|---|---|---|
| White Conveyor (1200 spots) | Thermostam 15 HP | Everest Pentium III Computer |
| White Conveyor (740 spots) | Speedline Air Compressor Model: 1WD55 | Vismechanic Monitor |
|  | Rema Dri-Vac Vacuum | Clissit Spotting Board |
|  |  | Conserv Chain Stitch |
|  |  | Puff Sewing Machine |
|  |  | Myock Chain Stitch |

15923270006

## Team Equipment, Inc

### Schedule 3.1(a)(iv)
### Machinery and Equipment
### 4/1/2007

| STORE: 27-Prescott | Dry Cleaning Machine & Acces. | Presses | Shirt Laundry Equipment |
| --- | --- | --- | --- |
| 2100 Standiford #E-3 Modesto, Ca | Westchem Drum D-35 Solar Model:SD35CD Serial #672.98.14.18089 | AJAX Pants Press Model: DCF448-C Serial #001304950287 | SpeedQueen Washer-Extractor |
| | Water Chiller | AJAX Silk Press Model: AQU45-C Serial #00430490287 | Unipress Shirt Body Unit Model: CBS Serial #0222040 |
| | | Cissell Pants Topper Model: A | AJAX Collar/Cuff Press Model: CCW |
| | | Cissell Scale | |
| | **Conveyors** | **Boiler Room** | **Miscellaneous** |
| | White Conveyor (800 spots) | Thermodieam 8.5 HP | Evans Computer Monitor |
| | | Air Compressor | Cissell Spotting Board |
| | | DriVac Vacuum | Dryer |



* All efforts were made to be as accurate as possible, however some plates were worn through the passage of time and were unreadable.

1592327010306

Fabricare Service, Inc

## Schedule 3.1(a)(iv)
## Machinery and Equipment
### 4/1/2007

### STORE: 20b-Fowler
#### 1965 E. Herndon, Clovis, Ca

| Dry Cleaning Machine & Acces. | Presses | Miscellaneous | Shirt Laundry Equipment |
|---|---|---|---|
| MultiMatic<br>Model: CEHC-MS 50<br>Serial # 50MSHCRX-0106-7282 | AJAX Silk Press<br>Model: ADU 645<br>Serial #25000308079 | Cissell Susie | AJAX Body Unit<br>Model: 364 18"<br>Serial #36435705118 |
| Water Chiller | AJAX Parts Press<br>Model: DCF 648<br>Serial #254429130279 | Cissell Parts Topper<br>Model: AL<br>Serial #16437 | AJAX Sleeve<br>Model: 363<br>Serial #363306150387 |
| | | | UniMac Washer 50 lb<br>Model: UC50PN2OU404-20<br>Serial #X070194049 |

#### Conveyors
White Conveyor (910 spots)
White Conveyor (300 spots)

#### Boiler Room
Thermoteam 15 HP
Speedaire Air Compressor
Model: 3Z638A
Serial #L4-5-2001-00025
Rama Dri-Vac Vacuum

#### Miscellaneous
Eversx Pentium III Computer
Viewsonic Monitor
Cissell Spotting Board
Singer 591 Sewing Machine
Tacsew CE Chain Stitch
Interlocking Sewing Machine
Tacsew open-armed Sewing Machine

#### Shirt Laundry Equipment
AJAX Collar/Cuff
Model: CCW
Serial #SPHH 3672287

### STORE: 20c-Shepard
#### 8953 N. Chestnut, Clovis, Ca

| Dry Cleaning Machine & Acces. | Presses | Miscellaneous | Shirt Body Unit | Shirt Laundry Equipment |
|---|---|---|---|---|
| MultiMatic Converter, 85 lb.<br>Model: GE3L 85<br>Serial #850GESL-0303-7070 | Cissell Parts Topper<br>Model: B | Eversx Pentium III Computer | AJAX Steamer<br>Model: ASB87MN/40001<br>Serial #80803912254 | AJAX Collar/Cuff<br>Model: ACCWXT10001<br>Serial #060491439 |
| Water Chiller | AJAX Silk Press<br>Model: ADU 45<br>Serial #SPLC 12678302 | Cissell Susie | AJAX Steamer<br>Model: CRS<br>Serial #36534107/80393 | |

#### Conveyors
White Conveyor (1110 spots)

#### Boiler Room
Thermoteam Boiler 15HP
Speedaire Air Compressor
Model: 1WD35
Serial #R001/6312
Rama Dri-Vac Vacuum

#### Miscellaneous
Eversx Explora Pentium III Computer
2-Viewsonic Monitors
2-Maytag Neptune Washers
GE Dryer
Maytag Performa Dryer
Cissell Spotting Board

15923270006

## Fabricare Services, Inc.

**Schedule 3.1(a)(iv)**
**Machinery and Equipment**
**4/1/2007**

**STORE:**
28-Regency Name
7718 N. First Street
Fresno, Ca

| Dry Cleaning Machine & Access. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Multimatic 50 lb. Model/GESL 50 Serial #50GESL-1002-7012 | AJAX Silk Press Model: AOU-45 Serial #SP/A05052514 | AJAX Shirt Body Unit Model: CBBY  20" Serial #ND2081056 |
| | | AJAX Sleever Model: CBS Serial #0534-39901194 |
| Water Chiller | AJAX Pants Press Model: DCF 446-C Serial #601401780194 | Unimac Shirt Washer 50 lb. Model: UW50PVQUI Serial #0605429500037071 |
| | Cissell Pants Topper | AJAX Collar/Cuff Press Model: CCW-C Serial #31042124/0194 |
| **Conveyors** | **Boiler Room** | **Miscellaneous** |
| White Conveyor (400 spots) White Conveyor (910 spots) | Thermosteam Boiler 15HP Speedsire Air Compressor Serial: 3846-94 Dri Vacuum | Coder/Master Computer Viewsonic Monitor Janome Sewing Machine Janome Jylock Sewing Machine Yukt Sewing Machine Conslew Chain Stitch Cissell Spotting Board |

**STORE:**
31-Regency Delivery

| Dry Cleaning Machine & Access. | Presses | Shirt Laundry Equipment |
|---|---|---|
| Conveyors | Boiler Room | Presses | Miscellaneous | Shirt Laundry Equipment |

* All efforts were made to be as accurate as possible, however some plates were worn through the passage of time and were unreadable.

1592327000066

**08-7151671894**

**03/21/2008 15:42**

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

10321850003    UCC 1 FILING

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:    (Name and Address)

***PLEASE RETURN TO***
CSC
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
Acct. #10011306

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| USDC PORTSMOUTH, INC. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 125 E. Tahquitz Canyon, Suite 203, | Palm Springs | CA | 92262 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION corporation | 1f. JURISDICTION OF ORGANIZATION California | 1g. ORGANIZATIONAL ID #, if any C3090853 | ☐ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Setal 2, LLC | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. 1687 | Bellflower | CA | 90707 | US |

4. This FINANCING STATEMENT covers the following collateral:

All Assets of Debtor now owned or hereafter acquired.

| 5. ALTERNATIVE DESIGNATION [if applicable] | | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | | | ☐ Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | ☐ All Debtors | ☐ Debtor 1 ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | | |
| Filed with CA Sec. of State. | BWE#21    497655-1 | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Chadwick C. Bunch, Esq.
Palmieri, Tyler, Wiener, Wilhelm and Waldron, LLP
2603 Main Street, Suite 1300
Irvine, CA 92614

**0971940341**

**04/20/2009 11:25**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

File No.: 08-7152410240  Filed: 03/27/2008

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Lester E. Taylor Jr. and Diane M. Taylor, Trustees of the Taylor Family Trust dated March 3, 1994, as amended | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 1687 | Bellflower | CA | 90707 | US |

| 7d. ADDL INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NewStar Financial, Inc. | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

Filed with CA Sec. of State (Ref. no. 240042-8)    Debtor: USDC Portsmouth, Inc.

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) – CALIFORNIA (REV. 01/01/08)

27678
K

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

Chadwick C. Bunch, Esq.
Palmieri, Tyler, Wiener, Wilhelm & Waldron, LLP
2603 Main Street, Suite 1300
Irvine, CA 92614

09-7198402585
06/03/2009 15:52

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

21254080002    UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| U.S. Dry Cleaning Corporation | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corp. | CA | C3209770 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| USDC Tuchman Indiana, Inc. | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corp. | CA | C3153587 | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Serial 6, LLC | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10450 Trabuco St. | Bellflower | CA | 90707 | USA |

4. This FINANCING STATEMENT covers the following collateral:
See Attachment #1

5. ALTERNATIVE DESIGNATION [if applicable] ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable]    7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  (optional)  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) — CALIFORNIA (REV. 01/01/08)

31099
K

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME
U.S. Dry Cleaning Corporation

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

11a. ORGANIZATION'S NAME
USDC Portsmouth, Inc.

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 MacArthur Blvd., Suite 305 | Newport Beach | CA | 92660 | USA |

| 11d. ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | Corp. | CA | C3090853 | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.
**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years
☐ Filed in connection with a Public-Finance Transaction – effective 30 years

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) – CALIFORNIA (REV. 01/01/05)

2125400002

## ATTACHMENT #1
## DESCRIPTION OF COLLATERAL

The term "Collateral" shall mean all of the properties and assets of the Borrowers of every kind and nature whatsoever, tangible or intangible, personal or mixed, existing on the date of this Agreement, located at the specific stores listed on page 3 of this attachment (the "Stores"), whether in the possession of the Borrowers or in transit or in the possession of any other person, and all rights, title and interest of the Borrowers of every kind and nature whatsoever in and to the foregoing, and including, without limiting the generality of the foregoing, all of the properties and assets of the Borrowers' Stores identified and described in clauses (a) through (k) below, any replacement Collateral; and any item that otherwise meets the definition of Collateral and is acquired by any of the Stores:

A.    All "accounts," as that term is defined in Article 9 of the Uniform Commercial Code, as in effect in the State of California ("UCC"), including, without limitation, every right to payment for goods or other property of any kind sold or leased or for services rendered or for any other transaction, whether or not the right to payment has been earned by performance, and including without limitation every account receivable, all purchase orders, all interest in goods the sale or lease of which gives rise to the right to payment (including returned or repossessed goods and unpaid seller's rights), and the rights pertaining to such goods, including the right to stoppage in transit, every right to payment under any contract, and every lien, guaranty, or security interest that secures a right to payment for any of the foregoing ("Accounts");

B.    All chattel paper, consisting of a writing or writings evidencing both a monetary obligation and a security interest in or lease of goods, together with any guarantees, letters of credit, and other security therefore ("Chattel Paper");

C.    All cash on hand or on deposit but excluding any cash held in a deposit account, as defined in the UCC, which is commingled with cash from multiple Borrower retail outlets.

D.    All "inventory" of whatever kind, as that term is used in the UCC, including without limitation all goods held by any of the Borrowers for sale or lease, goods furnished or to be furnished under a contract for service, and supplies, packaging, raw materials, goods in transit, work-in-process, and materials used or consumed or to be used or consumed in the Borrowers' business, or in the processing, packaging, or shipping of same, all finished goods, and all property, the sale or lease of which has given rise to Accounts, Chattel Paper, or Instruments, and that has been returned to the Borrowers or repossessed by the Borrowers or stopped in transit, and all warranties and related claims, credits, setoffs, and other rights of recovery with respect to any of the foregoing ("Inventory");

E.    All "equipment," as that term is used in the UCC, including without limitation all equipment, machinery, and other property held for use in or purchased for the Borrowers' business, together with all increases, parts, fittings, accessories, repair equipment, and special tools now or later affixed to, or used in connection with, that property, all transferable rights of the Borrowers to the licenses and warranties (express and implied) received from the sellers and manufacturers of the foregoing property, all related claims, credits, setoffs, and other rights of recovery ("Equipment");

F.    All "instruments," including without limitation every instrument of any kind, as that term is used in the UCC, and includes every promissory note, negotiable instrument, certificated security, or other writing that evidences a right to payment of money, that is not a lease or security agreement, and that is transferred in the ordinary course of business by delivery with any necessary assignment or indorsement ("Instruments");

1

G.    "Investment property," as that term is defined in the UCC ("Investment Property") including all securities, shares of capital stock, bonds, debentures, warrants, options, rights, partnership interests, limited liability company membership interests, and other securities and investments of every kind and description;

H.    All documents, including without limitation any paper that is treated in the regular course of business as adequate evidence that the person in possession of the paper is entitled to receive, hold, and dispose of the goods the paper covers, including warehouse receipts, bills of lading, certificates of title, and applications for certificates of title;

I.    All "general intangibles" of any kind, as that term is used in the UCC, and includes without limitation all intangible personal property other than Accounts, Documents, Instruments, and Chattel Paper, and includes without limitation money, contract rights of every kind and nature whatsoever, including all claims, demands, judgments, indemnities, rights, remedies, choses in action, powers and privileges of the Borrowers in, to and under all contracts, agreements, leases, indemnities, warranties or guarantees between any Borrower Debtor and any other parties or in favor of any Borrower), corporate or other business records, monies in bank accounts (except as set forth above), monies in deposit accounts (except as set forth above), cash on hand, chattel paper, all insurance policies, including the cash surrender value thereof and all proceeds thereof, and all federal, state local or foreign tax refunds and/or abatements to which Borrowers are or may from time to time become entitled, no matter how or when arising, inventions, designs, formulas, patents, service marks, trademarks, trade names, trade secrets, engineering drawings, goodwill, rights to prepaid expenses, registrations, franchises, copyrights, licenses, customer lists, computer programs and other software, source code, tax refund claims, royalty, licensing and product rights, all claims under guarantees, security interests or other security held by or granted to Borrowers to secure payment of any of the Accounts by an Account Debtor, all indemnification rights, and rights to retrieval from third parties of electronically processed and recorded data pertaining to any Collateral, things in action, items, checks, drafts, and orders in transit to or from Borrowers, credits or deposits of Borrowers (whether general or special) that are held by Secured Party ("General Intangibles");

J.    "Supporting obligations," as that term is defined in the UCC ("Supporting Obligations"); and

K.    To the extent not listed above in this Exhibit A as original collateral, all of the income, products and proceeds of, and all additions, substitutions, replacements, attachments and accessions to, all of the properties and assets of Borrowers located at the Stores identified and described in the foregoing clauses (a) through (j), including casualty insurance thereon, in each and every case whether now owned or hereafter acquired by Borrowers, and howsoever their interests may arise or appear, and all other profits, products, rentals or receipts, in whatever form, arising from the collection, sale, lease, exchange, assignment, licensing or other disposition of, or other realization upon, the Collateral and proceeds of insurance policies insuring the Collateral, or any indemnity, warranty or guaranty payable by reason of loss or damage to or otherwise with respect to any of the Collateral.

2

"Stores"

Debtor – USDC Tuchman Indiana, Inc.

| Store # | Name | Address |
|---|---|---|
| 12 | Washington Street | 8340 E. Washington St., Indianapolis, IN 46219 |
| 15 | Lockerbie Marketplace | 304 E. New York St., Indianapolis, IN 46204 |
| 17 | Zionsville Centre | 1201 W. Oak St., Zionsville, IN 46077 |
| 18 | Southport Crossings | 7045 Emblem, Southport, IN 46237 |
| 21 | Shadeland Station | 7389 N. Shadeland, Indianapolis, IN 46250 |
| 24 | Merchant's Square | 2284 E. 116th St., Carmel, IN 46032 |
| 30 | Avon Crossing | 7810 E. US Highway 36, Avon, IN 46123 |
| 32 | Sylvan Ridge | 4016 East 62nd St., Indianapolis, IN 46220 |
| 34 | Stones Crossing | 2710 South State Rd., Greenwood, IN 46143 |
| 38 | 56th & Lafayette Rd. | 5510 Lafayette Rd., Indianapolis, IN 46254 |
| 39 | 7829 Sunnyside | 7829 Sunnyside Rd., Lawrence, IN 46236 |
| 40 | Geist/Lantern Crossings | 8936 E. 96th St., Fishers, IN 46038 |
| 41 | Plainfield | 110 Simmons St., Plainfield, IN 46168 |
| 46 | Exit Five Plaza | 9787 East 116th St., Fishers, IN 46038 |
| 50 | Brookschool Plaza | 12672 E. 116th St., Fishers, IN 46038 |

Debtor – USDC Portsmouth, Inc.

| Store # | Name | Address |
|---|---|---|
| 18 | Chesapeake Square | 4101 Portsmouth Blvd., Chesapeake, VA 23321 |
| 19 | Great Bridge | 213 S. Battlefield Blvd. Chesapeake, VA 23322 |
| 20 | Cypress Point | 928 Diamond Springs, Virg Beach, VA 23455 |
| 23 | Pembroke | 4421 Virginia Beach, Virg Beach, VA 23462 |
| 35 | Kempsville | 1352 Fordham Dr., Virg Beach, VA 23464 |
| 37 | Great Neck | 1416 N. Great Neck, Virg Beach, VA 23454 |
| 46 | Chesapeake | 1412 Greenbrier Pkwy, Chesapeake, VA 23320 |
| 55 | Newport News | 12551 Jefferson, Newport News, VA 23602 |

3

# EXHIBIT "3"

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

09-7193646883

04/14/2009  16:23

FILED

CALIFORNIA
SECRETARY OF STATE

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Tom Jones
529 East Shields Avenue
Fresno, California 93704

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **U.S. Dry Cleaning Corporation** | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 4040 Macarthur Blvd., Ste. 305 | Newport Beach | CA / 92660 | US |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| | ORGANIZATION DEBTOR | Corporation | Delaware | 4002455 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Steam Press Holdings, Inc.** | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 4040 Macarthur Blvd., Ste. 305 | Newport Beach | CA / 92660 | US |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| | ORGANIZATION DEBTOR | Corporation | Hawaii | 98201D1 | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Bell Hop Cleaners of California, Inc.** | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 529 East Shields Avenue | Fresno | CA / 93704 | US |

4. This FINANCING STATEMENT covers the following collateral:

**SEE ATTACHMENT-EXHIBIT A**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

B:27379

Exhibit 1, Page 20

**UCC FINANCING STATEMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY.

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

**U.S. Dry Cleaning Corporation**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

**Cleaners Club Acquisition Sub, Inc.**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 125 East Tahquitz Canyon, Ste. 203 | Palm Springs | CA | 92262 | US |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | Corporation | | California | C2938214 | NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

**Team Equipment, Inc.**

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 529 East Shields Avenue | Fresno | CA | 93704 | US |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

**SEE ATTACHMENT-EXHIBIT A**

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years.
☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION'S NAME |
|---|
| OR U.S. Dry Cleaning Corporation |

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME |
|---|
| OR USDCC CVR Merger Sub, LLC |

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 125 East Tahquitz Canyon, Ste. 203 | Palm Springs | CA | 92262 | US |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION LLC | 21f. JURISDICTION OF ORGANIZATION California | 21g. ORGANIZATIONAL ID #, if any 200522210075 | NONE |
|---|---|---|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME |
|---|
| USDC Fresno, Inc. |

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 Macarthur Blvd., Ste. 305 | Newport Beach | CA | 92660 | US |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION Corporation | 22f. JURISDICTION OF ORGANIZATION California | 22g. ORGANIZATIONAL ID #, if any C2978808 | NONE |
|---|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME |
|---|
| OR USDC Fresno 2, Inc. |

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4040 Macarthur Blvd., Ste. 305 | Newport Beach | CA | 92660 | US |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION Corporation | 23f. JURISDICTION OF ORGANIZATION California | 23g. ORGANIZATIONAL ID #, if any C2978809 | NONE |
|---|---|---|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - Insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME |
|---|
| OR |

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - Insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME |
|---|
| OR |

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

Exhibit 1, Page 22

EXHIBIT "A"

DESCRIPTION OF COLLATERAL

All of the properties and assets of the Debtors of every kind and nature whatsoever, tangible or intangible, personal or mixed, wherever located, whether in the possession of the Debtors or in transit or in the possession of any other person, and all rights, title and interest of the Debtors of every kind and nature whatsoever in and to the foregoing, and including, without limiting the generality of the foregoing, all of the properties and assets of the Debtors identified and described in clauses (a) through (k) below, and any replacement Collateral:

(a)    All "accounts," as that term is defined in Article 9 of the Uniform Commercial Code, as in effect in the State of California ("UCC"), including, without limitation, every right to payment for goods or other property of any kind sold or leased or for services rendered or for any other transaction, whether or not the right to payment has been earned by performance, and including without limitation every account receivable, all purchase orders, all interest in goods the sale or lease of which gives rise to the right to payment (including returned or repossessed goods and unpaid seller's rights), and the rights pertaining to such goods, including the right to stoppage in transit, every right to payment under any contract, and every lien, guaranty, or security interest that secures a right to payment for any of the foregoing ("Accounts");

(b)    All chattel paper, consisting of a writing or writings evidencing both a monetary obligation and a security interest in or lease of goods, together with any guarantees, letters of credit, and other security therefore ("Chattel Paper");

(c)    All "deposit accounts," as defined in the UCC ("Deposit Accounts");

(d)    All "inventory" of whatever kind, as that term is used in the UCC, including without limitation all goods held by any of the Debtors for sale or lease, goods furnished or to be furnished under a contract for service, and supplies, packaging, raw materials, goods in transit, work-in- process, and materials used or consumed or to be used or consumed in the Debtors' business, or in the processing, packaging, or shipping of same, all finished goods, and all property, the sale or lease of which has given rise to Accounts, Chattel Paper, or Instruments, and that has been returned to the Debtors or repossessed by the Debtors or stopped in transit, and all warranties and related claims, credits, setoffs, and other rights of recovery with respect to any of the foregoing ("Inventory");

(e)    All "equipment," as that term is used in the UCC, including without limitation all equipment, machinery, and other property held for use in or purchased for the Debtors' business, together with all increases, parts, fittings, accessories, repair equipment, and special tools now or later affixed to, or used in connection with, that property, all transferable rights of the Debtors to the licenses and warranties (express and implied) received from the sellers and manufacturers of the foregoing property, all related claims, credits, setoffs, and other rights of recovery ("Equipment");

(f)    All "instruments," including without limitation every instrument of any kind, as that term is used in the UCC, and includes every promissory note, negotiable instrument, certificated security, or other writing that evidences a right to payment of money, that is not a lease or security agreement, and that is transferred in the ordinary

1

course of business by delivery with any necessary assignment or indorsement ("Instruments");

(g)    "Investment property," as that term is defined in the UCC ("Investment Property") including all securities, shares of capital stock, bonds, debentures, warrants, options, rights, partnership interests, limited liability company membership interests, and other securities and investments of every kind and description;

(h)    All documents, including without limitation any paper that is treated in the regular course of business as adequate evidence that the person in possession of the paper is entitled to receive, hold, and dispose of the goods the paper covers, including warehouse receipts, bills of lading, certificates of title, and applications for certificates of title;

(i)    All "general intangibles" of any kind, as that term is used in the UCC, and includes without limitation all intangible personal property other than Accounts, Documents, Instruments, and Chattel Paper, and includes without limitation money, contract rights of every kind and nature whatsoever, including all claims, demands, judgments, indemnities, rights, remedies, chases in action, powers and privileges of the Debtors in, to and under all contracts, agreements, leases, indemnities, warranties or guarantees between any Borrower Debtor and any other parties or in favor of any Borrower, corporate or other business records, monies in bank accounts, monies in deposit accounts, cash on hand, chattel paper, all insurance policies, including the cash surrender value thereof and all proceeds thereof, and all federal, state local or foreign tax refunds and/or abatements to which Debtors are or may from time to time become entitled, no matter how or when arising, inventions, designs, formulas, Patents (as defined in Section 2 of this Agreement), service marks, trademarks, trade names, trade secrets, engineering drawings, goodwill, rights to prepaid expenses, registrations, franchises, copyrights, licenses, customer lists, computer programs and other software, source code, tax refund claims, royalty, licensing and product rights, all claims under guarantees, security interests or other security held by or granted to Debtors to secure payment of any of the Accounts by an Account Debtor, all indemnification rights, and rights to retrieval from third parties of electronically processed and recorded data pertaining to any Collateral, things in action, items, checks, drafts, and orders in transit to or from Debtors, credits or deposits of Debtors (whether general or special) that are held by Secured Parties ("General Intangibles");

(j)    "Supporting obligations," as that term is defined in the UCC ("Supporting Obligations"); and

(k)    To the extent not listed above in this Exhibit "A" as original collateral, all of the income, products and proceeds of, and all additions, substitutions, replacements, attachments and accessions to, all of the properties and assets of Debtors identified and described in the foregoing clauses (a) through (j), including casualty insurance thereon, in each and every case whether now owned or hereafter acquired by Debtors, wherever located, and howsoever their interests may arise or appear, and all other profits, products, rentals or receipts, in whatever form, arising from the collection, sale, lease, exchange, assignment, licensing or other disposition of, or other realization upon, the Collateral and proceeds of insurance policies insuring the Collateral, or any indemnity, warranty or guaranty payable by reason of loss or damage to or otherwise with respect to any of the Collateral.

2

Case 8:10-bk-12735-RK    Doc 35    Filed 03/12/10    Entered 03/12/10 14:45:38    Desc
Main Document      Page 30 of 37

# EXHIBIT "2"

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 06:37 PM 04/14/2009
INITIAL FILING # 2009 1196714

SRV: 090362981

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Tom Jones
529 East Shields Avenue
Fresno, California 93704

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: U.S. Dry Cleaning Corporation

1c. MAILING ADDRESS: 4040 Macarthur Blvd., Ste. 305  CITY: Newport Beach  STATE: CA  POSTAL CODE: 92660  COUNTRY: US

1e. TYPE OF ORGANIZATION: Corporation  1f. JURISDICTION OF ORGANIZATION: Delaware  1g. ORGANIZATIONAL ID #: 4002455  NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME: Steam Press Holdings, Inc.

2c. MAILING ADDRESS: 4040 Macarthur Blvd., Ste. 305  CITY: Newport Beach  STATE: CA  POSTAL CODE: 92660  COUNTRY: US

2e. TYPE OF ORGANIZATION: Corporation  2f. JURISDICTION OF ORGANIZATION: Hawaii  2g. ORGANIZATIONAL ID #: 98201D1  NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Bell Hop Cleaners of California, Inc.

3c. MAILING ADDRESS: 529 East Shields Avenue  CITY: Fresno  STATE: CA  POSTAL CODE: 93704  COUNTRY: US

4. This FINANCING STATEMENT covers the following collateral:

SEE ATTACHMENT-EXHIBIT A

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

**U.S. Dry Cleaning Corporation**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

**Cleaners Club Acquisition Sub, Inc.**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **125 East Tahquitz Canyon, Ste. 203** | **Palm Springs** | **CA** | **92262** | **US** |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | **Corporation** | **California** | **C2938214** ☐ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

**Team Equipment, Inc.**

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **529 East Shields Avenue** | **Fresno** | **CA** | **93704** | **US** |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**SEE ATTACHMENT-EXHIBIT A**

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest)

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

Exhibit 2, Page 26

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 19a. ORGANIZATION'S NAME | | |
| OR U.S. Dry Cleaning Corporation | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR USDCC CVR Merger Sub, LLC | | | | | |
| 21b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 21c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 125 East Tahquitz Canyon, Ste. 203 | | Palm Springs | CA | 92262 | US |
| 21d SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID #, if any | |
| | | LLC | California | 200522210075 | ☐ NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR USDC Fresno, Inc. | | | | | |
| 22b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 22c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 4040 Macarthur Blvd., Ste. 305 | | Newport Beach | CA | 92660 | US |
| 22d SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID #, if any | |
| | | Corporation | California | C2978808 | ☐ NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR USDC Fresno 2, Inc. | | | | | |
| 23b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 23c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 4040 Macarthur Blvd., Ste. 305 | | Newport Beach | CA | 92660 | US |
| 23d SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID #, if any | |
| | | Corporation | California | C2978809 | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

Exhibit 2, Page 27

EXHIBIT "A"

DESCRIPTION OF COLLATERAL

All of the properties and assets of the Debtors of every kind and nature whatsoever, tangible or intangible, personal or mixed, wherever located, whether in the possession of the Debtors or in transit or in the possession of any other person, and all rights, title and interest of the Debtors of every kind and nature whatsoever in and to the foregoing, and including, without limiting the generality of the foregoing, all of the properties and assets of the Debtors identified and described in clauses (a) through (k) below, and any replacement Collateral:

        (a)    All "accounts," as that term is defined in Article 9 of the Uniform Commercial Code, as in effect in the State of California ("UCC"), including, without limitation, every right to payment for goods or other property of any kind sold or leased or for services rendered or for any other transaction, whether or not the right to payment has been earned by performance, and including without limitation every account receivable, all purchase orders, all interest in goods the sale or lease of which gives rise to the right to payment (including returned or repossessed goods and unpaid seller's rights), and the rights pertaining to such goods, including the right to stoppage in transit, every right to payment under any contract, and every lien, guaranty, or security interest that secures a right to payment for any of the foregoing ("Accounts");

        (b)    All chattel paper, consisting of a writing or writings evidencing both a monetary obligation and a security interest in or lease of goods, together with any guarantees, letters of credit, and other security therefore ("Chattel Paper");

        (c)    All "deposit accounts," as defined in the UCC ("Deposit Accounts");

        (d)    All "inventory" of whatever kind, as that term is used in the UCC, including without limitation all goods held by any of the Debtors for sale or lease, goods furnished or to be furnished under a contract for service, and supplies, packaging, raw materials, goods in transit, work-in- process, and materials used or consumed or to be used or consumed in the Debtors' business, or in the processing, packaging, or shipping of same, all finished goods, and all property, the sale or lease of which has given rise to Accounts, Chattel Paper, or Instruments, and that has been returned to the Debtors or repossessed by the Debtors or stopped in transit, and all warranties and related claims, credits, setoffs, and other rights of recovery with respect to any of the foregoing ("Inventory");

        (e)    All "equipment," as that term is used in the UCC, including without limitation all equipment, machinery, and other property held for use in or purchased for the Debtors' business, together with all increases, parts, fittings, accessories, repair equipment, and special tools now or later affixed to, or used in connection with, that property, all transferable rights of the Debtors to the licenses and warranties (express and implied) received from the sellers and manufacturers of the foregoing property, all related claims, credits, setoffs, and other rights of recovery ("Equipment");

        (f)    All "instruments," including without limitation every instrument of any kind, as that term is used in the UCC, and includes every promissory note, negotiable instrument, certificated security, or other writing that evidences a right to payment of money, that is not a lease or security agreement, and that is transferred in the ordinary

1

course of business by delivery with any necessary assignment or indorsement ("Instruments");

(g)    "Investment property," as that term is defined in the UCC ("Investment Property") including all securities, shares of capital stock, bonds, debentures, warrants, options, rights, partnership interests, limited liability company membership interests, and other securities and investments of every kind and description;

(h)    All documents, including without limitation any paper that is treated in the regular course of business as adequate evidence that the person in possession of the paper is entitled to receive, hold, and dispose of the goods the paper covers, including warehouse receipts, bills of lading, certificates of title, and applications for certificates of title;

(i)    All "general intangibles" of any kind, as that term is used in the UCC, and includes without limitation all intangible personal property other than. Accounts, Documents, Instruments, and Chattel Paper, and includes without limitation money, contract rights of every kind and nature whatsoever, including all claims, demands, judgments, indemnities, rights, remedies, chases in action, powers and privileges of the Debtors in, to and under all contracts, agreements, leases, indemnities, warranties or guarantees between any Borrower Debtor and any other parties or in favor of any Borrower, corporate or other business records, monies in bank accounts, monies in deposit accounts, cash on hand, chattel paper, all insurance policies, including the cash surrender value thereof and all proceeds thereof, and all federal, state local or foreign tax refunds and/or abatements to which Debtors are or may from time to time become entitled, no matter how or when arising, inventions, designs, formulas, Patents (as defined in Section 2 of this Agreement), service marks, trademarks, trade names, trade secrets, engineering drawings, goodwill, rights to prepaid expenses, registrations, franchises, copyrights, licenses, customer lists, computer programs and other software, source code, tax refund claims, royalty, licensing and product rights, all claims under guarantees, security interests or other security held by or granted to Debtors to secure payment of any of the Accounts by an Account Debtor, all indemnification rights, and rights to retrieval from third parties of electronically processed and recorded data pertaining to any Collateral, things in action, items, checks, drafts, and orders in transit to or from Debtors, credits or deposits of Debtors (whether general or special) that are held by Secured Parties ("General Intangibles");

(j)    "Supporting obligations," as that term is defined in the UCC ("Supporting Obligations"); and

(k)    To the extent not listed above in this Exhibit "A" as original collateral, all of the income, products and proceeds of, and all additions, substitutions, replacements, attachments and accessions to, all of the properties and assets of Debtors identified and described in the foregoing clauses (a) through (j), including casualty insurance thereon, in each and every case whether now owned or hereafter acquired by Debtors, wherever located, and howsoever their interests may arise or appear, and all other profits, products, rentals or receipts, in whatever form, arising from the collection, sale, lease, exchange, assignment, licensing or other disposition of, or other realization upon, the Collateral and proceeds of insurance policies insuring the Collateral, or any indemnity, warranty or guaranty payable by reason of loss or damage to or otherwise with respect to any of the Collateral.

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **REPLY TO OPPOSITION FILED BY GAMET ENTERPRISES LLC, TEAM EQUIPMENT INC., AND BELL HOP CLEANERS OF CALIFORNIA INC. RE DEBTORS' EMERGENCY MOTION FOR ORDER: (1) AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS; AND (2) COMPELLING TURNOVER OF PROPERTY OF THE ESTATE FROM CUSTODIANS; DECLARATION OF PJ MARKSBURY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 12, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Garrick A Hollander    sconnor@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On _____, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 12, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2010 | Susan Connor | |
|---|---|---|
| Date | Type Name | Signature |

MAINDOCS-#141967-v1-USDC_Reply_re_Rejection_&_Turnover.DOC

**E-MAIL SERVICE**

**E-MAIL SERVICE LIST**

Robbie@usdrycleaning.com - US Dry Cleaning Corporation

zeitler@flg-law.com; zeitler@flgz.net  - Attorney for Team Equipment, Bell Hop, et al. - Fishman Larsen Goldring & Zeitler, Peter Zeitler, Esq.

mhoroupian@sulmeyerlaw.com - Proposed Committee Counsel - Mark S. Horoupian, Esq., SulmeyerKupetz

Andy Jones. - ajones@wagnerjones.com

tjones@prodigy.net; om@usdrycleaning.com - Tom Jones – Team Enterprises, Inc./BellHop, Gamet

jkrause@Stutman; cpajak@stutman - Jeffrey C. Krause, Esq., Christine Pajak, Esq., Attorneys for Team Enterprises, Inc./BellHop, Gamet _____

# EXHIBIT "4"

# 13 Week Forecast
## Effective 4/12/2010 — Operating Entities

| Week Ending | 1 — 4/18 | 2 — 4/25 | 3 — 5/2 | 4 — 5/9 | 5 — 5/16 | 6 — 5/23 | 7 — 5/30 | 8 — 6/6 | 9 — 6/13 | 10 — 6/20 | 11 — 6/27 | 12 — 7/4 | 13 — 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Revenue | 632,496 | 488,160 | 434,442 | 446,986 | 444,913 | 502,183 | 502,489 | 429,701 | 431,112 | 509,983 | 476,730 | 416,143 | 405,360 | 6,020,587 |
| Less Returns / Claims | (2,662) | (2,441) | (2,172) | (2,235) | (2,225) | (2,511) | (2,512) | (2,149) | (2,156) | (2,549) | (2,384) | (2,081) | (2,027) | (30,103) |
| Other Operating Income | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 66,144 |
| Total Cash Receipts | 534,521 | 490,797 | 437,358 | 449,839 | 447,776 | 504,760 | 505,065 | 432,640 | 434,044 | 512,422 | 479,434 | 419,150 | 408,421 | 6,056,628 |
| CGS Supplies | 30,365 | 29,361 | 30,151 | 30,679 | 30,919 | 30,168 | 30,384 | 29,609 | 29,288 | 29,272 | 28,211 | 27,610 | 27,485 | 383,481 |
| Payroll and Taxes | 236,597 | 230,222 | 232,067 | 233,421 | 227,705 | 222,820 | 222,766 | 218,425 | 216,833 | 214,985 | 206,936 | 204,299 | 203,604 | 2,872,688 |
| Rent Expense – Real Property | 6,219 | 7,129 | 194,259 | 60,948 | 53,455 | - | - | 256,539 | - | - | - | 256,539 | - | 836,087 |
| Lease Expense – Personal Property | 2,311 | 17,925 | 6,725 | 1,225 | 10,325 | 17,825 | 8,311 | 1,225 | 10,325 | 17,825 | 6,725 | 2,811 | 725 | 104,183 |
| Insurance | | 55,000 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 10,670 | 172,365 |
| Telephone and Utilities | 47,294 | 24,630 | 23,898 | 25,506 | 44,827 | 23,692 | 25,430 | 25,430 | 40,978 | 25,446 | 27,477 | 23,542 | 21,655 | 376,027 |
| Repairs and Maintenance | 11,880 | 14,475 | 4,630 | 10,490 | 7,638 | 8,188 | 7,925 | 10,075 | 4,600 | 10,475 | 7,600 | 8,150 | 7,925 | 114,050 |
| Travel | 1,000 | 500 | 500 | 500 | 500 | 1,000 | 500 | 500 | 500 | 500 | 500 | 1,000 | 500 | 8,000 |
| Outside Services | 7,300 | 11,500 | 5,600 | 6,900 | 11,600 | 16,762 | 5,600 | 11,600 | 5,600 | 6,900 | 11,600 | 16,762 | 5,600 | 123,324 |
| Outside Services TTP | | | 7,375 | 3,696 | 3,969 | 5,460 | 5,459 | 3,452 | 3,452 | 4,786 | 4,786 | 4,786 | 4,786 | 52,008 |
| Office Expense | 7,350 | 4,300 | 17,750 | 3,900 | 7,050 | 5,550 | 4,850 | 7,850 | 17,150 | 5,400 | 3,850 | 7,850 | 8,650 | 101,500 |
| Delivery Vehicles | 10,537 | 4,975 | 6,975 | 6,975 | 7,075 | 6,975 | 8,037 | 10,176 | 4,975 | 6,975 | 7,075 | 6,964 | 8,026 | 96,265 |
| Credit Card Fees | 1,905 | 7,875 | 1,830 | 1,815 | 16,838 | 1,838 | 7,725 | 7,875 | 1,800 | 1,800 | 16,800 | 1,800 | 7,725 | 77,625 |
| Advertising | 7,250 | 11,423 | 12,769 | 7,320 | 16,418 | 7,204 | 7,210 | 12,594 | 16,002 | 6,998 | 6,695 | 12,123 | 12,087 | 136,112 |
| Central G & A | 50,900 | 30,900 | 33,900 | 33,900 | 36,900 | 36,900 | 36,000 | 30,266 | 36,900 | 30,266 | 36,900 | 30,266 | 30,266 | 455,798 |
| Operational Disbursements | 417,870 | 455,676 | 584,118 | 434,944 | 485,887 | 395,060 | 377,970 | 636,285 | 399,073 | 372,307 | 377,825 | 615,171 | 356,338 | 5,908,513 |
| Operating Cash Flow | 117,050 | 35,121 | (146,760) | 14,896 | (38,111) | 109,710 | 127,094 | (203,645) | 34,971 | 140,115 | 101,610 | (196,021) | 52,083 | 148,115 |
| Utility Deposits | | | | 70,847 | | | | | | | | | | 70,847 |
| UST Fees | | | | 11,050 | | | | | | | | | | 11,050 |
| Secured Creditor Payments | | | | | | | 115,000 | | | | | 65,000 | | 180,000 |
| Underwriter Payments | | | | | | | | 40,000 | | | | | | 40,000 |
| Legal and Professional | | | | 45,000 | | 5,000 | | | 45,000 | 5,000 | | | 50,000 | 150,000 |
| Restructuring Disbursements | | | | 126,897 | | 5,000 | 115,000 | 40,000 | 45,000 | 5,000 | | 65,000 | 50,000 | 451,897 |
| Net Change in Cash | 117,050 | 35,121 | (146,760) | (112,001) | (38,111) | 104,710 | 12,094 | (243,645) | (10,029) | 135,115 | 101,610 | (261,021) | 2,083 | (303,782) |
| Plus: Beginning Cash | 353,501 | 444,781 | 479,903 | 323,544 | 211,543 | 158,008 | 262,719 | 274,813 | 57,538 | 65,268 | 183,200 | 284,810 | 19,365 | 353,501 |
| Subtotal | 470,551 | 479,903 | 333,143 | 211,543 | 173,432 | 262,719 | 274,813 | 31,169 | 47,509 | 200,383 | 284,810 | 23,789 | 21,448 | 49,719 |
| Affiliated Debtor Advances (Repayments) | (0) | 0 | 0 | (0) | 0 | 0 | 0 | 0 | (0) | (0) | 0 | 0 | 0 | 0 |
| Ending Cash Balance | 444,781 | 479,903 | 323,544 | 211,543 | 158,008 | 262,719 | 274,813 | 57,538 | 65,268 | 183,200 | 284,810 | 19,365 | 49,720 | 49,720 |

5/6/2010 5:35 PM

S:\Chapter 11 2010\13 Week Budget 13 week 050610pm Operating Entities

**13 Week Forecast — USDC Tuchman**
**Effective 4/12/2010**

| Week Ending | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Revenue | 157,500 | 142,500 | 142,500 | 156,750 | 156,750 | 156,750 | 156,770 | 147,150 | 147,150 | 147,150 | 147,150 | 132,950 | 132,950 | 1,924,000 |
| Less: Returns / Claims | (788) | (713) | (713) | (784) | (784) | (784) | (784) | (736) | (736) | (736) | (736) | (665) | (665) | (9,620) |
| Other Operating Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | 156,713 | 141,788 | 141,788 | 155,966 | 155,966 | 155,966 | 155,986 | 146,414 | 146,414 | 146,414 | 146,414 | 132,285 | 132,285 | 1,914,380 |
| | | | | | | | | | | | | | | |
| CGS Supplies | 11,025 | 9,975 | 9,975 | 10,973 | 10,973 | 10,973 | 10,973 | 10,301 | 10,301 | 10,301 | 10,301 | 9,307 | 9,307 | 134,680 |
| Payroll and Taxes | 89,938 | 60,563 | 62,221 | 60,277 | 60,277 | 60,277 | 60,277 | 64,197 | 64,197 | 64,197 | 64,197 | 58,182 | 58,182 | 835,945 |
| Rent Expense - Real Property | 6,219 | 5,104 | 62,420 | 21,800 | 21,800 | - | - | 73,320 | - | - | - | 73,320 | - | 242,163 |
| Lease Expense - Personal Property | 2,311 | 725 | 725 | 725 | 10,325 | 725 | 2,311 | 725 | 10,325 | 725 | 725 | 2,311 | 725 | 33,383 |
| Insurance | 15,000 | - | - | - | 15,000 | - | - | - | - | - | - | - | 2,278 | 32,278 |
| Telephone and Utilities | 11,340 | 9,477 | 8,136 | 9,996 | 11,901 | 8,103 | 7,000 | 9,477 | 8,136 | 9,996 | 11,901 | 8,103 | 7,000 | 120,566 |
| Repairs and Maintenance | 5,875 | 3,000 | - | 5,875 | 3,000 | 3,550 | - | 3,000 | - | 5,875 | 3,000 | 3,550 | - | 36,725 |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Outside Services | 1,300 | 6,000 | - | 1,300 | 6,000 | 10,662 | - | 6,000 | - | 1,300 | 6,000 | 10,662 | - | 49,224 |
| Outside Services TTP | - | 700 | 7,375 | - | - | - | - | - | - | - | - | - | - | 34,746 |
| Office Expense | 1,500 | 700 | 550 | 550 | 1,500 | 700 | 550 | 550 | 1,500 | 700 | 550 | 550 | 1,500 | 11,400 |
| Delivery Vehicles | 3,500 | 4,537 | 1,400 | 1,400 | 3,500 | 4,537 | 1,400 | 1,400 | 3,500 | 4,537 | 1,400 | 1,400 | 4,537 | 37,048 |
| Credit Card Fees | - | - | - | - | 15,000 | - | - | - | - | 15,000 | - | - | - | 30,000 |
| Advertising | 3,150 | 2,950 | 2,850 | 3,135 | 3,135 | 3,135 | 3,135 | 2,943 | 2,943 | 2,943 | 2,943 | 2,659 | 2,659 | 38,480 |
| Central G & A | 16,314 | 9,804 | 9,804 | 9,904 | 11,827 | 11,827 | 11,827 | 9,701 | 11,827 | 9,701 | 11,827 | 9,701 | 11,827 | 146,089 |
| Operational Disbursements | 128,472 | 127,834 | 168,077 | 117,401 | 171,778 | 124,892 | 116,099 | 188,433 | 114,161 | 110,520 | 133,426 | 183,407 | 99,249 | 1,782,748 |
| Operating Cash Flow | 28,241 | 13,953 | (26,289) | 38,566 | (15,811) | 31,075 | 40,868 | (42,019) | 32,253 | 35,894 | 12,988 | (51,122) | 33,036 | 131,632 |
| | | | | | | | | | | | | | | |
| Utility Deposits | - | - | - | 22,089 | - | - | - | - | - | - | - | - | - | 22,089 |
| UST Fees | - | - | - | 1,950 | - | - | - | - | - | - | - | - | - | 1,950 |
| Secured Creditor Payments | - | - | - | - | - | - | 36,859 | - | - | - | - | 20,833 | - | 57,692 |
| Underwriter Payments | - | - | - | - | - | - | - | 12,821 | - | - | - | - | - | 12,821 |
| Legal and Professional | - | - | - | 14,423 | - | 1,603 | - | - | 14,423 | 1,603 | - | - | 16,026 | 48,077 |
| Restructuring Disbursements | - | - | - | 38,462 | - | 1,603 | 36,859 | 12,821 | 14,423 | 1,603 | - | 20,833 | 16,026 | 142,629 |

| | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Change in Cash | 28,241 | 13,953 | (26,289) | 103 | (15,811) | 29,472 | 4,009 | (54,839) | 17,830 | 34,292 | 12,988 | (71,955) | 17,011 | (10,996) |
| Plus Beginning Cash | 139,943 | 130,102 | 142,957 | 96,151 | 70,017 | 0 | 29,472 | 27,579 | 0 | 0 | 17,109 | 30,097 | 0 | 139,943 |
| Subtotal | 168,184 | 144,055 | 116,668 | 96,253 | 54,206 | 29,472 | 33,481 | (27,260) | 17,830 | 34,292 | 30,097 | (41,858) | 17,011 | 128,947 |
| | | | | | | | | | | | | | | |
| Affiliated Debtor Advances (Repayments) | (38,082) | (1,098) | (20,517) | (26,236) | (54,206) | - | (5,902) | 27,260 | (17,830) | (17,183) | - | 41,858 | (9,684) | (121,620) |
| Ending Cash Balance | 130,102 | 142,957 | 96,151 | 70,017 | 0 | 29,472 | 27,579 | 0 | 0 | 17,109 | 30,097 | 0 | 7,327 | 7,327 |

**13 Week Forecast**  
**Effective 4/12/2010**  
**USDC Portsmouth**

| Week Ending | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Revenue | 83,945 | 84,600 | 90,942 | 93,236 | 87,663 | 76,933 | 79,739 | 83,551 | 78,962 | 78,733 | 63,680 | 74,193 | 72,410 | 1,048,487 |
| Less: Returns / Claims | (420) | (423) | (455) | (466) | (438) | (385) | (399) | (418) | (395) | (394) | (318) | (371) | (362) | (5,242) |
| Other Operating Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | 83,525 | 84,177 | 90,487 | 92,770 | 87,225 | 76,548 | 79,340 | 83,133 | 78,667 | 78,339 | 63,262 | 73,822 | 72,048 | 1,043,245 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CGS Supplies | 5,876 | 5,922 | 6,366 | 6,527 | 6,136 | 5,385 | 5,582 | 5,849 | 5,527 | 5,511 | 4,451 | 5,194 | 5,009 | 73,394 |
| Payroll and Taxes | 37,676 | 37,676 | 38,196 | 39,159 | 36,818 | 32,312 | 33,490 | 35,091 | 33,184 | 33,068 | 29,704 | 31,161 | 30,412 | 444,928 |
| Rent Expense - Real Property | - | - | 50,777 | - | - | - | - | 50,227 | - | - | - | 50,227 | - | 151,230 |
| Lease Expense - Personal Property | - | 7,500 | - | - | - | 7,500 | - | - | - | 7,500 | - | - | - | 22,500 |
| Insurance | - | 20,000 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 2,150 | 43,655 |
| Telephone and Utilities | 4,334 | 4,653 | 4,642 | 4,450 | 4,576 | 4,439 | 3,955 | 4,653 | 4,642 | 4,450 | 4,576 | 4,439 | 3,955 | 57,761 |
| Repairs and Maintenance | - | 2,400 | - | - | - | - | 3,400 | 2,400 | - | - | - | - | 3,400 | 11,600 |
| Travel | 500 | - | - | - | - | 500 | - | - | - | - | - | 500 | - | 1,500 |
| Outside Services | 500 | - | - | - | - | 500 | - | - | - | - | - | 500 | - | 1,500 |
| Outside Services TTP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expense | - | - | 8,600 | - | - | - | - | - | 8,600 | - | - | - | - | 17,200 |
| Delivery Vehicles | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 12,000 |
| Credit Card Fees | - | 6,000 | - | - | - | - | 6,000 | 6,000 | - | - | - | - | 6,000 | 24,000 |
| Advertising | 1,679 | 1,692 | 1,819 | 1,865 | 1,753 | 1,539 | 1,565 | 1,671 | 1,679 | 1,575 | 1,272 | 1,484 | 1,448 | 20,970 |
| Central G & A | 6,526 | 3,962 | 3,962 | 3,962 | 4,731 | 4,731 | 4,731 | 3,880 | 4,731 | 3,880 | 4,731 | 3,880 | 4,193 | 58,436 |
| Operational Disbursements | 57,091 | 91,805 | 116,511 | 60,112 | 56,165 | 61,055 | 60,903 | 113,922 | 60,394 | 60,134 | 43,883 | 101,534 | 57,165 | 940,674 |
| Operating Cash Flow | 26,435 | (7,628) | (26,024) | 32,658 | 31,059 | 15,493 | 18,438 | (30,780) | 18,173 | 18,205 | 19,379 | (27,712) | 14,883 | 102,571 |
| Utility Deposits | - | - | - | 11,482 | - | - | - | - | - | - | - | - | - | 11,482 |
| UST Fees | - | - | - | 1,625 | - | - | - | - | - | - | - | - | - | 1,625 |
| Secured Creditor Payments | - | - | - | - | - | - | 14,744 | - | - | - | - | 8,333 | - | 23,077 |
| Underwriter Payments | - | - | - | - | - | - | - | 5,128 | - | - | - | - | - | 5,128 |
| Legal and Professional | - | - | - | 5,769 | - | 641 | - | - | 5,769 | 641 | - | - | 6,410 | 19,231 |
| Restructuring Disbursements | - | - | - | 18,876 | - | 641 | 14,744 | 5,128 | 5,769 | 641 | - | 8,333 | 6,410 | 60,543 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Net Change in Cash | 26,435 | (7,628) | (26,024) | 13,782 | 31,059 | 14,852 | 3,694 | (35,917) | 12,404 | 17,564 | 19,379 | (36,046) | 8,473 | 42,028 |
| Plus: Beginning Cash | 33,724 | 60,159 | 52,531 | 26,507 | 40,289 | 55,623 | 70,475 | 74,169 | 38,252 | 0 | 17,565 | 36,944 | 898 | 33,724 |
| Subtotal | 60,159 | 52,531 | 26,507 | 40,289 | 71,348 | 70,475 | 74,169 | 38,252 | 50,656 | 17,565 | 36,944 | 898 | 9,371 | 75,752 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Affiliated Debtor Advances (Repayments) | - | - | - | - | (15,725) | - | - | - | (50,656) | - | - | - | (9,371) | (75,752) |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ending Cash Balance | 60,159 | 52,531 | 26,507 | 40,289 | 55,623 | 70,475 | 74,169 | 38,252 | 0 | 17,565 | 36,944 | 898 | 0 | (0) |

5/6/2010 5:35 PM

S:\Chapter 11 2010\13 Week Budget\13 week 050610pm Operating Entities

**13 Week Forecast**  USDC Fresno
**Effective 4/12/2010**

| Week Ending | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Revenue | 94,050 | 94,050 | 99,000 | 90,000 | 99,000 | 99,000 | 96,000 | 94,000 | 94,000 | 94,000 | 94,000 | 89,000 | 89,000 | 1,228,100 |
| Less, Returns / Claims | (470) | (470) | (495) | (450) | (495) | (495) | (495) | (470) | (470) | (470) | (470) | (445) | (445) | (6,141) |
| Other Operating Income | | | | | | | | | | | | | | 1,500 |
| Total Cash Receipts | 93,580 | 93,580 | 98,505 | 89,550 | 98,505 | 98,505 | 98,505 | 93,530 | 93,530 | 93,530 | 93,530 | 88,555 | 88,555 | 1,221,960 |
| | | | | | | | | | | | | | | |
| COGS Supplies | 6,584 | 6,584 | 6,830 | 6,300 | 6,930 | 6,930 | 6,930 | 6,580 | 6,580 | 6,580 | 6,580 | 6,230 | 6,230 | 85,367 |
| Payroll and Taxes | 47,025 | 47,025 | 49,500 | 45,000 | 48,500 | 48,510 | 48,510 | 46,000 | 46,000 | 45,120 | 45,120 | 41,830 | 41,830 | 601,980 |
| Rent Expense - Real Property | | | 9,526 | 26,778 | 16,465 | | | 44,002 | | | | 44,002 | | 140,760 |
| Lease Expense - Personal Property | | | | 500 | | | | 500 | | | | 500 | | 1,500 |
| Insurance | | 3,000 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 3,481 | 41,292 |
| Telephone and Utilities | 6,000 | 6,000 | 5,700 | 5,700 | 5,700 | 5,700 | 5,400 | 6,000 | 5,700 | 5,700 | 5,700 | 5,700 | 5,400 | 74,400 |
| Repairs and Maintenance | 1,500 | 1,500 | 1,425 | 1,425 | 1,425 | 1,425 | 1,350 | 1,500 | 1,425 | 1,425 | 1,425 | 1,425 | 1,350 | 18,600 |
| Travel | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,500 |
| Outside Services | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 4,150 | 53,950 |
| Outside Services TTP | | | | | | | | | | 1,334 | 1,334 | 1,334 | 1,334 | 5,335 |
| Office Expense | 700 | 700 | 700 | 700 | 1,200 | 700 | 700 | 700 | 1,200 | 700 | 700 | 700 | 700 | 10,100 |
| Delivery Vehicles | 1,500 | 1,500 | 1,425 | 1,425 | 1,425 | 1,425 | 1,350 | 1,500 | 1,425 | 1,425 | 1,425 | 1,425 | 1,350 | 18,600 |
| Credit Card Fees | 1,500 | 1,500 | 1,425 | 1,425 | 1,425 | 1,425 | 1,350 | 1,500 | 1,425 | 1,425 | 1,425 | 1,425 | 1,350 | 18,600 |
| Advertising | 1,881 | 1,881 | 1,990 | 1,800 | 1,980 | 1,980 | 1,980 | 1,880 | 1,880 | 1,880 | 1,880 | 1,780 | 1,780 | 24,562 |
| Central G & A | 11,094 | 6,735 | 6,735 | 6,735 | 8,042 | 8,042 | 8,042 | 6,596 | 8,042 | 6,596 | 8,042 | 6,596 | 8,042 | 89,341 |
| Operational Disbursements | 82,433 | 81,074 | 93,976 | 105,917 | 101,713 | 84,268 | 83,743 | 124,949 | 81,868 | 80,316 | 81,762 | 121,078 | 77,497 | 1,200,597 |
| Operating Cash Flow | 11,147 | 12,506 | 4,529 | (16,367) | (3,208) | 14,237 | 14,762 | (31,419) | 11,662 | 13,214 | 11,768 | (32,523) | 11,058 | 21,363 |
| | | | | | | | | | | | | | | |
| Utility Deposits | | | | 14,689 | | | | | | | | | | 14,689 |
| UST Fees | | | | 1,625 | | | | | | | | | | 1,625 |
| Secured Creditor Payments | | | | | | | 25,064 | | | | | 14,167 | | 39,231 |
| Underwriter Payments | | | | | | | | 8,718 | | | | | | 8,718 |
| Legal and Professional | | | | 9,808 | | 1,090 | | | 9,808 | 1,090 | | | 10,897 | 32,692 |
| Restructuring Disbursements | | | | 26,122 | | 1,090 | 25,064 | 8,718 | 9,808 | 1,090 | | 14,167 | 10,897 | 96,955 |
| | | | | | | | | | | | | | | |
| Net Change in Cash | 11,147 | 12,506 | 4,529 | (42,489) | (3,208) | 13,147 | (10,302) | (40,137) | 1,854 | 12,124 | 11,768 | (46,690) | 160 | (75,592) |
| Plus Beginning Cash | 115,544 | 126,691 | 139,196 | 143,725 | 101,237 | 98,028 | 111,175 | 100,873 | 60,735 | 62,589 | 74,713 | 86,481 | 18,467 | 115,544 |
| Subtotal | 126,691 | 139,196 | 143,725 | 101,237 | 98,028 | 111,175 | 100,873 | 60,735 | 62,589 | 74,713 | 86,481 | 39,791 | 18,628 | 39,952 |
| | | | | | | | | | | | | | | |
| Affiliated Debtor Advances (Repayments) | | | | | | | | | | | | (21,324) | 21,324 | - |
| Ending Cash Balance | 126,691 | 139,196 | 143,725 | 101,237 | 98,028 | 111,175 | 100,873 | 60,735 | 62,589 | 74,713 | 86,481 | 18,467 | 39,952 | 39,952 |

**13 Week Forecast — Cleaner's Club Sub**
**Effective 4/12/2010**

| Week Ending | 1<br>4/18 | 2<br>4/25 | 3<br>5/2 | 4<br>5/9 | 5<br>5/16 | 6<br>5/23 | 7<br>5/30 | 8<br>6/6 | 9<br>6/13 | 10<br>6/20 | 11<br>6/27 | 12<br>7/4 | 13<br>7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Revenue | 27,000 | 25,000 | 27,000 | 26,000 | 27,500 | 27,500 | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 365,000 |
| Less: Returns / Claims | (135) | (125) | (135) | (130) | (138) | (138) | (125) | (150) | (150) | (150) | (150) | (150) | (150) | (1,825) |
| Other Operating Income | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 5,088 | 66,144 |
| Total Cash Receipts | 31,953 | 29,963 | 31,953 | 30,958 | 32,451 | 32,451 | 29,963 | 34,938 | 34,938 | 34,938 | 34,938 | 34,938 | 34,938 | 429,319 |
| | | | | | | | | | | | | | | |
| CGS Supplies | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 2,280 | 29,640 |
| Payroll and Taxes | 22,458 | 22,458 | 18,850 | 17,684 | 17,427 | 18,040 | 16,806 | 17,394 | 17,730 | 16,928 | 17,284 | 17,464 | 17,518 | 237,990 |
| Rent Expense - Real Property | - | - | 7,949 | 18,022 | - | - | - | 16,960 | - | - | - | 16,960 | - | 59,890 |
| Lease Expense - Personal Property | - | - | 6,000 | - | - | - | 6,000 | - | - | - | 6,000 | - | - | 18,000 |
| Insurance | - | - | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 13,750 |
| Telephone and Utilities | 1,620 | 1,500 | 1,620 | 1,560 | 1,650 | 1,850 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 20,100 |
| Repairs and Maintenance | 405 | 375 | 405 | 390 | 413 | 413 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 5,025 |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Outside Services | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,250 |
| Outside Services TTP | | | | | | | | | | | | | | |
| Office Expense | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,250 |
| Delivery Vehicles | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,900 |
| Credit Card Fees | 405 | 375 | 405 | 390 | 413 | 413 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 5,025 |
| Advertising | 540 | 500 | 540 | 520 | 550 | 550 | 500 | 500 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Central G & A | 4,568 | 2,773 | 2,773 | 2,773 | 3,312 | 3,312 | 3,312 | 2,716 | 3,312 | 2,716 | 3,312 | 2,716 | 3,312 | 40,905 |
| Operational Disbursements | 33,076 | 31,061 | 42,872 | 45,669 | 28,094 | 28,706 | 33,198 | 44,150 | 28,222 | 26,824 | 33,725 | 44,320 | 28,009 | 447,925 |
| Operating Cash Flow | (1,123) | (1,098) | (10,919) | (14,711) | 4,357 | 3,744 | (3,235) | (9,212) | 6,716 | 8,114 | 1,213 | (9,382) | 6,929 | (18,606) |
| Utility Deposits | - | - | - | 5,834 | - | - | - | - | - | - | - | - | - | 5,834 |
| UST Fees | - | - | - | 975 | - | - | - | - | - | - | - | - | - | 975 |
| Secured Creditor Payments | - | - | - | - | - | - | 10,321 | - | - | - | - | 5,833 | - | 16,154 |
| Underwriter Payments | - | - | - | - | - | - | - | 3,590 | - | - | - | - | - | 3,590 |
| Legal and Professional | - | - | - | 4,038 | - | 449 | - | - | 4,038 | 449 | - | - | 4,487 | 13,462 |
| Restructuring Disbursements | - | - | - | 10,847 | - | 449 | 10,321 | 3,590 | 4,038 | 449 | - | 5,833 | 4,487 | 40,014 |
| | | | | | | | | | | | | | | |
| Net Change in Cash | (1,123) | (1,098) | (10,919) | (25,559) | 4,357 | 3,296 | (13,555) | (12,802) | 2,678 | 7,665 | 1,213 | (15,216) | 2,441 | (58,620) |
| Plus Beginning Cash | (11,189) | - | - | - | - | 4,357 | 6,653 | - | - | 2,678 | 10,343 | 11,556 | - | (11,189) |
| Subtotal | (12,312) | (1,098) | (10,919) | (25,559) | 4,357 | 7,653 | (6,902) | (12,802) | 2,678 | 10,343 | 11,556 | (3,659) | 2,441 | (69,809) |
| | | | | | | | | | | | | | | |
| Affiliated Debtor Advances (Repayments) | 12,312 | 1,098 | 10,919 | 25,559 | - | (1,000) | 6,902 | 12,802 | - | - | - | 3,659 | - | 72,251 |
| | | | | | | | | | | | | | | |
| Ending Cash Balance | - | - | - | - | 4,357 | 6,653 | - | - | 2,678 | 10,343 | 11,556 | - | 2,441 | 2,441 |

**13 Week Forecast**  Enivel
**Effective 4/12/2010**

| Week Ending | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 5/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Revenue | 170,000 | 142,000 | 75,000 | 81,000 | 74,000 | 142,000 | 142,000 | 75,000 | 81,000 | 160,000 | 142,000 | 90,000 | 81,000 | 1,455,000 |
| Less Returns / Claims | (850) | (710) | (375) | (405) | (370) | (710) | (710) | (375) | (405) | (800) | (710) | (450) | (405) | (7,275) |
| Other Operating Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Receipts | 169,150 | 141,290 | 74,625 | 80,595 | 73,630 | 141,290 | 141,290 | 74,625 | 80,595 | 159,200 | 141,290 | 89,550 | 80,595 | 1,447,725 |
| | | | | | | | | | | | | | | |
| CGS Supplies | 4,600 | 4,600 | 4,600 | 4,600 | 4,600 | 4,600 | 4,600 | 4,600 | 4,600 | 4,900 | 4,600 | 4,600 | 4,600 | 59,800 |
| Payroll and Taxes | 62,500 | 62,500 | 63,300 | 63,300 | 55,682 | 55,682 | 55,682 | 55,682 | 55,682 | 55,682 | 55,682 | 55,682 | 55,682 | 752,736 |
| Rent Expense - Real Property | - | 2,025 | 63,987 | 16,150 | 15,200 | 9,600 | - | 72,030 | - | 9,600 | - | 72,030 | - | 241,023 |
| Lease Expense - Personal Property | | 9,600 | | | | 9,600 | | | | 9,600 | | | | 28,800 |
| Insurance | 17,000 | 17,000 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 2,217 | 41,390 |
| Telephone and Utilities | 24,000 | 3,000 | 3,800 | 3,800 | 21,000 | 3,800 | 3,800 | 3,800 | 21,000 | 3,800 | 3,800 | 3,800 | 3,800 | 103,200 |
| Repairs and Maintenance | 4,100 | 7,200 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 42,100 |
| Travel | | | | | | | | | | | | | | - |
| Outside Services | 1,100 | 1,100 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 15,400 |
| Outside Services T & P | | | | | | 1,491 | 1,491 | 1,491 | 1,491 | 1,491 | 1,491 | 1,491 | 1,491 | 11,926 |
| Office Expense | 5,900 | 2,650 | 6,200 | 2,400 | 5,600 | 3,900 | 2,400 | 6,200 | 5,600 | 3,900 | 2,400 | 6,200 | 6,200 | 59,550 |
| Delivery Vehicles | 2,200 | 2,200 | 1,850 | 1,850 | 1,850 | 1,850 | 1,850 | 1,839 | 1,850 | 850 | 1,850 | 1,839 | 1,839 | 24,717 |
| Credit Card Fees | | | | | | | | | | | | | | - |
| Advertising | 12,399 | 4,500 | 5,600 | | 9,000 | | | 5,600 | 9,000 | | | 5,600 | 5,600 | 44,900 |
| Central G & A | | 7,527 | 7,527 | 7,527 | 8,988 | 8,988 | 8,988 | 7,372 | 8,988 | 7,372 | 8,998 | 7,372 | 8,998 | 11,028 |
| Operational Disbursements | 116,799 | 123,902 | 162,682 | 105,844 | 128,138 | 96,128 | 85,028 | 164,832 | 114,428 | 94,512 | 85,028 | 164,832 | 94,417 | 1,536,570 |
| Operating Cash Flow | 52,351 | 17,388 | (88,057) | (25,249) | (54,508) | 45,162 | 56,262 | (90,207) | (33,833) | 64,688 | 56,262 | (75,282) | (13,822) | (88,845) |
| Utility Deposits | | | | 16,753 | | | | | | | | | | 16,753 |
| UST Fees | | | | 4,875 | | | | | | | | | | 4,875 |
| Secured Creditor Payments | | | | | | | 28,013 | | | | | 15,833 | | 43,946 |
| Underwriter Payments | | | | | | | | 9,744 | | | | | | 9,744 |
| Legal and Professional | | | | 10,962 | | 1,218 | | | 10,662 | 1,218 | | | 12,179 | 36,538 |
| Restructuring Disbursements | - | - | - | 32,590 | - | 1,218 | 28,013 | 9,744 | 10,662 | 1,218 | - | 15,833 | 12,179 | 111,766 |
| | | | | | | | | | | | | | | |
| Net Change in Cash | 52,351 | 17,388 | (88,057) | (57,839) | (54,508) | 43,944 | 28,249 | (99,950) | (44,795) | 63,470 | 56,262 | (91,115) | (26,002) | (200,601) |
| Plus: Beginning Cash | 75,479 | 127,830 | 145,218 | 57,162 | - | - | 43,944 | 72,193 | - | - | 63,470 | 119,731 | (0) | 75,479 |
| Subtotal | 127,830 | 145,218 | 57,162 | (677) | (54,508) | 43,944 | 72,193 | (27,758) | (44,765) | 63,470 | 119,731 | 28,617 | (26,002) | (125,122) |
| | | | | | | | | | | | | | | |
| Affiliated Debtor Advances (Repayments) | - | - | - | 677 | 54,508 | - | - | 27,758 | 44,795 | - | - | (28,617) | 26,002 | 125,122 |
| | | | | | | | | | | | | | | |
| Ending Cash Balance | 127,830 | 145,218 | 57,162 | - | - | 43,944 | 72,193 | - | - | 63,470 | 119,731 | (0) | - | 0 |

5/6/2010 5:35 PM

S:\Chapter 11 2010\13 Week Budget\13 week 050610pm Operating Entities

**13 Week Forecast**
**Effective 4/12/2010**
**U S Dry Cleaning Services Corporation**

| Week Ending | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Central G & A Reimbursement | 50,900 | 30,900 | 30,900 | 30,900 | 36,900 | 36,900 | 36,900 | 30,200 | 36,900 | 30,200 | 36,900 | 30,206 | 35,500 | 455,798 |
| Total Cash Receipts | 50,900 | 30,900 | 30,900 | 30,900 | 36,900 | 36,900 | 36,900 | 36,369 | 36,900 | 30,266 | 36,900 | 30,266 | 36,500 | 455,798 |
| | | | | | | | | | | | | | | |
| Payroll and Taxes | 73,680 | - | 53,985 | - | 61,009 | - | - | 54,375 | - | 54,375 | - | 54,375 | - | 352,104 |
| Rent Expense - Real Property | | | | 10,000 | | | | 5,000 | | | | 5,000 | | 20,000 |
| Insurance | | 4,000 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 1,007 | 15,081 |
| Travel | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 |
| Office Expense | 2,600 | 2,620 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,620 | 2,600 | 2,600 | 2,500 | 2,600 | 2,707 | 33,907 |
| Operational Disbursements | 79,085 | 9,100 | 60,092 | 16,107 | 67,116 | 6,107 | 6,107 | 65,482 | 6,107 | 60,482 | 6,107 | 65,482 | 6,214 | 451,592 |
| Operating Cash Flow | (28,185) | 21,800 | (29,192) | 14,793 | (30,216) | 30,793 | 30,793 | (35,216) | 30,793 | (30,216) | 30,793 | (35,216) | 30,686 | 2,206 |
| Utility Deposits | | 1,231 | | | | | | | | | | | | 1,231 |
| UST Fees | - | 975 | - | - | - | - | - | - | - | - | - | - | - | 975 |
| Restructuring Disbursements | - | 2,206 | - | - | - | - | - | - | - | - | - | - | - | 2,206 |
| | | | | | | | | | | | | | | |
| Net Change in Cash | (28,185) | 19,594 | (29,192) | 14,793 | (30,216) | 30,793 | 30,793 | (35,216) | 30,793 | (30,216) | 30,793 | (35,216) | 30,686 | (0) |
| Plus Beginning Cash | 2,415 | - | 10,694 | - | 14,793 | - | 30,793 | 6,585 | (0) | 13,034 | - | 30,793 | - | 2,415 |
| Ending Cash Balance | (25,770) | 19,594 | (9,598) | 14,793 | (15,424) | 30,793 | 61,585 | (26,359) | 30,793 | (17,183) | 30,793 | (4,424) | 30,686 | 2,415 |
| | | | | | | | | | | | | | | |
| Affiliated Debtor Advances (Repayments) | 25,770 | - | 9,598 | - | 15,424 | - | - | (26,369) | (17,759) | 17,183 | - | 4,424 | (28,271) | (0) |
| Final Cash Balance | - | 19,594 | - | 14,793 | - | 30,793 | 61,585 | (0) | 13,034 | - | 30,793 | - | 2,415 | 2,415 |

**13 Week Forecast**
**Effective 4/12/2010**    **U S Dry Cleaning Services Corporation**
**Week Ending**

**Beginning**

| | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USDC Tuchman | 198,184 | 144,055 | 116,668 | 96,253 | 54,206 | 29,472 | 33,461 | (27,260) | 17,830 | 34,252 | 30,097 | (41,858) | 17,011 |
| USDC Portsmouth | 50,159 | 52,531 | 26,507 | 40,289 | 71,348 | 70,475 | 74,169 | 38,252 | 12,404 | 17,565 | 36,944 | 868 | 9,371 |
| USDC Fresno | 126,691 | 139,196 | 143,725 | 101,237 | 98,028 | 111,175 | 100,873 | 90,735 | 59,391 | 74,713 | 86,481 | 39,791 | 18,620 |
| Cleaner's Cub Sub | (12,312) | (1,098) | (10,919) | (25,589) | 4,357 | 7,603 | (5,902) | (12,802) | 2,676 | 10,343 | 11,556 | (3,659) | 2,441 |
| Envel | 127,830 | 145,218 | 57,162 | (677) | (54,508) | 43,944 | 72,193 | (27,758) | (44,765) | 63,470 | 118,731 | 28,617 | (26,002) |
| U S Dry Cleaning Services | (25,770) | (9,594) | (9,596) | 14,793 | (15,424) | 30,793 | 61,585 | 26,369 | 30,793 | (17,183) | 30,793 | (4,424) | 30,686 |
| **Ending Cash Balance** | **444,781** | **499,497** | **323,544** | **226,336** | **156,008** | **293,511** | **336,398** | **57,537** | **78,302** | **183,200** | **315,602** | **19,365** | **52,134** |

**Transfers**

| | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USDC Tuchman | 38,062 | 1,098 | 20,517 | 26,236 | 54,206 | 0 | 5,902 | (27,260) | 17,830 | 17,183 | 0 | (41,858) | 9,684 | 121,620 |
| USDC Portsmouth | 0 | 0 | 0 | 0 | 15,725 | 0 | 0 | 38,252 | 12,404 | 0 | 0 | 0 | 9,371 | 76,752 |
| USDC Fresno | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,198 | (3,196) | 0 | 0 | 21,324 | (21,324) | - |
| Cleaner's Cub Sub | (12,312) | (1,098) | (10,919) | (25,589) | 0 | 0 | (5,902) | (2,802) | 0 | 0 | 0 | (3,659) | 0 | (72,251) |
| E nvel | 0 | 0 | 0 | (677) | (54,508) | 0 | 0 | (27,758) | (44,765) | (17,183) | 0 | 28,617 | (26,002) | (125,122) |
| U S Dry Cleaning Services | (25,770) | 0 | (9,596) | 0 | (15,424) | 0 | 0 | 26,369 | 17,756 | (17,183) | - | (4,424) | 28,271 | 0 |
| **Net Advance** | **0** | **(0)** | **0** | **0** | **(0)** | **-** | **(0)** | **(0)** | **0** | **0** | **-** | **0** | **(0)** | **(0)** |

**Ending**

| | 1 4/18 | 2 4/25 | 3 5/2 | 4 5/9 | 5 5/16 | 6 5/23 | 7 5/30 | 8 6/6 | 9 6/13 | 10 6/20 | 11 6/27 | 12 7/4 | 13 7/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USDC Tuchman | 130,102 | 142,957 | 96,151 | 70,017 | 0 | 29,472 | 27,579 | 0 | 0 | 17,109 | 30,097 | 0 | 7,327 |
| USDC Portsmouth | 60,159 | 52,531 | 26,507 | 40,289 | 55,623 | 70,475 | 74,169 | 57,557 | 62,888 | 17,565 | 36,944 | 868 | (7) |
| USDC Fresno | 126,691 | 139,196 | 143,725 | 101,237 | 98,028 | 111,175 | 100,873 | 0 | 2,678 | 74,713 | 86,481 | 18,467 | 39,352 |
| Cleaner's Cub Sub | 0 | 0 | 0 | 0 | 4,357 | 7,603 | 0 | 0 | 2,678 | 10,343 | 11,556 | 2,441 | 2,441 |
| Envel | 127,830 | 145,218 | 57,162 | (677) | 0 | 43,944 | 72,193 | (27,758) | (44,795) | 63,470 | 118,731 | (0) | (26,002) |
| U S Dry Cleaning Services | (25,770) | 19,594 | 14,793 | 14,793 | 0 | 30,793 | 61,595 | 13,034 | 13,034 | (17,756) | 30,793 | 2,415 | 28,271 |
| **Ending Cash Balance** | **444,781** | **499,497** | **323,544** | **226,335** | **158,008** | **293,511** | **336,399** | **57,538** | **78,302** | **183,200** | **315,602** | **19,365** | **52,134** |

S Chapter 11 2010/13 Week Budget 13 week 0506 10pm Affiliated Debtor Acv

5/6/2010 5 35 PM

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DEBTORS' MOTION FOR ORDER AUTHORIZING THE DEBTORS TO ENTER INTO INTER-DEBTOR FINANCING AGREEMENT AND TO GRANT OBLIGATIONS INCURRED UNDER THE FINANCING AGREEMENT SUPER-PRIORITY PURSUANT TO § 364(c)(1); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 14, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2010 | Susan Connor | |
|---|---|---|
| Date | Type Name | Signature |

**NEF SERVICE LIST**

- Martin J Brill    mjb@lnbrb.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Christopher Celentino    ccelentino@duanemorris.com
- Don Fisher    dfisher@ptwww.com
- Roger F Friedman    rfriedman@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Victor B Harris    vhlaw@prodigy.net
- Garrick A Hollander    sconnor@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- Steven B Lever    sblever@leverlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Dawn A Messick    dmessick@duanemorris.com
- Dennis D Miller    dmiller@steinlubin.com
- Penelope Parmes    pparmes@rutan.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

## SERVICE VIA FIRST CLASS MAIL
### (Unless otherwise indicated)

| | | |
|---|---|---|
| US Dry Cleaning Corporation<br>Attn; Robert Y. Lee, CEO<br>4040 MacArthur Blvd., #305<br>Newport Beach, CA 92660 | U.S. Trustee's Office<br>Frank Cadigan, Esq.<br>411 West Fourth St.. #9041<br>Santa Ana, CA 92701 | **USDC – Special Notice,<br>SecuredCreditors, Committee<br>Document No. 141800<br>Limit Notice order Entd 4/2/10<br>Committee appointed** |
| 3/9/10 RSN<br>Rossland Ten LLC, dba Hidden<br>Valley Plaza<br>c/o Martin P. Eramo, Esq.<br>1590 S. Coast Highway, #13<br>Laguna Beach, CA 92651 | zeitler@flg-law.com; zeitler@flgz.net<br>Attorney for Team Equipment, Bell Hop,<br>et al.<br>Fishman Larsen Goldring & Zeidler<br>Peter Zeitler, Esq. | ~~NEF 3/9/10~~<br>~~Proposed Committee Counsel~~<br>~~Mark S. Horoupian, Esq.~~<br>~~SulmeyerKupetz~~<br>~~mhoroupian@sulmeyerlaw.com~~<br>Removed per 3/31/10 e-mail |
| NEF<br>Committee Counsel<br>Christopher Celentino, Esq.<br>Duane Morris LLP<br>101 W. Broadway, #900<br>San Diego, CA 92101 | NEF<br>Setal 1 – 6<br>Penelope Parmes, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626-1931 | Gamet, Ent., Team Equipment, Bell Hop<br>c/o Stutman, Treister & Glatt PC<br>Jeffrey C. Krause, Es.<br>Christine M. Pajak, Esq.<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067 |
| 3/11/10 e-mail<br>knewman@menterlaw.com<br>c/o Inland Western Newport News<br>Jefferson, L.L.C.<br>Kevin M. Newman, Esq.<br>Menter, Rudin & Trivelpiece, P.C. | Andy Jones<br>ajones@wagnerjones.com | tjones@prodigy.net;<br>Tom@usdrycleaning.com<br>Tom Jones – Team Enterprises,<br>Inc./BellHop, etc.<br>Team Enterprises Inc. |
| 3/18/10 Ltr<br>Securities and Exchange<br>Commission<br>Sandra W. Lavigna, Esq.<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036-3548 | 3/18/10 RSN<br>Rossland Ten LLC<br>c/o Martin P. Eramo, Esq.<br>1590 S. Coast Highway, Suite 13<br>Laguna Beach, CA 92651 | 3/19/01 RSN Fresno2<br>Standiford Square<br>c/o Ganzer & Williams<br>James E. Ganzer, Esq.<br>1617 St. Mark's Plaza, Suite A<br>Stockton, CA 95267 |

MAINDOCS-#145921-v4-Enivel_Finance_Motion.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Abdul R. Chauthani
6100 Shaker Dr.
Riverside, CA 92506

County of Orange
Attn: Authorized Agent
333 W. Santa Ana Blvd.
Santa Ana, CA 92701

USDC All cases
Secured creditors
 Document No. 141778

Alliance Laundry Systems
Attn: Corporate Officer
P.O. Box 990 /Shepard & Hall Sts.
Ripon WI 54971

Craig Rankin/c/o Rhoton Family Trust
Levene Neale, Bender
1025 Constellation Blvd., #1700
Los Angeles, CA 90067

Hewlett-Packard Financial Services
Company
Attn: Corporate Officer
420 Mountain Ave
New Providence, NJ 07974

Axis Capital
Attn: Corporate Officer
PO Box 25555
Grant Island, NE 68800

David Golubchik
Levene Neale, Bender
1025 Constellation Blvd., #1700
Los Angeles, CA 90067

Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250

Baker and Daniels
Attn: Corporate Officer
300 N. Meridian, #2700
Indianapolis, IN 46204

DeLage Landen
Attn: Corporate Officer
PO Box 41601
Philadelphia, PA 19101-1601

Jonathan Neil & Assoc. Inc.
Attn: Corporate Officer
16633 Ventura Blvd.,#940
Encino, CA 71436

Bank Of The West, Trinity Division
Attn: Authorized Agent
475 Sansome St
San Francisco, CA 94111

Employment Dev. Dept.
PO Box 826880
Sacramento, CA 94280

Leaf
Attn: Corporate Officer
1818 Market St., 9th Fl.
Philadelphia, PA 19103-3647

Bellhop Cleaners
Attn: Corporate Officer
529 Shields Ave.
Fresno, CA 93704

Enterprise
Attn: Corporate Officer
1430 S. Village Way, Ste. V
Santa Ana, CA 92707

Lester Taylor, Jr.
10450 Trabuco St.
Bellflower, CA 90706

Butler Capital
Attn: Corporate Officer
PO Box 677
Cockeysville, MD 21030-0677

First Hawaiian Bank
Attn: Authorized Agent
PO Box 29450
Honolulu, HI 96807-1850

Marion County Treasurer
PO Box 6145
Indianapolis, IN 46206

Caine & Weiner Co., Inc.
LA Times
25910 Acero St., #360
Mission Viejo, CA 92691

GE Capital
Attn: Corporate Officer
10 Riverview Dr.
Danbury, CT 06810-6268

Martin Brill,
Levene Neale, Bender
1025 Constellation Blvd., #1700
Los Angeles, CA 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Canon Financial Services
Attn: Corporate Officer
14901 Collections Center Dr.
Chicago, IL 60693

GMAC
Attn: Corporate Officer
PO Box 9001948
Louisville, KY 40290

Merchants
Attn: Corporate Officer
1278 Hooksett Rd.
Hooksett, NH 03106

Cape Construction, LLC
Attn: Managing Member
1206 Laskin Road, #150
Virginia Beach, VA 23451

Hawaii State Tax Collector
1946 S. Beretania
Honolulu, HI 96826

Murphy Bank
Attn: Authorized Agent
P.O. Box 9725
Fresno, CA 93794

NewStar
Attn: Skip Taylor
P.O Box 1687
Bellflower, CA 90707

Richardson & Patel
10900 Wilshire Blvd. Suite 500
Los Angeles, CA 90024

Team Equipment, Inc.
Attn: Corporate Officer
529 Shields Ave.
Fresno, CA 93704

Portsmouth City Treasurer
PO Box 85662
Richmond, VA 23285

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502

Timothy Rand
10450 Trabuco St.
Bellflower, CA 90706

Prestige Cleaners, Inc.
Attn: Eddie Mannis
7536 Taggart Lane
Knoxville, TN 37938

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502

Robinson Corp.
~~Attn: Corporate Officer~~
~~45 564E Kamehameha Hwy~~
~~Kaneohe, HI 96744~~
**3/15/2010 -- See New Address Below**

Robin Rix
354 Blue Cavern Point
Long Beach, CA90803-6813

Seniority Loan
Attn: Skip Taylor
PO Box 1687
Bellflower, CA 90707

Setal 1-6
Attn: Skip Taylor
PO Box 1687
Bellflower, CA 90707

Commercial Building Associates
LLC
c/o Willcox & Savage
Stephen W. Brewer, Esq.
One Commercial Plaza, #1800
Norfolk, VA 23510

Committee Members

Committee Member
Fairfax Sixplex, LLC
Douglas C. Shepherd
2040 Long Creek Rd.
Virginisa Beach, VA 23451

Committee Member
Mercer Capital
Attn: Anthony Salino
40 Wall Street, 31st Floor
New York, NY 10005

Committee Member
Joan Kushner
c/o Wm:"Chip"Richardson
Wedbush Morgan Securities
1300 SW Fifth Ave., #2000
Portland, OR 97201

1

Committee Member
United Fabricare
Attn: Schnebly or Elba Woods
1237 W. Walnut Street
Compton, CA 90220

Committee Member
SPOT Business
Attn: Mike Wilde
12345 South 300 East
Draper, UT 84020

Committee Member
Michael & Elizabth Eggiman Lvg
Trst
18797 NW Dairy Creek Rd.
North Plains, OR 97133

2

3

4

Committee Member
Baker Commodities, Inc.
Robert Alves
4020 Bandini Blvd.
Vernon, CA 90058

Brian Weiss
BSW Associates
2020 Main St., #500
Irvine, CA 92614

5

6

7

3/24/10 NEF
David W. Meadows, Esq.
Law Offices of David W. Meadows

3/24/10 NEF
Don Fisher, Esq.
Palmieri, Tyler, Wiener, Wilhelm &
Waldron LLP

RSN 3/26/10
Vision Windward I, LLC
c/o Lee & Sakumoto LLC
Denis Lee, Esq.
1164 Bishop St., #1201
Honolulu, HI 96813

8

9

10

NEF 4/1/10
Steven B. Kever, Esq.
Law Offices of Steven B. Lever

NEF 4/22/10 CleanersClub
Dennis D. Miller, Esq.
Stein & Lubin
600 Montgomery St., 14th Fl.
San Francisco, CA 94111

5/10/10email
Kerri Lynne Randall
Assistant General Counsel
Reit Management & Research, LLC
400 Centre Street
Newton, MA 02458

11

12

13

CrtManualList
Merchants Automotive Group, Inc.
c/o H. Jason Cohen, Esq.
Bernard & Bernard
10990 Wilshire Blvd., #1175
Los Angeles, CA 90024

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28