1 MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
2 GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
3 KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
4 **WINTHROP COUCHOT
PROFESSIONAL CORPORATION**
5 660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
6 Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel
for Debtors and Debtors-in-Possession

**FILED & ENTERED**

MAY 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>☒ ENIVEL, INC., a Hawaii corporation<br>☒ CLEANERS CLUB ACQUISITION SUB, INC., a California corporation<br>☒ STEAM PRESS HOLDINGS, INC., a Hawaii corporation<br>☒ U.S. DRY CLEANING SERVICES CORPORATION, a Delaware corporation, dba U.S. DRY CLEANING CORPORATION<br>☒ USDC FRESNO, INC., a California corporation<br>☒ USDC FRESNO 2, INC., a California corporation<br>☒ USDC PORTSMOUTH, INC., a California corporation<br>☒ USDC TUCHMAN INDIANA, INC., a California corporation<br><br>Debtors and<br>Debtors-in-Possession. | Case No. 8:10-bk-12735 RK<br><br>Jointly Administered with Case Nos.<br>8:10-bk-12742 RK; 8:10-bk-12740 RK;<br>8:10-bk-12748 RK; 8:10-bk-12745 RK;<br>8:10-bk-12746 RK; 8:10-bk-12736 RK;<br>8:10-bk-12743 RK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE: (1) FINAL HEARING ON MOTION FOR USE OF CASH COLLATERAL; AND (2) STATUS CONFERENCE**<br><br>**CURRENT HEARING:**<br>DATE:    May 26, 2010<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom 5D<br><br>**CONTINUED HEARING:**<br>DATE:    June 2, 2010<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 5D |

146390

1  The Court having read and considered the Stipulation to Continue: (1) Final Hearing on Motion for Use of Cash Collateral; and (2) Status Conference, Docket no.155 ("Stipulation") entered into by and among the above captioned debtors and debtors in possession (collectively, the "Debtors"), Setal 1, Setal 2, Setal 3, Setal 4, Setal 5, Setal 6, the Taylor Family Trust, Bell Hop Cleaners of California, Team Equipment, Inc., Team Enterprises, Inc., and the Official Committee of Creditors Holding Unsecured Claims, and good and sufficient cause appearing therefore, it is hereby:

**ORDERED** that

1. The Stipulation is approved.

2. The final hearing on the Motion for Order Authorizing Use of Cash Collateral ("Cash Collateral Motion") and Status Conference currently scheduled for May 26, 2010 at 9:00 a.m. is hereby continued to June 2, 2010 at 11:00 a.m.

3. The Debtors are authorized through the continued final hearing on the Cash Collateral Motion to use cash collateral pursuant to the cash flow budgets attached as Exhibit "1" to the Declaration of Timothy Denari in Support of Use of Cash Collateral on a Final Basis [Docket No. 39], subject to the modification made in the cash flow budget for the Fresno Debtors as provided in the "Stipulation for Interim Resolution of Debtors' Emergency Motion for Order: (1) Authorizing Rejection of Certain Executory Contracts; and (2) Compelling Turnover of Property of the Estate from Custodians" [Docket no. 54], and if necessary, to exceed the expenditures provided therein by as much as 15% of budget total; and

4. No further notice or hearing is required to effectuate the foregoing.

###

DATED: May 26, 2010

_____
United States Bankruptcy Judge

-2-

144855

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER APPROVING STIPULATION TO CONTINUE: (1) FINAL HEARING ON MOTION FOR USE OF CASH COLLATERAL; AND (2) STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On _____, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 25, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Attorneys for Gamet, Team & Bell Hop – Christine Pajak - cpajak@stutman.com
Attorneys for Setal 1 – 6 – Penelope Parmes – Pparmes@Rutan.com
Frank Cadigan    frank.cadigan@usdoj.gov
Committee  Counsel Dawn A Messick    dmessick@duanemorris.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2010 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING STIPULATION TO CONTINUE: (1) FINAL HEARING ON MOTION FOR USE OF CASH COLLATERAL; AND (2) STATUS CONFERENCE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 25, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Martin J Brill    mjb@lnbrb.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Christopher Celentino    ccelentino@duanemorris.com
- Denise Diaz    Denise.Diaz@rmsna.com
- Don Fisher    dfisher@ptwww.com
- Roger F Friedman    rfriedman@rutan.com
- Heather U Guerena    huguerena@duanemorris.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Victor B Harris    vhlaw@prodigy.net
- Garrick A Hollander    sconnor@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- Steven B Lever    sblever@leverlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Dawn A Messick    dmessick@duanemorris.com -
- Dennis D Miller    dmiller@steinlubin.com
- Kevin M Newman    knewman@menterlaw.com
- Christine M Pajak    cpajak@stutman.com -
- Penelope Parmes    pparmes@rutan.com –
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Enivel, Inc., a Hawaii corporation
4040 MacArthur Blvd. #305
Newport Beach, CA 92660

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: