PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (SB #95666)
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
    and United States Courthouse
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone:  (714) 338-3400
Facsimile:   (714)338-3421
Email Address: frank.cadigan@usdoj.gov

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ENIVEL, INC., a Hawaii corporation<br><br>CLEANERS CLUB ACQUISITION SUB, INC., a California corporation<br><br>STEAM PRESS HOLDINGS, INC., a Hawaii corporation<br><br>U.S. DRY CLEANING SERVICES CORPORATION, a Delaware corporation, dba U.S. DRY CLEANING CORPORATION<br><br>USDC FRESNO, INC., a California corporation<br><br>USDC FRESNO 2, INC., a California corporation<br><br>USDC PORTSMOUTH, INC., a California corporation<br><br>USDC TUCHMAN INDIANA, INC., a California corporation<br><br>             Debtors and Debtors<br>             in Possession | Case No. 8:10-bk-12735-RK<br><br>Jointly Administered with Case Nos. 8:10-bk-12742-RK; 8:10-bk-12740-RK; 8:10-bk-12748-RK; 8:10-bk-12745-RK; 8:10-bk-12746-RK; 8:10-bk-12736-RK; 8:10-bk-12743-RK;<br><br>Chapter 11<br><br>**U. S. TRUSTEE'S COMMENTS TO DEBTORS' MOTION FOR USE OF CASH COLLATERAL ON A FINAL BASIS AND INTER-DEBTOR POST-PETITION FINANCING**<br><br>Date: **July 12, 2010**<br>Time: **8:30 A.M.**<br>Courtroom: **5D-Hon. ROBERT N. KWAN**<br>411 West Fourth Street-Santa Ana, CA |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, DEBTORS' COUNSEL AND OTHER PARTIES IN INTEREST:**

The United States Trustee makes the following comments to the Cash Collateral Budgets attached to the Declaration of Brian Weiss as docket entry 227, filed and entered on July 2, 2010:

**1.    INSURANCE COVERAGE:**

As of July 9, 2010, there is still the problem with whether the Debtors have insurance in place. The United States Trustee has not received verification from the Debtors that all necessary insurance is in place, nor has the United States Trustee received assurances from the Debtors, that going forward, insurance coverage will not lapse.

On July 8, 2010, the United States Trustee was informed by Debtors' bankruptcy counsel that it would be necessary to seek court approval for a financing motion to pay insurance premiums in order to renew insurance policies that had lapsed. There was no firm indication on when that financing motion would be filed or whether insurance coverage would remain in force, pending approval of any financing motion.

The Court will recall, that several weeks ago, there was an accident involving one of the Riverside stores, wherein an employee of the Debtor, driving a company vehicle, was involved in an accident, that resulted in property damage of about $2,000 or $3,000. Thankfully, there was no bodily injuring that anyone is aware of, however, there was a question of whether insurance coverage was in force at the time of the accident. It is the understanding of the U.S. Trustee, that the Debtor will have to pay for the damage and then will be reimbursed by the insurance company.

The fact that it is still not clear what insurance is in force, or what policies remain unpaid, coupled with the fact that there is no indication on when the insurance issues and lack of coverage, if any, will be resolved, raises the question of whether the Court should sua sponte, appoint a Chapter 11 Trustee, or whether it will be necessary for the United States Trustee to move for the appointment of a Chapter 11 Trustee, on either regular or shortened notice.

**2.    THE CHAPTER 11 CASE APPEARS ADMINISTRATIVELY INSOLVENT**

The United States Trustee directs the Court's attention to Page 4 of 16 Doc. 227

(Exhibit 1, Page 3) and Page 5 of 16 Doc. 227 (Exhibit 1, Page 4) of the 13 Week Forecast. Under the line item "Restructuring Cash Flow", from 06/24/10 of week number one, through 09/12/10 of week 12, the cash flow projections are all negative.

For the Court's ready reference, a copy of excerpts of the 13 Week Forecast, identified above, is attached hereto and collectively identified as **Exhibit "A".**

### 3. THE MAY MONTHLY OPERATING REPORT ("MOR") FOR U.S. DRY CLEANING

The May MOR for U.S. Dry Cleaning, Section II (page 11 of 16) does not list the monthly amount of each payment owing to 13 creditors identified. However, the balance column shows a figure of $13,670,181.00. The MOR does indicate that no payments have been made to any of these 13 creditors since the Chapter 11 petitions were filed. On June 21, 2010, the United States Trustee's Bankruptcy Analyst, that is assigned to this case, made an inquiry to Debtors' counsel to verify whether the $13 million amount correctly and accurately represented unpaid, post-petition amounts due and owing**.** Debtors' counsel advised that the $13 million figure was an error and that a corrected report would be submitted. To date that has not occurred. However, the U.S. Trustee is informed that a corrected report will be submitted on July 12, 2010. Debtors' counsel should be prepared to provide a response to the United States Trustee's question at the continued hearing.

Finally, regarding the May 2010 MOR, none of the landlords are listed on the May MOR or in any of the MOR's filed since the filing of the petition. Obligations to landlords should be listed in the MOR's and the status of post-petition payments disclosed. These concerns have likewise been communicated to Debtors' counsel.

///
///
///
///
///

**CONCLUSION:** It is the position of the United States Trustee, that in the event the Debtors are unable to provide adequate assurances that insurance coverage is in place for all Debtors by 8:30 a.m. on July 12, 2010, that this Court immediately schedule an evidentiary hearing to determine whether a Chapter 11 trustee should be appointed in this case.

Dated: July 9, 2010        Office of the United States Trustee

*/s/ Frank M. Cadigan*
Frank M. Cadigan, AUST
Attorney of the United States Trustee

**Exhibit "A"**

**U.S. Dry Cleaning Consolidated Summary**
**13 Week Forecast**

| Cash by Entity | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 6/27/10 | 7/4/10 | 7/11/10 | 7/18/10 | 7/25/10 | 8/1/10 | 8/8/10 | 8/15/10 | 8/22/10 | 8/29/10 | 9/5/10 | 9/12/10 | 9/19/10 | TOTAL |
| Corporate | 26,437 | 121,224 | 121,224 | 110,224 | 110,224 | 100,224 | 83,224 | 83,224 | 83,224 | 83,224 | 18,224 | 23,224 | 23,224 | 23,224 |
| CCI | 3,607 | 1,904 | 1,238 | 4,849 | 1,488 | 3,565 | 2,510 | 15,916 | 6,341 | 4,226 | 2,901 | 9,326 | 10,410 | 10,410 |
| Enivel | 116,747 | 69,846 | 58,645 | 51,300 | 105,169 | 82,612 | 14,162 | 7,480 | 50,242 | 60,347 | 1,278 | 13,729 | 31,762 | 31,762 |
| Fresno | 286,656 | 93,894 | 95,859 | 108,504 | 131,867 | 79,762 | 104,522 | 104,016 | 132,071 | 126,503 | 93,677 | 124,594 | 126,508 | 126,508 |
| Portsmouth | 32,135 | 44,741 | 8,023 | 16,388 | 31,823 | 30,567 | 1,847 | 12,620 | 32,163 | 31,300 | 1,232 | 21,994 | 32,306 | 32,306 |
| Tuchman | 10,843 | 1,953 | 24,130 | 41,453 | 40,457 | 50,623 | 2,797 | 25,719 | 35,248 | 30,235 | 1,143 | 19,815 | 22,986 | 22,986 |
| Total | 476,424 | 333,562 | 309,119 | 332,717 | 421,028 | 347,352 | 209,062 | 248,975 | 339,289 | 335,835 | 118,454 | 212,681 | 247,197 | 247,197 |

Case 8:10-bk-12735-RK    Doc 227    Filed 07/02/10    Entered 07/02/10 13:45:10    Desc
Main Document    Page 5 of 16

**U.S. Dry Cleaning Consolidated**
**13 Week Forecast**

| Week Ending | 1<br>6/27/10 | 2<br>7/4/10 | 3<br>7/11/10 | 4<br>7/18/10 | 5<br>7/25/10 | 6<br>8/1/10 | 7<br>8/8/10 | 8<br>8/15/10 | 9<br>8/22/10 | 10<br>8/29/10 | 11<br>9/5/10 | 12<br>9/12/10 | 13<br>9/19/10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts:** | | | | | | | | | | | | | | |
| Collection from Customers | 467,813 | 486,818 | 415,783 | 466,622 | 480,125 | 431,145 | 444,505 | 434,846 | 512,807 | 483,355 | 440,539 | 443,097 | 522,322 | 6,029,777 |
| Less: Returns / Claims | (2,339) | (3,384) | (2,193) | (3,826) | (2,209) | (2,318) | (3,478) | (3,900) | (2,288) | (2,331) | (3,486) | (3,900) | (2,331) | (37,983) |
| Other | 5,320 | 100,107 | 14,090 | 5,320 | 5,320 | 5,320 | 5,320 | 5,320 | 5,320 | 5,320 | 5,320 | 14,090 | 14,090 | 199,027 |
| **Total Cash Receipts** | 470,794 | 583,541 | 427,680 | 468,116 | 483,236 | 434,147 | 446,347 | 436,266 | 515,839 | 486,344 | 442,373 | 453,287 | 534,081 | 6,190,821 |
| **Operating Disbursements:** | | | | | | | | | | | | | | |
| CGS Supplies | (26,681) | (28,632) | (25,292) | (30,699) | (25,764) | (26,095) | (28,955) | (30,598) | (26,290) | (29,040) | (25,947) | (31,061) | (361,001) |
| Plant & Delivery | (9,815) | (6,880) | (9,140) | (6,880) | (8,380) | (6,880) | (8,380) | (7,640) | (6,880) | (13,451) | (7,640) | (6,880) | (112,297) |
| Payroll, Taxes & Allowances | (219,015) | (249,744) | (217,385) | (255,312) | (224,454) | (250,247) | (219,486) | (250,122) | (220,292) | (251,726) | (217,623) | (219,759) | (252,216) | (3,047,378) |
| Health Insurance | (29,184) | (20,400) | (6,069) | (9,043) | (20,141) | - | (5,638) | (9,474) | (40,542) | - | (5,638) | (9,474) | (20,831) | (176,434) |
| Rent Expense - Real Property | - | (194,093) | (82,414) | - | - | (45,000) | (224,756) | - | - | (269,756) | - | - | (816,019) |
| Equipment Leases | (10,750) | (550) | (50) | (50) | (750) | (50) | (550) | (750) | (50) | (550) | (750) | (50) | (14,950) |
| Insurance | (3,280) | (3,649) | (28,564) | (10,467) | (19,589) | (1,119) | (7,823) | (27,859) | - | (29,040) | - | (14,818) | (23,571) | (155,557) |
| Telephone & Utilities | (27,186) | (24,072) | (23,761) | (42,902) | (32,634) | (24,283) | (24,343) | (24,082) | (51,636) | (24,422) | (24,422) | (24,082) | (43,101) | (390,929) |
| Repairs & Maintenance | (6,923) | (9,523) | (7,039) | (9,523) | (7,073) | (6,154) | (10,837) | (7,215) | (7,215) | (7,215) | (7,215) | (43,101) | (7,215) | (101,534) |
| Travel | (5,200) | (1,450) | (950) | (6,450) | (950) | (1,200) | (5,700) | (1,200) | (700) | (5,700) | (1,200) | (1,200) | (32,600) |
| Outside Services | (9,460) | (22,213) | (11,363) | (15,263) | (11,363) | (15,963) | (12,963) | (15,263) | (11,363) | (14,263) | (11,363) | (15,263) | (11,563) | (177,666) |
| Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expense | (3,638) | (4,755) | (4,253) | (8,118) | (3,898) | (7,503) | (4,655) | (4,853) | (6,393) | (4,655) | (4,655) | (4,853) | (8,018) | (72,555) |
| Credit Card /Bank Fees | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (25) | (90,563) |
| Advertising | (20,436) | (13,224) | (9,835) | (17,235) | (19,903) | (9,745) | (14,455) | (16,234) | (19,902) | (13,834) | (18,455) | (16,234) | (13,834) | (203,326) |
| **Operating Disbursements** | (371,593) | (596,616) | (439,624) | (409,518) | (374,925) | (414,573) | (377,623) | (425,525) | (352,298) | (639,754) | (346,560) | (419,565) | (5,752,810) |
| **Operating Cash Flow** | 99,201 | (13,075) | (11,944) | 58,599 | 108,311 | 19,574 | (138,290) | 67,413 | 90,314 | 134,046 | (197,381) | 106,727 | 114,516 | 438,011 |
| **Corporate Allocation:** | | | | | | | | | | | | | | |
| Collections | 43,440 | 49,383 | 22,878 | 74,383 | 29,693 | 88,858 | 18,278 | 62,583 | 8,993 | 171,883 | 31,078 | 15,640 | 120,236 | 737,331 |
| Disbursements | (43,440) | (49,383) | (22,878) | (74,383) | (29,693) | (88,858) | (18,278) | (62,583) | (8,993) | (171,883) | (31,078) | (15,640) | (120,236) | (737,331) |
| **Corporate Allocation** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring Cash Flow:** | | | | | | | | | | | | | | |
| Utility Deposits | - | (20,000) | - | - | (5,000) | - | - | - | - | - | - | - | (105,736) |
| Catch Up (Lease & Insurance) | (75,736) | - | (15,000) | (15,000) | - | (15,000) | - | (15,000) | - | (5,000) | - | - | (75,000) |
| CRO Services | - | - | - | - | - | - | - | - | - | (15,000) | - | - | (40,000) |
| Investment Banking | - | (15,000) | (20,000) | (20,000) | - | (37,500) | - | (37,500) | - | (31,078) | - | - | (244,787) |
| Legal [A] | (37,500) | (94,787) | (12,500) | (12,500) | - | (35,750) | - | (12,500) | - | - | - | (12,500) | (35,750) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring Cash Flow** | (113,236) | (129,787) | (12,500) | (35,000) | (20,000) | (93,250) | - | (27,500) | - | (37,500) | (20,000) | - | (12,500) | (501,273) |
| **Financing Cash Flows:** | | | | | | | | | | | | | | |
| Capital Lease Obligations | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| St. Secured Creditor Adequate Protection | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Adequate Protection | - | - | - | - | - | - | - | - | (100,000) | - | - | (80,000) | (80,000) | (180,000) |
| Affiliated Debtor Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (Advances/Repayments) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Financing Cash Flows** | - | - | - | - | - | - | - | - | (100,000) | - | - | (80,000) | - | (180,000) |
| **Net Change in Cash** | (14,035) | (142,862) | (24,444) | 23,599 | 88,311 | (73,676) | (138,290) | 39,913 | (9,686) | 96,546 | (217,381) | 94,227 | 34,516 | (243,262) |
| Beginning Cash | 490,459 | 476,424 | 333,562 | 309,119 | 332,717 | 421,028 | 347,352 | 209,062 | 248,975 | 239,289 | 335,835 | 118,454 | 212,681 | 490,459 |
| **Ending Cash Balance** | 476,424 | 333,562 | 309,119 | 332,717 | 421,028 | 347,352 | 209,062 | 248,975 | 239,289 | 335,835 | 118,454 | 212,681 | 247,197 | 247,197 |

Note: Corporate expenses have been allocated to each entity based on their proportionate collections each week.
[A] The week 7/4/10 includes $94,787 for repayment of professional fees by Fresno, with a corresponding Exhibit M, Page 4

| In re: ENIVEL, INC. a Hawaii corporation, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-12735-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
411 WEST FOURTH ST., #9041, SANTA ANA, CA 92701.

The foregoing document described as **U.S. TRUSTEE'S COMMENTS TO DEBTORS' MOTION FOR USE OF CASH COLLATERAL ON A FINAL BASIS AND INTER-DEBTOR POST-PETITION FINANCING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 9, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Kavita Gupta    kgupta@winthropcouchot.com
- Garrick A Hollander    sconnor@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 9, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Enivel, Inc., a Hawaii corporation**, 4040 MacArthur Blvd., #305, Newport Beach, CA 92660

_____ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 9, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert Kwan    -- Bin outside Rm. 5097

_____ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/9/10 | DINAH GROSCH | /s/ Dinah Grosch |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 9013-3.1**