Simon Aron (SBN 108183) / Susan K. Seflin (SBN 213865)
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1565
Telephone: (310) 478-4100; Fax: (310) 479-1422
Attorneys for Chapter 11 Debtors in Possession and Plan Proponents

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTE OF CALIFORNIA (SANTA ANA DIVISION)**

| | |
|---|---|
| In re<br><br>Enivel, Inc., *et al.*,[1]<br>     Debtors. | Case No. 8:10-bk-12735-RK (Jointly Administered)<br>Chapter 11 **[This Notice Applies to All Cases]**<br><br>**Confirmation Hearing:**  May 26, 2011 at 9:00 a.m.<br><br>**Objection & Ballot Deadline:**  5:00 p.m. PST on May 12, 2011 |

## NOTICE OF PLAN CONFIRMATION HEARING AND RELATED DEADLINES

**PLEASE TAKE NOTICE** that on April 28, 2011, Enivel, Inc. and its debtor affiliates (the "**Debtors**"), filed their First Amended Joint and Consolidated Chapter 11 Plan of Reorganization Dated April 22, 2011, as Modified (as may be further amended or modified, the "**Plan**") and a disclosure statement (the "**Disclosure Statement**") describing the Plan.

**PLEASE TAKE FURTHER NOTICE** that on March 18, 2011, the Bankruptcy Court[2] entered an order (the "**Order**"), pursuant to section 1125 of the Bankruptcy Code, approving the Disclosure Statement as providing adequate information for holders of claims or interests to make an informed decision as to whether to vote to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that:

1.  A hearing will be held before the Honorable Robert N. Kwan, United States Bankruptcy Judge, at the United States Bankruptcy Court – Central District of California (Santa Ana Division), Courtroom "5D", 411 West Fourth Street, Santa Ana, California 92701 (the "**Bankruptcy Court**") on **May 26, 2011 at 9:00 a.m.** (the "**Hearing**") to consider confirmation of the Plan and any objections thereto.

2.  The Plan and Disclosure Statement are on file with the Clerk of the Bankruptcy Court. You may obtain a copy of either document (or both) free of charge by accessing the Debtors' website at http://usdrycleaning.com/investor-relations/bankruptcy-filing.html. If you did not receive a copy of the Plan and Disclosure Statement on CD-Rom with this Notice, you may also obtain a copy of either document by submitting a written request only to the Debtors' bankruptcy counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, Attn: Susan Seflin, Esq. by mail at 11400 West Olympic Blvd., Ninth Floor, Los Angeles, California 90064, or by email at sseflin@wrslawyers.com. Copies of the Plan and Disclosure Statement may be provided electronically or on a CD-ROM, unless a party specifically requests a paper copy.

3.  If you did not receive a copy of a Ballot with this Notice, then the Debtors do not believe that you are a creditor or interest holder entitled to vote on the Plan. If you disagree, you may submit a written request for a Ballot to Debtors' counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, Attn: Susan Seflin, Esq. by mail at 11400 West Olympic Blvd., Ninth Floor, Los Angeles, CA 90064, or by email at sseflin@wrslawyers.com. If you received a copy of a Ballot and you hold a priority or administrative claim or you do not have a claim against the Debtors, please disregard the Ballot.

---

[1] The Debtors, with their bankruptcy case numbers, are: (i) Enivel, Inc., 8:10-bk-12735-RK; (ii) Cleaners Club Acquisition Sub, Inc., 8:10-bk-12742-RK, (iii) Steam Press Holdings, Inc., 8:10-bk-12740-RK, (iv) U.S. Dry Cleaning Services Corporation *dba* U.S. Dry Cleaning Corporation, 8:10-bk-12748-RK; (v) USDC Fresno, Inc., 8:10-bk-12745-RK; (vi) USDC Fresno 2, Inc., 8:10-bk-12746-RK; (vii) USDC Portsmouth, Inc., 8:10-bk-12743-RK; and (viii) USDC Tuchman Indiana, Inc., 8:10-bk-12736-RK.

[2] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them as set forth in the Plan.

| In re:<br>Enivel, Inc. et al.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NUMBER  8:10-bk-12735-RK and related jointly administered entities |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1565

A true and correct copy of the foregoing document described **NOTICE OF PLAN CONFIRMATION HEARING AND RELATED DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 28, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Simon Aron             saron@wrslawyers.com
- Martin J Brill          mjb@lnbrb.com
- Ronald K. Brown         rkbgwhw@aol.com
- Frank Cadigan          frank.cadigan@usdoj.gov
- Kathryn M.S. Catherwood     kmcatherwood@duanemorris.com
- Christopher Celentino  ccelentino@duanemorris.com
- Susan S Davis          sdavis@coxcastle.com
- Denise Diaz            Denise.Diaz@rmsna.com
- Emery F El Habiby      eelhabiby@counsel.lacounty.gov
- Don Fisher             dfisher@ptwww.com
- Roger F Friedman       rfriedman@rutan.com
- Eric J Fromme          efromme@rutan.com
- Matthew Grimshaw       mgrimshaw@rutan.com
- Heather U Guerena      huguerena@duanemorris.com
- Victor B Harris        vhlaw@prodigy.net
- Justin D Harris        jdh@mmwlawfirm.com, clr@mmwlawfirm.com
- Garrick A Hollander    sconnor@winthropcouchot.com
- Mark S Horoupian       mhoroupian@sulmeyerlaw.com
- John J Immordino       john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Edward S Kim           ekim@hemar-rousso.com
- Simon Klevansky        sklevansky@kplawhawaii.com
- Steven B Lever         sblever@leverlaw.com
- Albert T. Liou         aliou@richardsonpatel.com
- Charles Liu            cliu@marshackhays.com
- David W. Meadows       david@davidwmeadowslaw.com
- Dawn A Messick         dmessick@duanemorris.com
- Dennis D Miller        dmiller@steinlubin.com
- Jeffrey D Mills        jmills@boselaw.com
- Christopher Minier     becky@ringstadlaw.com
- Randall P Mroczynski       randym@cookseylaw.com
- Kevin M Newman         knewman@menterlaw.com
- Christine M Pajak      cpajak@stutman.com
- Ernie Zachary Park     ernie.park@bewleylaw.com
- Penelope Parmes        pparmes@rutan.com
- Todd C. Ringstad       becky@ringstadlaw.com
- Martha E Romero        Romero@mromerolawfirm.com
- Susan K. Seflin        sseflin@wrslawyers.com
- Travis R Stokes        stokes@flgz.net
- Wayne R Terry          wterry@hemar-rousso.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop        mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

| In re:<br>Enivel, Inc. et al., | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER  8:10-bk-12735-RK and related jointly administered entities |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

*The Debtors will file a supplemental proof of service which lists all the parties that were served with the Notice on April 28, 2011.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 28, 2011  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*Served Via Personal Service*
The Honorable Robert Kwan
U.S. Bankruptcy Court
Central District of California
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2011 | Susan K. Seflin | /s/ *Susan K. Seflin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                          **F 9013-3.1.PROOF.SERVICE**

4.     Ballots must be delivered either by mail or overnight courier to the Voting Agent at the following address **on or before 5:00 p.m. PST on May 12, 2011**:

> Enivel, Inc. Ballot Processing Center
> c/o Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245

5.     Objections, if any, to the Plan shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Central District of California (the "**Local Rules**") and must, among other things, be accompanied by supporting declarations and documentary evidence upon which the objecting party intends to rely.  Further, **on or before 5:00 p.m. PST on May 12, 2011**, objections, if any, **must be filed**, together with a proof of service, with the Clerk of the Bankruptcy Court, and **must be served** upon the following parties:  (i) Debtors: U.S. Dry Cleaning Corporation, 4040 MacArthur Blvd, Suite 305, Newport Beach, California 92660; (ii) Debtors' Counsel: Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, Attn: Simon Aron, Esq. and Susan Seflin, Esq., 11400 West Olympic Blvd., Ninth Floor, Los Angeles, California 90064; (iii) U.S. Trustee:  Office of the U.S. Trustee, Region 16, Attn: Frank M. Cadigan, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701-8000; (iv) Committee Counsel:  Duane Morris LLP, Attn: Kathryn M.S. Catherwood, 101 West Broadway, Suite 900, San Diego, California 92101-8285; and (v) Counsel for Setal Entities: Rutan & Tucker, LLP, Attn: Penelope Parmes, 611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626. **PURSUANT TO THE DISCLOSURE STATEMENT ORDER, ANY OBJECTION TO THE PLAN AND EVIDENCE THAT IS NOT TIMELY FILED AND SERVED SHALL BE STRICKEN FROM THE RECORD AND WILL NOT BE CONSIDERED UNLESS OTHERWISE ORDERED BY THE BANKRUPTCY COURT.  FURTHERMORE, PURSUANT TO LOCAL RULE 9013-1(h), THE FAILURE TO FILE A TIMELY OBJECTION MAY BE DEEMED BY THE BANKRUPTCY COURT TO CONSTITUTE CONSENT TO THE APPROVAL OF THE PLAN AND/OR A WAIVER OF ANY OBJECTION TO THE PLAN.**

6.     The Hearing may be adjourned from time to time without further notice to parties in interest other than by announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Plan proposes an injunction that provides as follows: "Except as provided in this Plan or the Confirmation Order, as of the Effective Date, all entities that have held, currently hold or may hold a Claim or other debt or liability that is discharged or an interest or other right of an Equity Security Holder that is impaired pursuant to the terms of this Plan are permanently enjoined from taking any of the following actions against the Debtors, the Estates, the Committee, the Reorganized Debtor or their property on account of any such discharged Claims, debts or liabilities or terminated Interests or rights: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Debtors and (v) commencing or continuing any action in any manner, in any place that does not comply with or is inconsistent with the provisions of this Plan.  By accepting distribution pursuant to this Plan, each holder of an Allowed Claim receiving a Distribution pursuant to this Plan will be deemed to have specifically consented to the injunction set forth in [the Plan]."

Dated: April 28, 2011                    Enivel, Inc. *et al.*

> By:   /s/  *Susan K. Seflin*
>       Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
>       Attorneys for Chapter 11 Debtors & Plan Proponents