JEFFREY C. KRAUSE (STATE BAR NO. 94053), and
jkrause@stutman.com
CHRISTINE M. PAJAK (STATE BAR NO. 217173), Members of
cpajak@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:  (310) 228-5600
Telecopy:   (310) 228-5788

Counsel for Gamet Enterprises, LLC, Team Equipment, Inc.
and Bell Hop Cleaners of California, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>☐ ENIVEL, INC., a Hawaii corporation<br>☐ CLEANERS CLUB ACQUISITION SUB, INC., a California corporation<br>☐ STEAM PRESS HOLDINGS, INC., a Hawaii corporation<br>☒ U.S. DRY CLEANING SERVICES CORPORATION, a Delaware corporation, dba U.S. DRY CLEANING CORPORATION<br>☒ USDC FRESNO, INC., a California corporation<br>☒ USDC FRESNO 2, INC., a California corporation<br>☐ USDC PORTSMOUTH, INC., a California corporation<br>☐ USDC TUCHMAN INDIANA, INC., a California corporation<br><br>Debtors and Debtors in Possession. | Case No. 8:10-bk-12735 RK<br><br>Jointly Administered with Case Nos.<br>8:10-bk-12736 RK; 8:10-bk-12740 RK;<br>8:10-bk-12742 RK; 8:10-bk-12743 RK;<br>8:10-bk-12745 RK; 8:10-bk-12746 RK;<br>8:10-bk-12748 RK<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE THE DEADLINE OF THE GAMET PARTIES TO OBJECT AND VOTE ON THE DEBTORS' PLAN**<br><br>DATE:   May 26, 2011<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 5D<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

550802v.2

1   This Stipulation is entered into by and among U.S. Dry Cleaning Services Corporation, dba
2   U.S. Dry Cleaning Corporation ("USDC"); USDC Fresno, Inc. ("Fresno 1"); and USDC Fresno 2,
3   Inc. ("Fresno 2"), on one hand (Fresno 1 and Fresno 2 are referred to herein, collectively, as the
4   "Fresno Debtors"), and Gamet Enterprises, LLC ("Gamet"); Team Equipment, Inc. ("Team"); and
5   Bell Hop Cleaners of California, Inc. ("Bell Hop"), on the other hand (Gamet, Team and Bell Hop
6   are referred to herein, collectively as the "Gamet Parties" and together with the Debtors, the
7   "Parties"), by and through their respective counsel of record in these Chapter 11 cases, to continue
8   the deadlines for objecting to, and voting on, the Debtors' Joint and Consolidated Chapter 11 Plan of
9   Reorganization:

## RECITALS

11  A.    On March 4, 2010 (the "Petition Date"), USDC, the Fresno Debtors and various
12  affiliates (collectively, the "Debtors") filed petitions under Chapter 11 of the United States
13  Bankruptcy Code.
14  B.    On April 28, 2011, Debtors filed their First Amended Joint and Consolidated Chapter
15  11 Plan of Reorganization Dated April 22, 2011, as Modified (as may be further amended or
16  modified, the "Plan") and a disclosure statement (the "Disclosure Statement") describing the Plan.
17  C.    On March 18, 2011, the Bankruptcy Court entered an order (the "Order"), pursuant to
18  section 1125 of the Bankruptcy Code, approving the Disclosure Statement as providing adequate
19  information for holders of claims or interests to make an informed decision as to whether to vote to
20  accept or reject the Plan.
21  D.    Pursuant to the Order, the Court also set the following deadlines, among others, in
22  connection with the hearing on the confirmation of the Plan: (i) May 12, 2011 at 5:00 p.m. as the
23  deadline for voting on the Plan (the "Voting Deadline") and (ii) May 12, 2011 at 5:00 p.m. as the
24  deadline to object to the Plan (the "Objection Deadline").
25  E.    There are a number of disputed issues between the Debtors and the Gamet Parties.
26  The Parties have negotiated a settlement agreement (the "Settlement Agreement") to resolve many
27  of these disputes and to limit the remaining issues to be litigated and agree on certain procedural
28

550802v.2

2

steps in connection with the litigation that will remain. The Settlement Agreement is conditioned on both Bankruptcy Court approval of the Settlement Agreement and the Debtors raising the exit financing required to fund their joint chapter 11 plan.

F. The Debtors are currently in the process of finalizing the motion to obtain this Court's approval of the Settlement Agreement pursuant to Bankruptcy Code § 363 and Bankruptcy Rule 9019. It is the Parties' intention to obtain Court approval of the Settlement Agreement prior to the confirmation hearing on the Plan, which is currently scheduled for May 26, 2011 at 9:00 a.m. The Debtors also intend to submit their evidence demonstrating that they have raised the exit financing to implement the Plan on or about May 19, 2011.

G. If the Settlement Agreement is approved by the Court and the Debtors submit evidence that they have raised the exit financing to implement the Plan, the Gamet Parties will support confirmation of the Plan. If, however, that the Settlement Agreement is not approved prior to the Confirmation Hearing or the Debtors fail to submit evidence that they have raised the exit financing to implement the Plan, the Parties have agreed to continue the deadlines that the Gamet Parties may vote and object to the Plan.

**NOW THEREFORE**, in consideration of the above recitals, the Parties, through each of their respective counsel, hereby agree and stipulate as follows:

1. In the event that the Court approves the Settlement Agreement prior to the Confirmation Hearing and the Debtors submit evidence that they have raised the exit financing to implement the Plan, the Gamet Parties are deemed to have accepted the Plan (as may be amended to conform to the terms of the Settlement Agreement).

2. In the event that the Court does not approve the Settlement Agreement prior to the Confirmation Hearing or the Debtors fail to submit evidence that they have raised the exit financing to implement the Plan, the deadline for the Gamet Parties to vote and object to the Plan and the corresponding deadline for the Debtors to reply to any such objection are hereby extended as follows:

- the Gamet Parties' Voting Deadline shall be extended to May 25, 2011 at 12:00 p.m.;

1  - the Gamet Parties' Objection Deadline shall be extended to May 25, 2011 at 12:00
2    p.m.; and
3  - the Debtors' deadline to reply to any objection filed by the Debtors to confirmation of
4    the Plan shall be extended such that any such reply may be filed at or before the
5    Confirmation Hearing.

Dated: May 13, 2011            Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP

By: _____
Simon Aron
Susan K. Seflin
Attorneys for U.S. Dry Cleaning Services Corporation

Dated: May 13, 2011            Stutman, Treister & Glatt, P.C.

By: /s/ Christine M. Pajak
Jeffrey C. Krause
Christine Pajak
Attorneys for Gamet Enterprises, LLC, Team Equipment, Inc., Team Enterprises, Inc. and Bell Hop Cleaners of California, Inc.

| In re:<br>Enivel, Inc. et al.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NUMBER  8:10-bk-12735-RK and related jointly administered entities |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1565

A true and correct copy of the foregoing document described **STIPULATION TO CONTINUE THE DEADLINE OF THE GAMET PARTIES TO OBJECT AND VOTE ON THE DEBTORS' PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Simon Aron           saron@wrslawyers.com
- Martin J Brill       mjb@lnbrb.com
- Ronald K. Brown      rkbgwhw@aol.com
- Frank Cadigan        frank.cadigan@usdoj.gov
- Kathryn M.S. Catherwood    kmcatherwood@duanemorris.com
- Christopher Celentino ccelentino@duanemorris.com
- Susan S Davis        sdavis@coxcastle.com
- Denise Diaz          Denise.Diaz@rmsna.com
- Emery F El Habiby    eelhabiby@counsel.lacounty.gov
- Don Fisher           dfisher@ptwww.com
- Roger F Friedman     rfriedman@rutan.com
- Eric J Fromme        efromme@rutan.com
- Matthew Grimshaw     mgrimshaw@rutan.com
- Heather U Guerena    huguerena@duanemorris.com
- Victor B Harris      vhlaw@prodigy.net
- Justin D Harris      jdh@mmwlawfirm.com, clr@mmwlawfirm.com
- Garrick A Hollander  sconnor@winthropcouchot.com
- Mark S Horoupian     mhoroupian@sulmeyerlaw.com
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Edward S Kim         ekim@hemar-rousso.com
- Simon Klevansky      sklevansky@kplawhawaii.com
- Steven B Lever       sblever@leverlaw.com
- Albert T. Liou       aliou@richardsonpatel.com
- Charles Liu          cliu@marshackhays.com
- David W. Meadows     david@davidwmeadowslaw.com
- Dawn A Messick       dmessick@duanemorris.com
- Dennis D Miller      dmiller@steinlubin.com
- Jeffrey D Mills      jmills@boselaw.com
- Christopher Minier   becky@ringstadlaw.com
- Randall P Mroczynski randym@cookseylaw.com
- Kevin M Newman       knewman@menterlaw.com
- Christine M Pajak    cpajak@stutman.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Penelope Parmes      pparmes@rutan.com
- Todd C. Ringstad     becky@ringstadlaw.com
- Martha E Romero      Romero@mromerolawfirm.com
- Susan K. Seflin      sseflin@wrslawyers.com
- Travis R Stokes      stokes@flgz.net
- Wayne R Terry        wterry@hemar-rousso.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop      mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                F 9013-3.1.PROOF.SERVICE

| In re:<br>Enivel, Inc. et al.,<br><br>Debtors. | CHAPTER 11<br><br>CASE NUMBER  8:10-bk-12735-RK and related jointly administered entities |
|---|---|

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 13, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*Served Via Personal Service*
The Honorable Robert Kwan
U.S. Bankruptcy Court
Central District of California
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2011 | SHARON MICKELL | /s/ Sharon Mickell |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                           F 9013-3.1.PROOF.SERVICE