SIMON ARON (SBN 108183)
SUSAN K. SEFLIN (SBN 213865)
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, California 90064-1565
Telephone: (310) 478-4100
Fax: (310) 479-1422

Attorneys for Chapter 11 Debtors
and Debtors in Possession

FILED & ENTERED

MAY 24 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Enivel, Inc., *et al.*, [1]<br><br>Debtors. | Case No. 8:10-bk-12735-RK<br>(Jointly Administered)<br>(This Order Applies to All Cases)<br>Chapter 11<br><br>**ORDER ON SECOND STIPULATION TO EXTEND DEADLINE FOR GAMET PARTIES TO VOTE ON PLAN AND OBJECT TO PLAN, TO PROVIDE TIME TO IMPLEMENT SETTLEMENT**<br><br>**[Re: Docket # 665]**<br><br>[No Hearing Necessary] |

---

[1] The Debtors, together with their bankruptcy case numbers are: (i) Enivel, Inc., 8:10-bk-12735-RK; (ii) Cleaners Club Acquisition Sub, Inc., 8:10-bk-12742-RK, (iii) Steam Press Holdings, Inc., 8:10-bk-12740-RK, (iv) U.S. Dry Cleaning Services Corporation *dba* U.S. Dry Cleaning Corporation, 8:10-bk-12748-RK; (v) USDC Fresno, Inc., 8:10-bk-12745-RK; (vi) USDC Fresno 2, Inc., 8:10-bk-12746-RK; (vii) USDC Portsmouth, Inc., 8:10-bk-12743-RK; and (viii) USDC Tuchman Indiana, Inc., 8:10-bk-12736-RK.

Upon review and consideration of the "Stipulation To Continue The Deadline Of The Gamet Parties To Object And Vote On The Debtors' Plan" filed May 23, 2011 as Docket #665 (the "Stipulation"), entered into by and among U.S. Dry Cleaning Services Corporation, dba U.S. Dry Cleaning Corporation ("USDC"); USDC Fresno, Inc. ("Fresno 1"); and USDC Fresno 2, Inc. ("Fresno 2"), on one hand (Fresno 1 and Fresno 2 are referred to herein, collectively, as the "Fresno Debtors"), and Gamet Enterprises, LLC ("Gamet"); Team Equipment, Inc. ("Team"); and Bell Hop Cleaners of California, Inc. ("Bell Hop"), on the other hand (Gamet, Team and Bell Hop are referred to herein, collectively as the "Gamet Parties" and together with the Debtors, the "Parties"), by and through their respective counsel of record in these Chapter 11 cases, to continue the deadlines for objecting to, and voting on, the Debtors' Joint and Consolidated Chapter 11 Plan of Reorganization, the Court hereby finds that the Parties have stipulated that:

A.   On March 4, 2010 (the "Petition Date"), USDC, the Fresno Debtors and various affiliates (collectively, the "Debtors") filed petitions under Chapter 11 of the United States Bankruptcy Code.

B.   On April 28, 2011, Debtors filed their First Amended Joint and Consolidated Chapter 11 Plan of Reorganization Dated April 22, 2011, as Modified (as may be further amended or modified, the "Plan") and a disclosure statement (the "Disclosure Statement") describing the Plan.

C.   On or about May 13, 2011, the Parties entered into a stipulation [Docket No. 646] (the "First Stipulation"), pursuant to which the Parties agreed to continue certain deadlines related to Plan confirmation.  On May 17, 2011, the Court entered an order [Docket No. 650] approving the First Stipulation.

D.   There are a number of disputed issues between the Debtors and the Gamet Parties. The Parties have negotiated a settlement agreement (the "Settlement Agreement") to resolve many of these disputes and to limit the remaining issues to be litigated and agree on certain procedural steps in connection with the litigation that will remain.  The Settlement Agreement is conditioned on both Bankruptcy Court approval of the Settlement Agreement and the Debtors raising the exit financing required to fund their joint chapter 11 plan.

E. The Debtors filed their Motion to obtain this Court's approval of the Settlement Agreement pursuant to Bankruptcy Code § 363 and Bankruptcy Rule 9019 on May 19, 2011 (Docket 658). It is the Parties' intention to obtain Court approval of the Settlement Agreement before the hearing on confirmation of the Plan (the "Confirmation Hearing"). The hearing on Debtors' motion under Bankruptcy Rule 9019 is set for June 14, 2011, at 2:30 p.m.

F. The Confirmation Hearing was originally scheduled for May 26, 2011 at 9:00 a.m. The Debtors have filed a Stipulation Continuing Hearing On Confirmation of Debtors' First Amended Joint and Consolidated Chapter 11 Plan of Reorganization (Docket No. 661) seeking a continuance of the Confirmation Hearing to allow the Debtors more time to submit their evidence demonstrating that they have raised the exit financing to implement the Plan.

G. If the Settlement Agreement is approved by the Court and the Debtors submit evidence that they have raised the exit financing to implement the Plan, the Gamet Parties will support confirmation of the Plan. If, however, that the Settlement Agreement is not approved prior to the Confirmation Hearing or the Debtors fail to submit evidence that they have raised the exit financing to implement the Plan, the Parties have agreed to continue the deadlines that the Gamet Parties may vote and object to the Plan.

**H.** The Court finding that good cause exists, it is hereby **ORDERED AS FOLLOWS:**

1. In the event that the Court approves the Settlement Agreement prior to the Confirmation Hearing and the Debtors submit evidence that they have raised the exit financing to implement the Plan, the Gamet Parties are deemed to have accepted the Plan (as may be amended to conform to the terms of the Settlement Agreement).

2. In the event that the Court does not approve the Settlement Agreement prior to the Confirmation Hearing or the Debtors fail to submit evidence that they have raised the exit financing to implement the Plan, the deadline for the Gamet Parties to vote and object to the Plan and the corresponding deadline for the Debtors to reply to any such objection are hereby extended as follows:

3

- the Gamet Parties' Voting Deadline shall be extended to five (5) business days prior to the Confirmation Hearing;
- the Gamet Parties' Objection Deadline shall be extended to one (1) business day prior to the Continued Confirmation Hearing; and
- the Debtors' deadline to reply to any objection filed by the Debtors to confirmation of the Plan shall be extended such that any such reply may be filed at or before the Confirmation Hearing.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

DATED: May 24, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11400 West Olympic Boulevard, Ninth Floor, Los Angeles, California 90064-1565

A true and correct copy of the foregoing document described **ORDER ON SECOND STIPULATION TO EXTEND DEADLINE FOR GAMET PARTIES TO VOTE ON PLAN AND OBJECT TO PLAN, TO PROVIDE TIME TO IMPLEMENT SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 23, 2011</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**\*Served Via Personal Delivery:**
The Honorable Robert Kwan
U.S. Bankruptcy Court -Central District of California
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/23/2011 | Simon Aron | /s/ *Simon Aron* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON SECOND STIPULATION TO EXTEND DEADLINE FOR GAMET PARTIES TO VOTE ON PLAN AND OBJECT TO PLAN, TO PROVIDE TIME TO IMPLEMENT SETTLEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 24, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Simon Aron    saron@wrslawyers.com
- Todd M Bailey    todd.bailey@ftb.ca.gov
- Bernard D Bollinger    bbollinger@buchalter.com
- Martin J Brill    mjb@lnbrb.com
- Ronald K. Brown    rkbgwhw@aol.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Kathryn M.S. Catherwood    kmcatherwood@duanemorris.com
- Christopher Celentino    ccelentino@duanemorris.com
- Susan S Davis    sdavis@coxcastle.com
- Denise Diaz    Denise.Diaz@rmsna.com
- Emery F El Habiby    eelhabiby@counsel.lacounty.gov
- Hans F Famularo    Hans.F.Famularo@irscounsel.treas.gov
- Don Fisher    dfisher@ptwww.com
- Roger F Friedman    rfriedman@rutan.com
- Eric J Fromme    efromme@rutan.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Heather U Guerena    huguerena@duanemorris.com
- Victor B Harris    vhlaw@prodigy.net
- Justin D Harris    jdh@mmwlawfirm.com, clr@mmwlawfirm.com
- Garrick A Hollander    sconnor@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- John J Immordino    john.immordino@wilsonelser.com,
- Edward S Kim    ekim@hemar-rousso.com
- Simon Klevansky    sklevansky@kplawhawaii.com
- Steven B Lever    sblever@leverlaw.com
- Albert T. Liou    aliou@richardsonpatel.com
- Charles Liu    cliu@marshackhays.com
- David W. Meadows    david@davidwmeadowslaw.com
- Dawn A Messick    dmessick@duanemorris.com
- Christopher Minier    becky@ringstadlaw.com
- Dennis D Miller    dmiller@steinlubin.com
- Jeffrey D Mills    jmills@boselaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Kevin M Newman    knewman@menterlaw.com
- Christine M Pajak    cpajak@stutman.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Penelope Parmes    pparmes@rutan.com
- Martha E Romero    Romero@mromerolawfirm.com
- Susan K. Seflin    sseflin@wrslawyers.com
- Travis R Stokes    stokes@flgz.net
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors,** Enivel, 4040 MacArthur Blvd, Suite 305, Newport Beach, CA 92660

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
n/a

☐    Service information continued on attached page