UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>STEAM PRESS HOLDINGS, INC.<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |

| | |
|---|---|
| Case Number: | 8:10-bk-12740-RK |
| Operating Report Number: | 15 |
| For the Month Ending: | 5/31/2011 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      0.00

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify) | 0.00 |
| Other (Specify) | 0.00 |

TOTAL RECEIPTS THIS PERIOD:      0.00

5.  BALANCE:      0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

TOTAL DISBURSEMENTS THIS PERIOD:      0.00

7.  ENDING BALANCE:      0.00

8.  General Account Number(s): _____

    Depository Name & Location: _____

Note: This Debtor holds 100% of the common stock of Enivel, Inc., Case Number: 8:10-bk-12735-RK
and has no activity.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | Amount Transferred | Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | NONE | | | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | 0.00 |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank Statement Date:    <u>NONE</u>          Balance on Statement:    _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |  |
|---|---|---|---|
|  | N/A |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  | N/A |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | 0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                         0.00
    (Transferred from General Account)

5.  BALANCE:                                                                0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:                                        0.00

7.  ENDING BALANCE:                                                         0.00

8.  PAYROLL Account Number(s):

    Depository Name & Location:

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank Statement Date: <u>NONE</u>          Balance on Statement: _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | N/A | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  | N/A |  |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                  | 0.00 |

Bank statement Adjustments:                                _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                     | 0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                                      0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                    0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                                       0.00
    (Transferred from General Account)

5.  BALANCE:                                                                             0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:                                                      0.00

7.  ENDING BALANCE:                                                                      0.00

8.  TAX Account Number(s):

    Depository Name & Location:

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
## BANK RECONCILIATION

Bank Statement Date: <u>NONE</u>          Balance on Statement: _____

Plus deposits in transit:

|          | <u>Deposit Date</u> | <u>Deposit Amount</u> |
|----------|---------------------|-----------------------|
|          | N/A                 |                       |
|          |                     |                       |
|          |                     |                       |
|          |                     |                       |
|          |                     |                       |

**TOTAL DEPOSITS IN TRANSIT**                                   | 0.00 |

Less Outstanding Checks:

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---------------------|-------------------|---------------------|
|                     | N/A               |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |
|                     |                   |                     |

**TOTAL OUTSTANDING CHECKS:**                                   | 0.00 |

Bank statement Adjustments:                                     _____
Explanation of Adjustments-

|  |
|--|

**ADJUSTED BANK BALANCE:**                                      | $0.00 |

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

|  |  |  |
|---|---|---|
| General Account: | | 0.00 |
| Payroll Account: | | 0.00 |
| Tax Account: | | 0.00 |
| *Other Accounts: | NONE | 0.00 |
| | | 0.00 |
| | | 0.00 |
| *Other Monies: | NONE | 0.00 |
| Petty Cash (from below): | | 0.00 |

TOTAL CASH AVAILABLE:                                                  0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                    0.00

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 0.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | N/A | | |
| State Withholding | N/A | | |
| FICA- Employer's Share | N/A | | |
| FICA- Employee's Share | N/A | | |
| Federal Unemployment | N/A | | |
| Sales and Use | N/A | | |
| Real Property | N/A | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | Accounts Payable | Accounts Receivable | |
| --- | --- | --- | --- |
| | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- |
| N/A | | | |
| | | | |
| | | | |
| Others: | | | |
| | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| 3/31/2010 | 0.00 | 325.00 | 5/31/10 | 325.00 | 0.00 |
| 6/30/2010 | 0.00 | 325.00 | 7/30/10 | 325.00 | 0.00 |
| 9/30/2010 | 0.00 | 325.00 | 10/29/10 | 325.00 | 0.00 |
| 12/31/2010 | 0.00 | 325.00 | 1/27/11 | 325.00 | 0.00 |
| 3/31/2011 | 0.00 | 325.00 | 4/29/11 | 325.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | 1,625.00 | | | 1,625.00 | 0.00 |

Page 12 of 16

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 13 of 16

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | 0.00 | 0.00 |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0.00 | 0.00 |
| Purchases | 0.00 | 0.00 |
| Less: Ending Inventory at cost | 0.00 | 0.00 |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | 0.00 | 0.00 |
| **Operating Expenses:** | | |
| Payroll - Insiders | 0.00 | 0.00 |
| Payroll - Other Employees | 0.00 | 0.00 |
| Payroll Taxes | 0.00 | 0.00 |
| Other Taxes (Itemize) | 0.00 | 0.00 |
| Depreciation and Amortization | 0.00 | 0.00 |
| Rent Expense - Real Property | 0.00 | 0.00 |
| Lease Expense - Personal Property | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Real Property Taxes | 0.00 | 0.00 |
| Telephone and Utilities | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Travel and Entertainment (Itemize) | 0.00 | 0.00 |
| Miscellaneous Operating Expenses (Itemize) | 0.00 | 0.00 |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | 0.00 | 0.00 |
| Net Gain on Sale of Assets (Itemize) | 0.00 | 0.00 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | 0.00 | 0.00 |
| Legal and Professional (Itemize) [FN1] | 0.00 | 1,625.00 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating Expenses | 0.00 | 1,625.00 |
| **NET INCOME/(LOSS)** | 0.00 | (1,625.00) |

[FN1] Represents U.S. Trustee fees paid by Enivel, which is the operating company.

Page 14 of 16

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 0.00 | |
| Restricted Cash | 0.00 | |
| Accounts Receivable | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Current Assets | | 0.00 |
| | | |
| Property, Plant, and Equipment | 0.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 0.00 | |
| Taxes Payable | 0.00 | |
| Notes Payable | 0.00 | |
| Professional fees | 0.00 | |
| Secured Debt | 0.00 | |
| Other (Itemize) [A] | 1,625.00 | |
| Total Post-petition Liabilities | | 1,625.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 0.00 | |
| Priority Liabilities | 0.00 | |
| Unsecured Liabilities | 0.00 | |
| Other (Itemize) | 0.00 | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 1,625.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 0.00 | |
| Post-petition Profit/(Loss) | (1,625.00) | |
| Direct Charges to Equity | 0.00 | |
| TOTAL EQUITY | | (1,625.00) |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

[A] Represents U.S. Trustee fees paid by Enivel, which is the operating company.

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

N/A

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

N/A

3.

State what progress was made during the reporting period toward filing a plan of reorganization
The Debtors filed their chapter 11 plan and disclosure statement on January 3, 2011.  A continued hearing on approval of the disclosure statement was held on February 28, 2011  The Debtors' First Amended Disclosure Statement was approved at the February 28th hearing, and pursuant to Court order entered on March 18, 2011.  The hearing on plan confirmation is currently scheduled for July 27, 2011.

4.  Describe potential future developments which may have a significant impact on the case:
There is a pending motion to appoint a chapter 11 trustee.  If that motion is granted, it would significantly impact this case.  The current hearing has been continued to July 27, 2011.   The Debtor (and its related entities) are in the process of attempting to raise exit financing and confirm their Joint and Consolidated Chapter 11 Plan of Reorganization.

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
N/A

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

N/A

I,   Robert Lee, Chief Executive Officer
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

6-30·11
Date

Page 16 of 16

Principal for debtor-in-possession

| In re:<br>Enivel, Inc. et al., | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER  8:10-bk-12735-RK and related<br>jointly administered entities |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1565

A true and correct copy of the foregoing document described **MAY 2011 MONTHLY OPERATING REPORT FOR STEAM PRESS HOLDINGS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 22, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Simon Aron    saron@wrslawyers.com
- Todd M Bailey    todd.bailey@ftb.ca.gov
- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com; smartin@buchalter.com
- Martin J Brill    mjb@lnbrb.com
- Ronald K Brown    rkbgwhw@aol.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Kathryn M Catherwood    kmcatherwood@duanemorris.com
- Christopher Celentino    ccelentino@duanemorris.com
- Susan S Davis    sdavis@coxcastle.com
- Denise Diaz    Denise.Diaz@rmsna.com
- Emery F El Habiby    eelhabiby@counsel.lacounty.gov
- Hans F Famularo    Hans.F.Famularo@irscounsel.treas.gov
- Don Fisher    dfisher@ptwww.com
- Roger F Friedman    rfriedman@rutan.com
- Eric J Fromme    efromme@rutan.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Heather U Guerena    huguerena@duanemorris.com
- Justin D Harris    jdh@mmwbr.com, clr@mmwbr.com
- Victor B Harris    vhlaw@prodigy.net
- Garrick A Hollander    ghollander@winthropcouchot.com, sconnor@winthropcouchot.com;
- pj@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Edward S Kim    ekim@hemar-rousso.com
- Simon Klevansky    sklevansky@kplawhawaii.com
- Steven B Lever    sblever@leverlaw.com
- Albert T Liou    aliou@richardsonpatel.com, moolie@richardsonpatel.com
- Charles Liu    cliu@marshackhays.com
- David W. Meadows    david@davidwmeadowslaw.com
- Dawn A Messick    dmessick@duanemorris.com
- Dennis D Miller    dmiller@steinlubin.com
- Jeffrey D Mills    jmills@boselaw.com
- Christopher Minier    becky@ringstadlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Kevin M Newman    knewman@menterlaw.com
- Christine M Pajak    cpajak@stutman.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Penelope Parmes    pparmes@rutan.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Susan K Seflin    sseflin@wrslawyers.com
- Travis R Stokes    stokes@flgz.net
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

740331.1    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_August 2010_                                                                                    **F 9013-3.1.PROOF.SERVICE**

| In re:<br>Enivel, Inc. et al., | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER   8:10-bk-12735-RK and related<br>jointly administered entities |

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>July 22, 2011</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

***Served Via Personal Service***
The Honorable Robert Kwan
U.S. Bankruptcy Court
Central District of California
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

***Original Delivered by Debtors To:***
Office of the U.S. Trustee, Region 16
Attn: Marilyn Sorenson
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2011 | Simon Aron | /s/ *Simon Aron* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

740331.1    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                **F 9013-3.1.PROOF.SERVICE**